UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Comcast of Georgia/Massachusetts, Inc. and ) Case No.:
Comcast of Middletown, Inc. and Comcast of )
Boston, Inc. and Comcast of California/ )    **CORPORATION DISCLOSURE**
Massachusetts/ Michigan/Utah, Inc. and   )    **04-10414RCL STATEMENT**
Comcast of Maine/New Hampshire, Inc. and )
Comcast of Massachusetts I, Inc. and Comcast )
of Massachusetts II, Inc. and Comcast of )
Massachusetts III, Inc. and Comcast of )
Massachusetts/New Hampshire/Ohio, Inc. and )
Comcast of New Hampshire, Inc. )

      Plaintiff

vs.

Joseph Amaro, Dimas Amaro, and Joseph
Amaro and Dimas Amaro, Jointly d.b.a.
CABLEJOINT and D's Electronics

      Defendant

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Georgia/Massachusetts, Inc. a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Georgia/Massachusetts, Inc., is a Rhode Island Corporation authorized to do business in the Commonwealth of Massachusetts;

2. Comcast of Georgia/Massachusetts, Inc. is wholly owned by Comcast MO of Delaware, Inc.

3. Comcast of Middletown, Inc., is a Delaware Corporation authorized to do business in the Commonwealth of Massachusetts;

4. Comcast of Middletown, Inc. is wholly owned by Comcast Cablevision Corporation of Connecticut.

5. Comcast of Boston, Inc., is a New York Corporation authorized to do business in the Commonwealth of Massachusetts;

6. Comcast of Boston, Inc. is wholly owned by Comcast MO Holdings I, Inc.

7. Comcast of California/Massachusetts/Michigan/Utah, Inc., is a Delaware Corporation authorized to do business in the Commonwealth of Massachusetts;

8. Comcast of California/Massachusetts/Michigan/Utah, Inc. is wholly owned by Comcast of Michigan II, Inc.

9. Comcast of Maine/New Hampshire, Inc., is a New Hampshire Corporation authorized to do business in the Commonwealth of Massachusetts;

10. Comcast of Maine/New Hampshire, Inc. is wholly owned by Comcast MO of Delaware, Inc.

11. Comcast of Massachusetts I, Inc., is a Massachusetts Corporation;

12. Comcast of Massachusetts I, Inc. is wholly owned by Comcast MO of Delaware, Inc.

13. Comcast of Massachusetts II, Inc., is a Delaware Corporation and maintains offices at authorized to do business in the Commonwealth of Massachusetts;

14. Comcast of Massachusetts II, Inc. is wholly owned by Comcast MO of Delaware, Inc.

15. Comcast of Massachusetts III, Inc., is a Delaware Corporation authorized to do business in the Commonwealth of Massachusetts;

16. Comcast of Massachusetts III, Inc. is wholly owned by Comcast Cable Communications Holdings, Inc.

17. Comcast of Massachusetts/New Hampshire/Ohio, Inc., is a Ohio Corporation authorized to do business in the Commonwealth of Massachusetts;

18. Comcast of Massachusetts/New Hampshire/Ohio, Inc. is wholly owned by Comcast MO of Delaware, Inc.

19. Comcast of New Hampshire, Inc., is a Maryland Corporation authorized to do business in the Commonwealth of Massachusetts;

20. Comcast of New Hampshire, Inc. is wholly owned by Comcast Maine/New Hampshire, Inc.

Respectfully Submitted for the Plaintiffs,
By Their Counsel,

_2/27/04_
Date

John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328