UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| Comcast of Georgia/Massachusetts, Inc. and Comcast of Middletown, Inc. and Comcast of Boston, Inc. and Comcast of California/ Massachusetts/ Michigan/Utah, Inc. and Comcast of Maine/New Hampshire, Inc. and Comcast of Massachusetts I, Inc. and Comcast of Massachusetts II, Inc. and Comcast of Massachusetts III, Inc. and Comcast of Massachusetts/New Hampshire/Ohio, Inc. and Comcast of New Hampshire, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>Joseph Amaro, Dimas Amaro, and Joseph Amaro and Dimas Amaro, Jointly d.b.a. CABLEJOINT and D's Electronics<br><br>**Defendants** | Case No.: 04-cv-10414-RCL<br><br>AFFIDAVIT OF WILLIAM SCOTT JACOBS<br><br>IN SUPPORT MOTION FOR PRELIMINARY INJUNCTION AND IMPOUNDMENT ORDER |

Now comes the affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge.

## FACTUAL ASSERTIONS

1. I, William Scott Jacobs, am an employee of the Plaintiff, Comcast New England, Inc.

2. I am employed with Comcast Cable Holdings, LLC as a Security Investigator

3. I am familiar with cable technology, descrambling methodology and black market technology.

4. In early June 2001, after receiving information from Comcast employees in Massachusetts, I took actions to initiate an interstate, Internet "black box" purchase from a web site that I understood was being operated by a Massachusetts individual known as Dimas Amaro;

5. I first created a Hotmail E-mail account called, BJACOBS123@HOTMAIL.COM;

6. I also created a PAYPAL account utilizing a Hotmail address;

7. On June 4, 2001, I placed an Internet order for a "black box" from the web site www.cablejoint.net;

8. I utilized a MasterCard credit card with this PAYPAL account paying $140.00 for the "black box;"

9. I made payment to CABLEJOINT@YAHOO.COM;

10. The transaction details from the PAYPAL account evidenced a payment of $140.00 to Dimas Amaro with an ID # of 0N952025B84648630;

11. I utilized the address of 34 Shunpike Road, Suit 3, Cromwell, CT 06416-2453, a "Mail Boxes, Etc." ("MBE") facility for the requested delivery of the "black box."

12. On June 20, 2001, I picked up a package with a return address of D's Electronics, 284 Middleboro Ave. East Taunton, MA 02718 at the Cromwell MBE facility;

13. Upon opening the package it contained a "black box" and certain peripherals items such as a remote-control, but *the package did not contain any so-called "disclaimer" documents*;

14. I tested the "black box" at Comcast's Berlin Connecticut facility, where I observed the "black box" de-scrambling premium and pay-per-view offerings;

15. On or about June 21, 2001 I released the black box to the custody of the Taunton, Massachusetts Police Department.

                                                                         */s/ William Scott Jacobs*
William Scott Jacobs
Security Investigator
222 New Park Drive
Berlin, CT 06037
(860) 505-2105

Subscribed and sworn to before me, this 27 day of April, 2004.

                                                                          */s/ Sandra L. Deegan*
Notary Public
My commission expires:

SANDRA L. DEEGAN
NOTARY PUBLIC
MY COMMISSION EXPIRES MAR. 31, 2005