AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of GA/MA, Inc. et al

V.

Joseph Amaro

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10414RCL

TO: (Name and address of Defendant)

Joseph Amaro
333 Cohannet St.
Second Floor
Taunton, MA 02780

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  MAR 1 2004

(By) DEPUTY CLERK

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

**Bristol, ss.**

May 7, 2004

I hereby certify and return that on 5/3/2004 at 12:55 pm I served a true and attested copy of the Summons&Complaint, CA.Cover Sht., Disclos.Stmt., Motion, Cert., Preliminary Injunc., Impoundment Order, Exh. A&B, Memorandum, Factual Assertions, Affid., in this action in the following manner: To wit, by leaving at the last and usual place of abode of Joseph Amaro, 333 Cohannet Street 2nd Floor Taunton, MA 02780 and by mailing first class mail to the above-mentioned address on 5/3/2004. Copies ($4.00), Conveyance ($3.75), Travel ($17.60), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $58.60 Left with an adult female.

Deputy Sheriff

Deputy Sheriff Richard W. Hinkley

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.