AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of GA/MA, Inc. et al

V.

Dimas Amaro

**SUMMONS IN A CIVIL CASE**

04-10414RCL

CASE NUMBER:

TO: (Name and address of Defendant)

Dimas Amaro
333 Cohannet St.
First Floor
Taunton, MA 02780

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

MAR 1 2004

DATE

(By) DEPUTY CLERK

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

Bristol, ss.

May 7, 2004

I hereby certify and return that on 5/3/2004 at 12:55 pm I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Disclosure Stmt., Motion, Cert., Preliminary Injunction, Impoundment Order, Exh. A&B, Memorandum, Factual Assertions, Affid., in this action in the following manner: To wit, by leaving at the last and usual place of abode of Dimas Amaro, 333 Cohannet Street 2nd Floor Taunton, MA 02780 and by mailing first class mail to the above-mentioned address on 5/3/2004. Copies ($4.00), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $37.25 Left with an adult female.

Deputy Sheriff Richard W. Hinkley                                                                 *Deputy Sheriff*

☐ Returned unexecuted.

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                  Date                                Signature of Server

                                              _____
                                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.