SCANNED

5-4-04

OMB

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| Comcast of Georgia/Massachusetts, Inc.) and Comcast of Middletown, Inc. and) Comcast of Boston, Inc. and Comcast of) California/ Massachusetts/ Michigan/Utah,) Inc. and Comcast of Maine/New) Hampshire, Inc. and Comcast of) Massachusetts I, Inc. and Comcast of) Massachusetts II, Inc. and Comcast of) Massachusetts III, Inc. and Comcast of) Massachusetts/New Hampshire/Ohio, Inc. and Comcast of New Hampshire, Inc.<br><br>    Plaintiffs,<br>        vs.<br>Joseph Amaro, Dimas Amaro, and Joseph Amaro and Dimas Amaro, Jointly d.b.a. CABLEJOINT and D's Electronics<br><br>    Defendants | Case No.: 04-cv-10414-RCL<br><br>**IMPOUNDMENT ORDER** |

## IMPOUNDMENT ORDER

It is ordered and adjudged that the United States Marshal Service or the Sheriff of Bristol Country or any of the Sheriff's deputies are hereby authorized to seize and take possession of the materials now in the possession of the Taunton Police Department related to the recent state criminal prosecution of Joseph Amaro and Dimas Amaro; specifically including:

1. All materials in the possession of the Taunton Police Department listed on **Return of Warrant documentation for a certain search of UPS facilities, March 2001 attached hereto as Exhibit A;**

2. All materials in the possession of the Taunton Police Department listed on **Return of Warrant documentation for a certain search of the Amaro home, March 2001 attached**

hereto as **Exhibit B** (excepting the computers and cash which have already been returned to Defendants.);

**3.** That certain non addressable cable descrambler in the possession of the Taunton Police Department, having been delivered to Taunton Police by Mr. Jacobs on or about June 21, 2001; and

4. Any compilations of information retrieved from the computers originally seized at that Amaro home and presently in the possession of the Taunton Police Department.


IT IS FURTHER ORDERED that United States Marshal Service or the Sheriff of Bristol Country or any of the Sheriff's deputies at the seizure of the above referenced items shall take inventory of same and possession of same.

IT IS FURTHER ORDERED that United States Marshal Service or the Sheriff of Bristol Country or any of the Sheriff's deputies shall, after taking said inventory, deliver all seized items to agents and or employees of the Plaintiff's who shall take control of said items maintaing them in a secure facility controlled by them pending further of this court.

SO ORDERED.

United States District Court Judge