UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| Comcast of Georgia/Massachusetts, Inc. and Comcast of Middletown, Inc. and Comcast of Boston, Inc. and Comcast of California/ Massachusetts/ Michigan/Utah, Inc. and Comcast of Maine/New Hampshire, Inc. and Comcast of Massachusetts I, Inc. and Comcast of Massachusetts II, Inc. and Comcast of Massachusetts III, Inc. and Comcast of Massachusetts/New Hampshire/Ohio, Inc. and Comcast of New Hampshire, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>Joseph Amaro, Dimas Amaro, and Joseph Amaro and Dimas Amaro, Jointly d.b.a. CABLEJOINT and D's Electronics<br><br>Defendants | Case No.: 04-cv-10414-RCL<br><br>**REQUEST FOR SCHEDULING CONFERENCE** |

Plaintiff has executed the Civil Impoundment Order issued by this Court. Plaintiff believes Parties are now in position to attend scheduling conference and file joint statement pursuant to L.R. D. Mass 16.1 in this Civil Action. Accordingly, Plaintiff requests that such a conference be scheduled.

Respectfully Submitted for Comcast
By Its Attorney,

9/27/04
Date

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
(413) 586-0865

## CERTIFICATE OF SERVICE

      I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 21 day of Sept, 2004, a copy of the Request for Scheduling Conference was sent via first class mail to:

Attorney Jordan H.F. Fiore
One Taunton Green
Taunton, MA 02780

_____
John M. McLaughlin, Esq