UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2004 OCT 21  P 12: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

Case No. 04CV10414 RCL

| | |
|---|---|
| COMCAST OF GEORGIA/ MASSACHUSETTS, INC., Et ali, ) ) | |
| Plaintiffs ) ) | DEFENDANTS' SUPPLEMENTATION TO |
| vs. ) ) | JOINT STATEMENT OF THE PARTIES PURSUANT TO |
| JOSEPH AMARO, DIMAS AMARO and JOSEPH AMARO and DIMAS AMARO, jointly, d.b.a CABLE JOINT And D's ELECTRONICS, ) ) ) ) ) ) ) | LOCAL RULE 16.1 (D) |
| Defendants ) | |

Now come the Defendants in the above-entitled matter, together with their attorney, and concur in the Joint Statement of the Parties submitted by counsel for the Plaintiffs and agree that the above-entitled matter should be submitted for mediation.

_____    _____
Jordan H. F. Fiore, Esquire              Joseph Amaro

BBO#166800
One Taunton Green, P. O. Box 2331
Taunton, MA 02780
(508)821-9491


_____
Dimas Amaro