UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Comcast, et al_
Plaintiff(s)

v.

_Joseph Amaro, et al_
Defendant(s)

CIVIL ACTION

NO. 04-10414-RCL

## ORDER OF REFERENCE
## FOR
## ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _the Mediation Program_ for the following ADR program:

_____ EARLY NEUTRAL EVALUATION       _X_ MEDIATION
_____ MINI-TRIAL                      _____ SUMMARY JURY TRIAL
_____ SETTLEMENT CONFERENCE          _____ SPECIAL MASTER
_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

_10/26/04_
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE

### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | _____ | | |

(adrrefl.ord - 4/29/94)

[orefadr.]