# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                    Plaintiff

    V.                                                        CIVIL ACTION _____

_____
                    Defendant

## NOTICE OF ASSIGNMENT OF ADR PROVIDER

The above entitled action has been referred to the Alternative Dispute Resolution Program (ADR) and has been assigned to _____ for the following ADR process:

☐ SCREENING CONFERENCE            ☐ EARLY NEUTRAL EVALUATION

☐ MEDIATION                       ☐ MINI-TRIAL

☐ SUMMARY JURY TRIAL              ☐ SETTLEMENT CONFERENCE

☐ The ADR proceeding with principals present has been scheduled for _____ at _____ in Courtroom _____ on the _____ floor of the John Joseph Moakley United States Courthouse, 1 Courthouse Way, Fan Pier, Boston, Massachusetts.

☐ You will be further notified of the specific date set for the ADR proceeding by the courtroom clerk.

                                                                     TONY ANASTAS
                                                                       CLERK OF COURT

DATE: _____                     _____
                                                                               Deputy Clerk

To:    All Counsel of Record
          and ADR Provider

(ADRAssignmentforpdf.wpd - 4/18/2001)                                               [ntcasgnadr.]