# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

COMCAST OF GEORGIA/
MASSACHUSETTS, INC., ET AL,
    Plaintiffs,

        v.                    CIVIL ACTION NO. 04-10414-RCL

JOSEPH AMARO, ET AL,
    Defendants.

## *NOTICE OF MEDIATION*

COLLINGS, U.S.M.J.

    Please take notice that a **MEDIATION** in the above-entitled case is scheduled for **2:00 P.M. on Wednesday, January 26, 2005**, with principals present, before the Honorable Robert B. Collings, United States Magistrate Judge at Courtroom 14, 5th floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

                              ROBERT B. COLLINGS
                              United States Magistrate Judge
                By:

                              *Kathleen M. Dolan*
                              Deputy Clerk
                              617-748-9229

Date: December 6, 2004.

Notice sent to:

John M. McLaughlin, Esquire
Jordan H.F. Fiore, Esquire