# United States District Court
# District of Massachusetts

COMCAST OF GEORGIA/MASSACHUSETTS, INC.,
      Plaintiff,

    v.                        CIVIL ACTION NO. 2004-10414-RCL

JOSEPH AMARO,
DIMAS AMARO,
      Defendants.

## *REPORT RE: REFERENCE FOR*
## *ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*

COLLINGS, U.S.M.J.

      On January 26, 2005, I held the following ADR proceeding:

    \_\_\_\_\_  EARLY NEUTRAL EVALUATION    \_\_X\_\_\_  MEDIATION

    \_\_\_\_\_  MINI-TRIAL                  _____  SUMMARY JURY TRIAL

    \_\_\_\_\_  SETTLEMENT CONFERENCE

Plaintiff's and defendant's counsel and the defendants were present.

[X]    The case was NOT SETTLED. The Court should issue a Scheduling Order FORTHWITH.


<u>January 26, 2005</u>             *Robert B. Collings*

DATE                      ROBERT B. COLLINGS
                           United States Magistrate Judge


Copy to:    Judge Lindsay
               Amy Bressler Nee, Esquire,
               Counsel for all parties.