UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR 28 P 3:
DISTRICT COURT
OF MASS

CASE NO. 04-10414RCL

| | |
|---|---|
| COMCAST OF GEORGIA/MASSACUSETTS, | ) |
| INC. and COMCAST OF MIDDLETOWN, INC. | ) |
| And COMCAST OF BOSTON, INC. and | ) |
| COMCAST OF CALIFORNIA/MASSACHUSETTS/ | ) |
| MICHIGAN/UTAH, INC. and COMCAST OF | ) DEFENDANTS' |
| MAINE/NEW HAMPSHIRE, INC. and COMCAST | ) MOTION TO AMEND |
| OF MASSACHUSETTS I, INC. and COMCAST | ) ANSWER |
| OF MASSACHUSETTS II, INC. and COMCAST | ) |
| OF MASSACHUSETTS III, INC. and COMCAST | ) |
| OF MASSACHUSETTS/NEW HAMPSHIRE/ | ) |
| OHIO, INC. and COMCAST OF NEW | ) |
| HAMPSHIRE, INC., Plaintiffs/Defendants in Counterclaim | ) |
| vs. | ) |
| JOSEPH AMARO, DIMAS AMARO, and | ) |
| JOSEPH AMARO and DIMAS AMARO, JOINTLY, | ) |
| d.b.a. CALEJOINT and D'S ELECTRONICS, | ) |
| Defendants/Plaintiffs in Counterclaim | ) |

Now come the Defendants in the above-entitled matter, by their attorney, and move that this Honorable Court permit them to amend their answer by inserting a counterclaim against the Plaintiffs as stated in the proposed Amended Answer and

Counterclaim submitted herewith. As grounds for the motion, Defendants state that Plaintiffs have taken actions under the guise of service to the Defendants as their customers, which the Defendants reasonably believe violate the parties' professional relationship, various laws, and the civil rights of the Defendants and members of their family.

        JOSEPH AMARO

        DIMAS AMARO

        By their attorney,

        Jordan H. F. Fiore, Esquire

        BBO#166800

        One Taunton Green

        P. O. Box 2331

        Taunton, MA 02780

        (508)821-9491

March 25, 2005