UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| Comcast of Georgia/Massachusetts, Inc. ) <br><br>and Comcast of Middletown, Inc. and ) <br><br>Comcast of Boston, Inc. and Comcast of ) <br><br>California/ Massachusetts/ Michigan/Utah, ) <br><br>Inc. and Comcast of Maine/New ) <br><br>Hampshire, Inc. and Comcast of <br><br>Massachusetts I, Inc. and Comcast of <br><br>Massachusetts II, Inc. and Comcast of <br><br>Massachusetts III, Inc. and Comcast of <br><br>Massachusetts/New Hampshire/Ohio, Inc. <br><br>and Comcast of New Hampshire, Inc. <br><br>    Plaintiffs,<br>        vs.<br>Joseph Amaro, Dimas Amaro, and Joseph Amaro and Dimas Amaro,  Jointly d.b.a. CABLEJOINT and D's Electronics <br><br>    Defendants | Case No.: 04-cv-10414-RCL <br><br>**ASSENTED TO MOTION TO AMEND SCHEDULING ORDER** |

The Plaintiffs, with the assent of the Defendants, hereby move for an order amending the existing Scheduling Order to allow for amendments to pleadings until July 5, 2005; presently that date is set at June 2, 2005. As grounds for this motion the Plaintiffs contends that:

---

**Certification pursuant to LR D. Mass 7.1 (A) (2)**
Plaintiffs' counsel certifies that he has conferred with counsel for Defendants and defendants fully assent to this motion.

1. A recent, scheduled deposition of the father of the Defendants had to be canceled just prior to the date of the deposition when the Plaintiff's counsel was informed by Defendant's counsel that this individual claims to be in need of a Portuguese translator.

2. A translator was not immediately available and this deposition has yet to be definitively rescheduled, due to the fact that the Comcast individual responsible for this Action was married on May 5, 2005 and she will be on her honeymoon/vacation for a few weeks.

3. The defendants fully assent to this motion.

In further support of this motion see affidavit of John m. McLaughlin

                                            Respectfully Submitted for Comcast
                                            By Its Attorney,

5/5/2005                                      ___/s/ John M. McLaughlin
Date                                         John M. McLaughlin
                                            **Green, Miles, Lipton & Fitz-Gibbon**
                                            77 Pleasant Street
                                            P.O. Box 210
                                            Northampton, MA 01061
                                            (413) 586-0865