UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| Comcast of Georgia/Massachusetts, Inc. and Comcast of Middletown, Inc. and Comcast of Boston, Inc. and Comcast of California/ Massachusetts/ Michigan/Utah, Inc. and Comcast of Maine/New Hampshire, Inc. and Comcast of Massachusetts I, Inc. and Comcast of Massachusetts II, Inc. and Comcast of Massachusetts III, Inc. and Comcast of Massachusetts/New Hampshire/Ohio, Inc. and Comcast of New Hampshire, Inc.<br><br>    Plaintiffs,<br><br>    vs.<br><br>Joseph Amaro, Dimas Amaro, and Joseph Amaro and Dimas Amaro, Jointly d.b.a. CABLEJOINT and D's Electronics<br><br>    Defendants | Case No.: 04-cv-10414-RCL<br><br>AFFIDAVIT OF JOHN M. MCLAUGHLIN IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER |

Now comes the affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge.

### FACTUAL ASSERTIONS

1. I am counsel for the Plaintiffs in this Action.

2. A recent, scheduled deposition of the father of the Defendants had to be canceled just prior to the date of the deposition when I was informed by Defendant's counsel that this individual claims to be in need of a Portuguese translator.

3. A translator was not immediately available and this deposition has yet to be definitively rescheduled due to the fact that the Comcast individual responsible for this Action was married on May 5, 2005 and she will be on her honeymoon/vacation for a few weeks.

4. I conferred with Defendant's counsel as to this motion and the Defendants fully assent to this motion.

Subscribed and sworn to, under the pains and penalties of perjury,

May 5, 2005                                                                    /s/John M. McLaughlin