UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| Comcast of Georgia/Massachusetts, Inc. and Comcast of Middletown, Inc. and Comcast of Boston, Inc. and Comcast of California/ Massachusetts/ Michigan/Utah, Inc. and Comcast of Maine/New Hampshire, Inc. and Comcast of Massachusetts I, Inc. and Comcast of Massachusetts II, Inc. and Comcast of Massachusetts III, Inc. and Comcast of Massachusetts/New Hampshire/Ohio, Inc. and Comcast of New Hampshire, Inc.<br><br>    Plaintiffs,<br>        vs.<br>Joseph Amaro, Dimas Amaro, and Joseph Amaro and Dimas Amaro, Jointly d.b.a. CABLEJOINT and D's Electronics<br><br>    Defendants | Case No.: 04-cv-10414-RCL<br><br>**SECOND ASSENTED TO MOTION TO AMEND SCHEDULING ORDER** |

The Plaintiffs, with the assent of the Defendants, hereby move for an order amending the existing Scheduling Order to allow for amendments to pleadings until September 15, 2005; and to move forward all other dates by one month. The amended scheduling order would then be as follows:

---

**Certification pursuant to LR D. Mass 7.1 (A) (2)**
Plaintiffs' counsel certifies that he has conferred with counsel for Defendants and defendants fully assent to this motion.

1. Amended Pleadings due by September 15, 2005;

2. Fact Discovery to by October 02, 2005;

3. Plaintiffs to disclose expert by November 3, 2005;

4. Defendant to disclose expert by December 03, 2005;

5. All discovery to close by January 15, 2006;

6. Motions due by February 05, 2006

As grounds for this motion the Plaintiffs contends that:

1. A recent, scheduled deposition of the Mother of the Defendants had to be canceled just prior to the date of the deposition when the Plaintiff's counsel was informed by Defendant's counsel that this individual is in Portugal and will be in Portugal until August 15, 2005.

2. This deposition had been noticed and a Sheriff had attempted to make service upon the Defendants' parents.

3. Based upon information presently available to the Plaintiffs the parents of the Defendants may have important discoverable information related to this civil action.  It is also possible that after the deposition of the Defendants' parents the Plaintiffs may need to amend the Complaint in this action.

**4.** The Defendants fully assent to this motion.

In further support of this motion see affidavit of John M. McLaughlin

                                                  Respectfully Submitted for Comcast
                                                  By Its Attorney,

<u>6/21/2005</u>                                <u>/s/ John M. McLaughlin</u>
Date                                       John M. McLaughlin
                                               **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                               77 Pleasant Street
                                               P.O. Box 210
                                               Northampton, MA 01061
                                               (413) 586-0865