Attachment #1

X-1
3/07/01

Dimas.

OK — I give!!

The 2 boxes in the "brown" boxes are new, but neither were descramble!! Have tried until I'm grey headed & bug eyed!!

The one in the white box has been working & all of a sudden just stopped. Did not even mess with it.

Let me know, Cheryl

CAB341960@yahoo.com

Thanks

EVIDENCE # 1A PACKAGE #1

**AT&T BROADBAND**
**CONVERTER TEST FORM**

| | | | |
|---|---|---|---|
| Date | 3-9-01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | No serial # available |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | Clear Max 3000 |
| Address: | 333 Cohannet Street | Received From: | UPS  pursuant to warrant on 3/9/01 |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

All Pay Channels  **YES**      All PPV Movies  **YES**

**Pre 4 Point Test**

**CODES RECEIVED**

**OTHER NOTABLE FEATURES**

| OUTSIDE CONVERTER APPEARANCE | | INSIDE CONVERTER APPEARANCE | |
|---|---|---|---|
| **P** | Security Tabs Missing | | ADP Module Forced Open |
| **I** | Outside Screws Missing | **U** | ADP Module Cover Missing |
| **R** | Converter Damaged | **N** | Scratches/Marks on Key Chips |
| **A** | Marks Around Outside Screw | **I** | Jumper Wires Still In Place |
| **T** | Wires Cut | **T** | Scratches/Marks on Legs of Key Chips |
| **E** | Tampered Codes | | Missing Prom # |

### 4 Point Test

| | Testing Point | Codes/Comments | Pass/Fail | |
|---|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | **P** | **U** | N/A |
| 2. | Converter has 210 code or higher | **I** | **N** | N/A |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | **R** | **I** | N/A |
| 4. | Converter does not initialize  (i.e. an addressable hit) | **ATE** | **T** | N/A |

Of the 4 points, how many points does it have?      N/A

*Test Completed By:*      Special Project Auditor  Paul Marmelo

*Date Completed On:*      June 25, 2001

*Comments:*      Confirmed Pirate Device  (decoder)

**FOR OFFICE USE ONLY:**

| | | | |
|---|---|---|---|
| *CONVERTER INSTALLED* | | *BY* | |
| *CONVERTER REMOVED* | 3/9/01 | *BY* | *TAUNTON POLICE DEPARTMENT* |
| *ACCOUNT HISTORY SUMMARY* | | | |

EVIDENCE # 1B PACKAGE #1

### AT&T BROADBAND
### CONVERTER TEST FORM

| | | | | |
|---|---|---|---|---|
| Date | 3-9-01 | Corp. # | I-COMS | |
| Account # | 43747-04 | Converter # | 004101587 | |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | VM4000 | |
| Address: | 333 Cohannet Street | Received From: | UPS pursuant to warrant on 3/9/01 | |
| City: | Taunton | State/Zip | Ma. 02780 | |
| SSN#: | | Generated From: | | |

All Pay Channels    **YES**        All PPV Movies    **YES**

**Pre 4 Point Test**

**CODES RECEIVED**

**OTHER NOTABLE FEATURES** _____

| OUTSIDE CONVERTER APPEARANCE | | INSIDE CONVERTER APPEARANCE | |
|---|---|---|---|
| **P** | Security Tabs Missing | | ADP Module Forced Open |
| **I** | Outside Screws Missing | **U** | ADP Module Cover Missing |
| **R** | Converter Damaged | **N** | Scratches/Marks on Key Chips |
| **A** | Marks Around Outside Screw | **I** | Jumper Wires Still In Place |
| **T** | Wires Cut | **T** | Scratches/Marks on Legs of Key Chips |
| **E** | Tampered Codes | | Missing Prom # |

### 4 Point Test

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U |
| 2. | Converter has 210 code or higher | I | N |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I |
| 4. | Converter does not initialize (i.e. an addressable hit) | ATE | T |

**Of the 4 points, how many points does it have?**

Test Completed By:

Date Completed On:    Special Project Auditor  Paul Marmelo

Comments:    June 25, 2001

Confirmed Pirate Device  (decoder)

**FOR OFFICE USE ONLY:**

| | | | |
|---|---|---|---|
| CONVERTER INSTALLED | | BY | |
| CONVERTER REMOVED | 3/9/01 | BY | TAUNTON POLICE DEPARTMENT |
| ACCOUNT HISTORY SUMMARY | | | |

EVIDENCE # 1C PACKAGE #1

**AT&T BROADBAND**
**CONVERTER TEST FORM**

| | | | |
|---|---|---|---|
| Date | 3-9-01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | 004101596 |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | VM4000 |
| Address: | 333 Cohannet Street | Received From: | UPS  pursuant to warrant on 3/9/01 |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

All Pay Channels    NO        All PPV Movies    NO

Pre 4 Point Test

CODES RECEIVED

OTHER NOTABLE FEATURES

| OUTSIDE CONVERTER APPEARANCE | | INSIDE CONVERTER APPEARANCE | |
|---|---|---|---|
| P | Security Tabs Missing | | ADP Module Forced Open |
| I | Outside Screws Missing | U | ADP Module Cover Missing |
| R | Converter Damaged | N | Scratches/Marks on Key Chips |
| A | Marks Around Outside Screw | I | Jumper Wires Still In Place |
| T | Wires Cut | T | Scratches/Marks on Legs of Key Chips |
| E | Tampered Codes | | Missing Prom # |

### 4 Point Test

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U |
| 2. | Converter has 210 code or higher | I | N |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I |
| 4. | Converter does not initialize  (i.e. an addressable hit) | ATE | T |

**Of the 4 points, how many points does it have?**

*Test Completed By:*    Special Project Auditor  Paul Marmelo

*Date Completed On:*    June 25, 2001

*Comments:*    Confirmed Pirate Device  (decoder)

**FOR OFFICE USE ONLY:**

| | | | |
|---|---|---|---|
| *CONVERTER INSTALLED* | | *BY* | |
| *CONVERTER REMOVED* | 3/9/01 | *BY* | *TAUNTON POLICE DEPARTMENT* |
| *ACCOUNT HISTORY SUMMARY* | | | |