

- Box #2, 3/07/01
- "Every Channel must be Ft on any setting — NO GOOD!" (Replaced Board)
- "NO GOOD! Screen is some type of Locked but not Locked" (PC Locked, unit off / Token off Daughter)
- "PR 2 — Fuzzy, Needs Adjusting on Every channel! No Good!" (Replaced Board)
- "Package 2 — U on screen + Shitty Picture — No Good!"