*Attachment #3*

# Invoice

Wholesale Electronics
9101 W. SAHARA #105-D24
Las Vegas, NV 89117
702-739-5990

| DATE | INVOICE # |
|---|---|
| 2/28/2001 | 13289 |

| BILL TO | SHIP TO |
|---|---|
| JOE AMARO<br>333 COHANNET ST.<br>TAUNTON, MA 02780 | JOE AMARO<br>333 COHANNET ST.<br>TAUNTON, MA 02780<br>508-880-0617<br>508-942-4398 CELL |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 02780 | RETURN | MC | 2/28/2001 | UPS 1 SAVER | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 7 | VM4 | VM4000 UNIVERSAL W/4 REM & 5 BOOKS | 0.00 | 0.00 |
| 1 | CB | COOL BOX W/O REM | 0.00 | 0.00 |
| 4 | VMR | VM 4000 REMOTE | 10.00 | 40.00 |
| | F | FREIGHT-DIF1 UPS GR TO UPS 1 | 69.00 | 69.00 |

Thank you for your business.

**Total** $109.00

All products carry a 30 day money back guarantee and a 1 year parts and labor warranty. If within 30 days of purchase you are not satisfied, you may return your order for refund or exchange (less S&H). No refunds after 30 days. All returned products must have prior return authorization (RA) approval and must be received within 14 days of obtaining the RA. All returned products must be complete, in un-tampered original condition, including all original boxes, components, manuels, paperwork, etc. and must include invoice showing the RA number assigned for the return. All merchandise ordered in error, returned without authorization, or returned incomplete, will be assessed a 25% restocking fee. All shipping, handling, and insurance fees are at customers expense. All returned merchandise must show a legible RA number on the shipping label. For technical support call

**AT&T BROADBAND
CONVERTER TEST FORM**

EVIDENCE # 2A   PACKAGE # 2

| | | | |
|---|---|---|---|
| Date | 3-9-01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | 010101685 |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | VM 4000 Remote Cable Converter |
| Address: | 333 Cohannet Street | Received From: | UPS pursuant to warrant on 3/9/01 |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

**Currently Receiving Unauthorized Service:**

All Pay Channels   Yes        All PPV Movies   Yes

Pre 4 Point Test

**CODES RECEIVED**

**OTHER NOTABLE FEATURES**    Remote Cable Converter

**OUTSIDE CONVERTER APPEARANCE**

- **P**  Security Tabs Missing
- **I**  Outside Screws Missing
- **R**  Converter Damaged
- **A**  Marks Around Outside Screw
- **T**  Wires Cut
- **E**  Tampered Codes

**INSIDE CONVERTER APPEARANCE**

- ___ ADP Module Forced Open
- **U**  ADP Module Cover Missing
- **N**  Scratches/Marks on Key Chips
- **I**  Jumper Wires Still In Place
- **T**  Scratches/Marks on Legs of Key Chips
- ___ Missing Prom #

---

**4 Point Test**

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U |
| 2. | Converter has 210 code or higher | I | N |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I |
| 4. | Converter does not initialize (i.e. an addressable hit) | ATE | T |

Of the 4 points, how many points does it have? ____

Test Completed By: Special Project Auditor Paul Marmelo

Date Completed On: June 25, 2001

Comments: Confirmed Pirate Device

**FOR OFFICE USE ONLY:**

CONVERTER INSTALLED _____ BY _____
CONVERTER REMOVED  3/9/01  BY  TAUNTON POLICE DEPARTMENT/

EVIDENCE # 2B PACKAGE # 2

**AT&T BROADBAND**
**CONVERTER TEST FORM**

| | | | |
|---|---|---|---|
| Date | 3-9-01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | 002703362 |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | VM 4000 Remote Cable Converter |
| Address: | 333 Cohannet Street | Received From: | UPS pursuant to warrant on 3/9/01 |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

Currently Receiving Unauthorized Service:

All Pay Channels   Yes          All PPV Movies   Yes

Pre 4 Point Test

CODES RECEIVED

OTHER NOTABLE FEATURES       Remote Cable Converter

**OUTSIDE CONVERTER APPEARANCE**

| | | **INSIDE CONVERTER APPEARANCE** | |
|---|---|---|---|
| P | Security Tabs Missing | | ADP Module Forced Open |
| I | Outside Screws Missing | U | ADP Module Cover Missing |
| R | Converter Damaged | N | Scratches/Marks on Key Chips |
| A | Marks Around Outside Screw | I | Jumper Wires Still In Place |
| T | Wires Cut | T | Scratches/Marks on Legs of Key Chips |
| E | Tampered Codes | | Missing Prom # |

**4 Point Test**

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U |
| 2. | Converter has 210 code or higher | I | N |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I |
| 4. | Converter does not initialize (i.e. an addressable hit) | ATE | T |

Of the 4 points, how many points does it have?

Test Completed By:            Special Project Auditor Paul Marmelo

Date Completed On:            June 25, 2001

Comments:                     Confirmed Pirate Device

**FOR OFFICE USE ONLY:**

| CONVERTER INSTALLED | | BY | |
|---|---|---|---|
| CONVERTER REMOVED | 3/9/01 | BY | TAUNTON POLICE DEPARTMENT |

EVIDENCE # 2C  PACKAGE # 2

**AT&T BROADBAND**
**CONVERTER TEST FORM**

| | | | |
|---|---|---|---|
| Date | 3-9-01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | 003100799 |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | VM 4000 Remote Cable Converter |
| Address: | 333 Cohannet Street | Received From: | UPS pursuant to warrant on 3/9/01 |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

**Currently Receiving Unauthorized Service:**

All Pay Channels    Yes          All PPV Movies    Yes

Pre 4 Point Test

**CODES RECEIVED**

**OTHER NOTABLE FEATURES**

| OUTSIDE CONVERTER APPEARANCE | | INSIDE CONVERTER APPEARANCE | |
|---|---|---|---|
| **P** | Security Tabs Missing | | ADP Module Forced Open |
| **I** | Outside Screws Missing | **U** | ADP Module Cover Missing |
| **R** | Converter Damaged | **N** | Scratches/Marks on Key Chips |
| **A** | Marks Around Outside Screw | **I** | Jumper Wires Still In Place |
| **T** | Wires Cut | **T** | Scratches/Marks on Legs of Key Chips |
| **E** | Tampered Codes | | Missing Prom # |

**_4 Point Test_**

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U |
| 2. | Converter has 210 code or higher | I | N |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I |
| 4. | Converter does not initialize (i.e. an addressable hit) | ATE | T |

**Of the 4 points, how many points does it have?**

Test Completed By:          Special Project Auditor  Paul Marmelo

Date Completed On:          June 25, 2001

Comments:              Confirmed Pirate Device

**FOR OFFICE USE ONLY:**

CONVERTER INSTALLED              BY

CONVERTER REMOVED    3/9/01    BY    TAUNTON POLICE DEPARTMENT

EVIDENCE # 2D___ PACKAGE # 2

**AT&T BROADBAND**
**CONVERTER TEST FORM**

| | | | |
|---|---|---|---|
| Date | 3-9-01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | 6427153 |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | Coolbx / 3690 |
| Address: | 333 Cohannet Street | Received From: | UPS pursuant to warrant on 3/9/01 |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

**Currently Receiving Unauthorized Service:**

All Pay Channels    Yes        All PPV Movies    Yes

**Pre 4 Point Test**

CODES RECEIVED

OTHER NOTABLE FEATURES

**OUTSIDE CONVERTER APPEARANCE**

| | | **INSIDE CONVERTER APPEARANCE** | |
|---|---|---|---|
| **P** | Security Tabs Missing | | ADP Module Forced Open |
| **I** | Outside Screws Missing | **U** | ADP Module Cover Missing |
| **R** | Converter Damaged | **N** | Scratches/Marks on Key Chips |
| **A** | Marks Around Outside Screw | **I** | Jumper Wires Still In Place |
| **T** | Wires Cut | **T** | Scratches/Marks on Legs of Key Chips |
| **E** | Tampered Codes | | Missing Prom # |

**4 Point Test**

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U |
| 2. | Converter has 210 code or higher | I | N |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I |
| 4. | Converter does not initialize (i.e. an addressable hit) | ATE | T |

Of the 4 points, how many points does it have?

Test Completed By: Special Project Auditor Paul Marmelo

Date Completed On: June 25, 2001

Comments: Confirmed Pirate Device

**FOR OFFICE USE ONLY:**

| | | | |
|---|---|---|---|
| CONVERTER INSTALLED | | BY | |
| CONVERTER REMOVED | 3/9/01 | BY | TAUNTON POLICE DEPARTMENT/ |
| ACCOUNT HISTORY SUMMARY | | | |

EVIDENCE # 2E  PACKAGE # 2

**AT&T BROADBAND**
**CONVERTER TEST FORM**

| | | | |
|---|---|---|---|
| Date | 3-9-01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | 010104514 |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | VM 4000 Remote Cable Converter |
| Address: | 333 Cohannet Street | Received From: | UPS pursuant to warrant on 3/9/01 |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

**Currently Receiving Unauthorized Service:**

All Pay Channels   <u>Yes</u>   All PPV Movies   <u>Yes</u>

**Pre 4 Point Test**

CODES RECEIVED

OTHER NOTABLE FEATURES

<u>OUTSIDE CONVERTER APPEARANCE</u>

| | | | |
|---|---|---|---|
| <u>P</u> | Security Tabs Missing | | ADP Module Forced Open |
| <u>I</u> | Outside Screws Missing | <u>U</u> | ADP Module Cover Missing |
| <u>R</u> | Converter Damaged | <u>N</u> | Scratches/Marks on Key Chips |
| <u>A</u> | Marks Around Outside Screw | <u>I</u> | Jumper Wires Still In Place |
| <u>T</u> | Wires Cut | <u>T</u> | Scratches/Marks on Legs of Key Chips |
| <u>E</u> | Tampered Codes | | Missing Prom # |

<u>INSIDE CONVERTER APPEARANCE</u>

*4 Point Test*

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U |
| 2. | Converter has 210 code or higher | I | N |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I |
| 4. | Converter does not initialize (i.e. an addressable hit) | ATE | T |

Of the 4 points, how many points does it have?

Test Completed By:   Special Project Auditor Paul Marmelo

Date Completed On:   June 25, 2001

Comments:   Confirmed Pirate Device

<u>FOR OFFICE USE ONLY:</u>

| | | | |
|---|---|---|---|
| CONVERTER INSTALLED | | BY | |
| CONVERTER REMOVED | 3/9/01 | BY | TAUNTON POLICE DEPARTMENT |

EVIDENCE # 2F   PACKAGE # 2

### AT&T BROADBAND
### CONVERTER TEST FORM

| | | | |
|---|---|---|---|
| Date | 3-9-01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | 010104512 |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | VM 4000 Remote Cable Converter |
| Address: | 333 Cohannet Street | Received From: | UPS pursuant to warrant on 3/9/01 |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

**Currently Receiving Unauthorized Service:**

All Pay Channels   **Yes**        All PPV Movies   **Yes**

**Pre 4 Point Test**

CODES RECEIVED         Instructions attached to owner's Manual : to Decode-push mem 2

OTHER NOTABLE FEATURES    Button- to save this information, push the mem button above f+, then push the f+ button within 3 seconds

**OUTSIDE CONVERTER APPEARANCE**

| | |
|---|---|
| **P** | Security Tabs Missing |
| **I** | Outside Screws Missing |
| **R** | Converter Damaged |
| **A** | Marks Around Outside Screw |
| **T** | Wires Cut |
| **E** | Tampered Codes |

**INSIDE CONVERTER APPEARANCE**

| | |
|---|---|
| | ADP Module Forced Open |
| **U** | ADP Module Cover Missing |
| **N** | Scratches/Marks on Key Chips |
| **I** | Jumper Wires Still In Place |
| **T** | Scratches/Marks on Legs of Key Chips |
| | Missing Prom # |

### 4 Point Test

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U |
| 2. | Converter has 210 code or higher | I | N |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I |
| 4. | Converter does not initialize (i.e. an addressable hit) | ATE | T |

Of the 4 points, how many points does it have?

Test Completed By:           Special Project Auditor  Paul Marmelo

Date Completed On:           June 25, 2001

Comments:                    Confirmed Pirate Device

CONVERTER REMOVED   3/9/01   BY   TAUNTON POLICE DEPARTMENT

EVIDENCE # 2G  PACKAGE # 2

**AT&T BROADBAND**
**CONVERTER TEST FORM**

| | | | |
|---|---|---|---|
| Date | 3-9-01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | 010101858 |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | VM 4000 Remote Cable Converter |
| Address: | 333 Cohannet Street | Received From: | UPS pursuant to warrant on 3/9/01 |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

Currently Receiving Unauthorized Service:

All Pay Channels    Yes         All PPV Movies    Yes

Pre 4 Point Test

**CODES RECEIVED**

**OTHER NOTABLE FEATURES**

| OUTSIDE CONVERTER APPEARANCE | | INSIDE CONVERTER APPEARANCE | |
|---|---|---|---|
| **P** | Security Tabs Missing | | ADP Module Forced Open |
| **I** | Outside Screws Missing | **U** | ADP Module Cover Missing |
| **R** | Converter Damaged | **N** | Scratches/Marks on Key Chips |
| **A** | Marks Around Outside Screw | **I** | Jumper Wires Still In Place |
| **T** | Wires Cut | **T** | Scratches/Marks on Legs of Key Chips |
| **E** | Tampered Codes | | Missing Prom # |

**_4 Point Test_**

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U |
| 2. | Converter has 210 code or higher | I | N |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I |
| 4. | Converter does not initialize (i.e. an addressable hit) | ATE | T |

Of the 4 points, how many points does it have?

Test Completed By:                Special Project Auditor  Paul Marmelo
Date Completed On:                June 25, 2001
Comments:                         Confirmed Pirate Device (decoder)

**FOR OFFICE USE ONLY:**

| | | | |
|---|---|---|---|
| CONVERTER INSTALLED | | BY | |
| CONVERTER REMOVED | 3/9/01 | BY | TAUNTON POLICE DEPARTMENT |

**AT&T BROADBAND**
**CONVERTER TEST FORM**

EVIDENCE # 2H   PACKAGE # 2

| | | | |
|---|---|---|---|
| Date | 3-9-01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | 8551980 |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | Coolbx 3690 |
| Address: | 333 Cohannet Street | Received From: | UPS pursuant to warrant on 3/9/01 |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

Currently Receiving Unauthorized Service:

All Pay Channels    Yes          All PPV Movies    Yes

Pre 4 Point Test

**CODES RECEIVED**

**OTHER NOTABLE FEATURES** _____

| OUTSIDE CONVERTER APPEARANCE | | INSIDE CONVERTER APPEARANCE | |
|---|---|---|---|
| **P** | Security Tabs Missing | | ADP Module Forced Open |
| **I** | Outside Screws Missing | **U** | ADP Module Cover Missing |
| **R** | Converter Damaged | **N** | Scratches/Marks on Key Chips |
| **A** | Marks Around Outside Screw | **I** | Jumper Wires Still In Place |
| **T** | Wires Cut | **T** | Scratches/Marks on Legs of Key Chips |
| **E** | Tampered Codes | | Missing Prom # |

### 4 Point Test

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U |
| 2. | Converter has 210 code or higher | I | N |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I |
| 4. | Converter does not initialize (i.e. an addressable hit) | ATE | T |

Of the 4 points, how many points does it have?

Test Completed By:       Special Project Auditor Paul Marmelo
Date Completed On:       June 25, 2001
Comments:                Confirmed Pirate Device

**FOR OFFICE USE ONLY:**

CONVERTER INSTALLED _____ BY _____
CONVERTER REMOVED    3/9/01         BY  TAUNTON POLICE DEPARTMENT
ACCOUNT HISTORY SUMMARY