

EVIDENCE # 4B PACKAGE #4

## AT&T BROADBAND
## CONVERTER TEST FORM

| | | | |
|---|---|---|---|
| Date | 3/09/01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | 004101587 |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | Global 2600 |
| Address: | 333 Cohannet Street | Received From: | Received from UPS on 3/09/01 |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

All Pay Channels   YES          All PPV Movies   YES

Pre 4 Point Test

**CODES RECEIVED**

**OTHER NOTABLE FEATURES**

| OUTSIDE CONVERTER APPEARANCE | | INSIDE CONVERTER APPEARANCE | |
|---|---|---|---|
| P | Security Tabs Missing | | ADP Module Forced Open |
| I | Outside Screws Missing | U | ADP Module Cover Missing |
| R | Converter Damaged | N | Scratches/Marks on Key Chips |
| A | Marks Around Outside Screw | I | Jumper Wires Still In Place |
| T | Wires Cut | T | Scratches/Marks on Legs of Key Chips |
| E | Tampered Codes | | Missing Prom # |

### 4 Point Test

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U |
| 2. | Converter has 210 code or higher | I | N |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I |
| 4. | Converter does not initialize (i.e. an addressable hit) | ATE | T |

Of the 4 points, how many points does it have?

Test Completed By:          Special Project Auditor  Paul Marmelo
Date Completed On:          June 25, 2001
Comments:                   Confirmed Pirate Device (decoder)

**FOR OFFICE USE ONLY:**

CONVERTER INSTALLED                    BY
CONVERTER REMOVED    3/9/01            BY    TAUNTON POLICE DEPARTMENT

1 + et