Seized 4/03

69.95

## STATEMENT

TO **Kevin L Baker**

ADDRESS **Po Box 657**

CITY **Duncansville**  STATE **PA**  ZIP **16635**

TERMS **Refund**

AMOUNT PAID **128.01**

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

~ 10.00 Shipping

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|
| | I would Like A | | | |
| | Refund this wont | | | |
| | Work on My System | | | |
| | No Channels | | | |
| | | | | |
| | Ebay Item # Sent | | | |
| | thru Email | | | |
| | | | | |
| | Bakers ATV @ Aol.com | | | |

Adams 9621

EVIDENCE # 4A PACKAGE #4

## AT&T BROADBAND
## CONVERTER TEST FORM

| | | | |
|---|---|---|---|
| Date | 3-9-01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | 004800856 |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | View Master 4040 |
| Address: | 333 Cohannet Street | Received From: | UPS  pursuant to warrant on 3/9/01 |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

All Pay Channels    YES          All PPV Movies    YES

Pre 4 Point Test

CODES RECEIVED

OTHER NOTABLE FEATURES

| OUTSIDE CONVERTER APPEARANCE | | INSIDE CONVERTER APPEARANCE | |
|---|---|---|---|
| **P** | Security Tabs Missing | | ADP Module Forced Open |
| **I** | Outside Screws Missing | **U** | ADP Module Cover Missing |
| **R** | Converter Damaged | **N** | Scratches/Marks on Key Chips |
| **A** | Marks Around Outside Screw | **I** | Jumper Wires Still In Place |
| **T** | Wires Cut | **T** | Scratches/Marks on Legs of Key Chips |
| **E** | Tampered Codes | | Missing Prom # |

### 4 Point Test

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U |
| 2. | Converter has 210 code or higher | I | N |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I |
| 4. | Converter does not initialize  (i.e. an addressable hit) | ATE | T |

Of the 4 points, how many points does it have?

Test Completed By:          Special Project Auditor  Paul Marmelo

Date Completed On:          June 25, 2001

Comments:          Confirmed Pirate Device  (decoder)

## FOR OFFICE USE ONLY:

CONVERTER INSTALLED                    BY

CONVERTER REMOVED     3/9/01          BY     TAUNTON POLICE DEPARTMENT

ACCOUNT HISTORY SUMMARY