**AT&T BROADBAND**
**CONVERTER TEST FORM**

EVIDENCE # 5A   PACKAGE #5

| | | | |
|---|---|---|---|
| Date | 6/13/01 | Corp. # | I-COMS |
| Account # | 69539-10 | Converter # | No Serial # available |
| Name: | Jeff Walsh | Converter Type: | Global |
| Address: | 6 Cooper Street | Received From: | Received from CI |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

All Pay Channels    YES          All PPV Movies    YES

Pre 4 Point Test

**CODES RECEIVED**

**OTHER NOTABLE FEATURES**

**OUTSIDE CONVERTER APPEARANCE**        **INSIDE CONVERTER APPEARANCE**

| | | | | |
|---|---|---|---|---|
| **P** | Security Tabs Missing | | | ADP Module Forced Open |
| **I** | Outside Screws Missing | | **U** | ADP Module Cover Missing |
| **R** | Converter Damaged | | **N** | Scratches/Marks on Key Chips |
| **A** | Marks Around Outside Screw | | **I** | Jumper Wires Still In Place |
| **T** | Wires Cut | | **T** | Scratches/Marks on Legs of Key Chips |
| **E** | Tampered Codes | | | Missing Prom # |

**4 Point Test**

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U |
| 2. | Converter has 210 code or higher | I | N |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I |
| 4. | Converter does not initialize (i.e. an addressable hit) | ATE | T |

Of the 4 points, how many points does it have?

Test Completed By:            Special Project Auditor  Paul Marmelo
Date Completed On:            June 25, 2001
Comments:                     Confirmed Pirate Device (decoder)

**FOR OFFICE USE ONLY:**

| CONVERTER INSTALLED | | BY | |
|---|---|---|---|
| CONVERTER REMOVED | 6-13-01 | BY | CONFIDENTIAL INFORMANT |

AT&T BROADBAND  
CONVERTER TEST FORM

EVIDENCE # 5B  PACKAGE #5

| | | | |
|---|---|---|---|
| Date | 6/14/01 | Corp. # | I-COMS |
| Account # | 69539-10 | Converter # | No Serial # Available |
| Name: | Jeff Walsh | Converter Type: | Cleartron Gold |
| Address: | 6 Cooper St. | Received From: | Received from Mike Wood on 6/14/01 to Lt. Warish on 6-15-01 |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

All Pay Channels  **YES**      All PPV Movies  **YES**

Pre 4 Point Test

**CODES RECEIVED**

**OTHER NOTABLE FEATURES**

### OUTSIDE CONVERTER APPEARANCE

- **P** — Security Tabs Missing
- **I** — Outside Screws Missing
- **R** — Converter Damaged
- **A** — Marks Around Outside Screw
- **T** — Wires Cut
- **E** — Tampered Codes

### INSIDE CONVERTER APPEARANCE

-   — ADP Module Forced Open
- **U** — ADP Module Cover Missing
- **N** — Scratches/Marks on Key Chips
- **I** — Jumper Wires Still In Place
- **T** — Scratches/Marks on Legs of Key Chips
-   — Missing Prom #

### 4 Point Test

| # | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U |
| 2. | Converter has 210 code or higher | I | N |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I |
| 4. | Converter does not initialize (i.e. an addressable hit) | ATE | T |

Of the 4 points, how many points does it have?

Test Completed By:            Special Project Auditor Paul Marmelo

Date Completed On:            June 25, 2001

Comments:                     Confirmed Pirate Device (decoder)

**FOR OFFICE USE ONLY:**

CONVERTER INSTALLED _____ BY _____

CONVERTER REMOVED  6-14-01          BY  MIKE WOOD

ACCOUNT HISTORY SUMMARY

EVIDENCE # 5C PACKAGE #5

**AT&T BROADBAND**
**CONVERTER TEST FORM**

| | | | |
|---|---|---|---|
| Date | 6/20/01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | No serial # available |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | Global 2600 |
| Address: | 333 Cohannet Street | Received From: | Received from William S. Jacobs on 6-20-01 to Lt. Warish on June 21, 2001 |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

All Pay Channels __YES__    All PPV Movies __YES__

Pre 4 Point Test

**CODES RECEIVED**

**OTHER NOTABLE FEATURES** _____

### OUTSIDE CONVERTER APPEARANCE

| | |
|---|---|
| __P__ | Security Tabs Missing |
| __I__ | Outside Screws Missing |
| __R__ | Converter Damaged |
| __A__ | Marks Around Outside Screw |
| __T__ | Wires Cut |
| __E__ | Tampered Codes |

### INSIDE CONVERTER APPEARANCE

| | |
|---|---|
| | ADP Module Forced Open |
| __U__ | ADP Module Cover Missing |
| __N__ | Scratches/Marks on Key Chips |
| __I__ | Jumper Wires Still In Place |
| __T__ | Scratches/Marks on Legs of Key Chips |
| | Missing Prom # |

### 4 Point Test

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | __P__ | __U__ |
| 2. | Converter has 210 code or higher | __I__ | __N__ |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | __R__ | __I__ |
| 4. | Converter does not initialize (i.e. an addressable hit) | __ATE__ | __T__ |

Of the 4 points, how many points does it have?

Test Completed By:    Special Project Auditor  Paul Marmelo

Date Completed On:    June 25, 2001

Comments:    Confirmed Pirate Device  (decoder)

**FOR OFFICE USE ONLY:**

| CONVERTER INSTALLED | | BY | |
|---|---|---|---|
| CONVERTER REMOVED | 6-20-01 | BY | WILLIAM S. JACOBS |

EVIDENCE # 6A  PACKAGE #6

## AT&T BROADBAND
## CONVERTER TEST FORM

| | | | |
|---|---|---|---|
| Date | 6/21/01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | No serial # available |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | Global 2600 |
| Address: | 333 Cohannet Street | Received From: | Received on 6/21/01 by Lt. P. Warish as result of Search Warrant |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

All Pay Channels   No          All PPV Movies   NO

Pre 4 Point Test

**CODES RECEIVED**

**OTHER NOTABLE FEATURES** _____

### OUTSIDE CONVERTER APPEARANCE
- Security Tabs Missing
- Outside Screws Missing
- Converter Damaged
- Marks Around Outside Screw
- Wires Cut
- Tampered Codes

### INSIDE CONVERTER APPEARANCE
- ADP Module Forced Open
- ADP Module Cover Missing
- Scratches/Marks on Key Chips
- Jumper Wires Still In Place
- Scratches/Marks on Legs of Key Chips
- Missing Prom #

### 4 Point Test

| # | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | | |
| 2. | Converter has 210 code or higher | | |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | | |
| 4. | Converter does not initialize (i.e. an addressable hit) | | |

Of the 4 points, how many points does it have? _____

Test Completed By:

Date Completed On:         Special Project Auditor  Paul Marmelo

Comments:                  June 25, 2001

**FOR OFFICE USE ONLY:**

| CONVERTER INSTALLED | | BY | |
|---|---|---|---|
| CONVERTER REMOVED | 6-21-01 | BY | TAUNTON POLICE DEPARTMENT |

EVIDENCE # 6B  PACKAGE #6

**AT&T BROADBAND**
**CONVERTER TEST FORM**

| | | | |
|---|---|---|---|
| Date | 6/21/01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | No serial # available |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | Global 2600 |
| Address: | 333 Cohannet Street | Received From: | Received on 6/21/01 by Lt. P. Warish as result of Search Warrant |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

All Pay Channels   NO          All PPV Movies   NO

Pre 4 Point Test

**CODES RECEIVED**

**OTHER NOTABLE FEATURES**

**OUTSIDE CONVERTER APPEARANCE**
- Security Tabs Missing
- Outside Screws Missing
- Converter Damaged
- Marks Around Outside Screw
- Wires Cut
- Tampered Codes

**INSIDE CONVERTER APPEARANCE**
- ADP Module Forced Open
- ADP Module Cover Missing
- Scratches/Marks on Key Chips
- Jumper Wires Still In Place
- Scratches/Marks on Legs of Key Chips
- Missing Prom #

### 4 Point Test

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | | |
| 2. | Converter has 210 code or higher | | |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | | |
| 4. | Converter does not initialize (i.e. an addressable hit) | | |

Of the 4 points, how many points does it have?

Test Completed By:

Date Completed On:

Comments:

Special Project Auditor  Paul Marmelo

June 25, 2001

**FOR OFFICE USE ONLY:**

| CONVERTER INSTALLED | | BY | |
|---|---|---|---|
| CONVERTER REMOVED | 6-21-01 | BY | TAUNTON POLICE DEPARTMENT |

EVIDENCE # 6C PACKAGE #6

## AT&T BROADBAND
## CONVERTER TEST FORM

| | | | |
|---|---|---|---|
| Date | 6/21/01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | No serial # available |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | Global 2600 |
| Address: | 333 Cohannet Street | Received From: | Received on 6/21/01 by Lt. P. Warish as result of Search Warrant |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

All Pay Channels    NO            All PPV Movies    NO
                   Pre 4 Point Test

CODES RECEIVED

OTHER NOTABLE FEATURES

### OUTSIDE CONVERTER APPEARANCE
- Security Tabs Missing
- Outside Screws Missing
- Converter Damaged
- Marks Around Outside Screw
- Wires Cut
- Tampered Codes

### INSIDE CONVERTER APPEARANCE
- ADP Module Forced Open
- ADP Module Cover Missing
- Scratches/Marks on Key Chips
- Jumper Wires Still In Place
- Scratches/Marks on Legs of Key Chips
- Missing Prom #

### 4 Point Test

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | | |
| 2. | Converter has 210 code or higher | | |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | | |
| 4. | Converter does not initialize (i.e. an addressable hit) | | |

Of the 4 points, how many points does it have?
Test Completed By:                          Special Project Auditor  Paul Marmelo
Date Completed On:                          June 25, 2001
Comments:

### FOR OFFICE USE ONLY:

| | | | |
|---|---|---|---|
| CONVERTER INSTALLED | | BY | |
| CONVERTER REMOVED | 6-21-01 | BY | TAUNTON POLICE DEPARTMENT |

EVIDENCE # 6D  PACKAGE #6

**AT&T BROADBAND**
**CONVERTER TEST FORM**

| | | | |
|---|---|---|---|
| Date | 6/21/01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | No serial #A available |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | Global 2600 |
| Address: | 333 Cohannet Street | Received From: | Received on 6/21/01 by Lt. P. Warish as result of Search Warrant |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

All Pay Channels  **YES**      All PPV Movies  **YES**

Pre 4 Point Test

**CODES RECEIVED**

**OTHER NOTABLE FEATURES**   Screw missing for box cover

**OUTSIDE CONVERTER APPEARANCE**

| | |
|---|---|
| **P** | Security Tabs Missing |
| **I** | Outside Screws Missing |
| **R** | Converter Damaged |
| **A** | Marks Around Outside Screw |
| **T** | Wires Cut |
| **E** | Tampered Codes |

**INSIDE CONVERTER APPEARANCE**

| | |
|---|---|
| | ADP Module Forced Open |
| **U** | ADP Module Cover Missing |
| **N** | Scratches/Marks on Key Chips |
| **I** | Jumper Wires Still In Place |
| **T** | Scratches/Marks on Legs of Key Chips |
| | Missing Prom # |

*4 Point Test*

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U  N/A |
| 2. | Converter has 210 code or higher | I | N  N/A |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I  N/A |
| 4. | Converter does not initialize (i.e. an addressable hit) | ATE | T  N/A |

Of the 4 points, how many points does it have?   N/A

Test Completed By:   Special Project Auditor  Paul Marmelo

Date Completed On:   June 25, 2001

Comments:   Confirmed Pirate Device  (decoder)

**FOR OFFICE USE ONLY:**

| | | | |
|---|---|---|---|
| CONVERTER INSTALLED | | BY | |
| CONVERTER REMOVED | 6-21-01 | BY | TAUNTON POLICE DEPARTMENT |

EVIDENCE # 6E  PACKAGE #6

**AT&T BROADBAND**
**CONVERTER TEST FORM**

| | | | |
|---|---|---|---|
| Date | 6/21/01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | No serial #A available |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | Global 2600 |
| Address: | 333 Cohannet Street | Received From: | Received on 6/21/01 by Lt. P. Warish as result of Search Warrant |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

All Pay Channels  **YES**     All PPV Movies  **YES**
Pre 4 Point Test

**CODES RECEIVED**

**OTHER NOTABLE FEATURES**    Screw missing for box cover

**OUTSIDE CONVERTER APPEARANCE**

| | | **INSIDE CONVERTER APPEARANCE** | |
|---|---|---|---|
| P | Security Tabs Missing | | ADP Module Forced Open |
| I | Outside Screws Missing | U | ADP Module Cover Missing |
| R | Converter Damaged | N | Scratches/Marks on Key Chips |
| A | Marks Around Outside Screw | I | Jumper Wires Still In Place |
| T | Wires Cut | T | Scratches/Marks on Legs of Key Chips |
| E | Tampered Codes | | Missing Prom # |

**_4 Point Test_**

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U  N/A |
| 2. | Converter has 210 code or higher | I | N  N/A |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I  N/A |
| 4. | Converter does not initialize (i.e. an addressable hit) | ATE | T  N/A |

Of the 4 points, how many points does it have?    N/A
Test Completed By:     Special Project Auditor  Paul Marmelo
Date Completed On:     June 25, 2001
Comments:              Confirmed Pirate Device (decoder)

**FOR OFFICE USE ONLY:**

CONVERTER INSTALLED _____ BY _____
CONVERTER REMOVED   6-21-01    BY  TAUNTON POLICE DEPARTMENT

EVIDENCE # 6F  PACKAGE #6

**AT&T BROADBAND**
**CONVERTER TEST FORM**

| | | | |
|---|---|---|---|
| Date | 6/21/01 | Corp. # | I-COMS |
| Account # | 43747-04 | Converter # | No serial # available |
| Name: | Joe Amaro / Dimas Amaro | Converter Type: | Global 2600 |
| Address: | 333 Cohannet Street | Received From: | Received on 6/21/01 by Lt. P. Warish as result of Search Warrant |
| City: | Taunton | State/Zip | Ma. 02780 |
| SSN#: | | Generated From: | |

All Pay Channels   NO     All PPV Movies   NO

Pre 4 Point Test

**CODES RECEIVED**

**OTHER NOTABLE FEATURES**

**OUTSIDE CONVERTER APPEARANCE**
- Security Tabs Missing
- Outside Screws Missing
- Converter Damaged
- Marks Around Outside Screw
- Wires Cut
- Tampered Codes

**INSIDE CONVERTER APPEARANCE**
- ADP Module Forced Open
- ADP Module Cover Missing
- Scratches/Marks on Key Chips
- Jumper Wires Still In Place
- Scratches/Marks on Legs of Key Chips
- Missing Prom #

**_4 Point Test_**

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | | |
| 2. | Converter has 210 code or higher | | |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | | |
| 4. | Converter does not initialize (i.e. an addressable hit) | | |

Of the 4 points, how many points does it have?

Test Completed By:

Date Completed On:

Special Project Auditor  Paul Marmelo

June 25, 2001

**FOR OFFICE USE ONLY:**

| CONVERTER INSTALLED | | BY | |
|---|---|---|---|
| CONVERTER REMOVED | 6-21-01 | BY | TAUNTON POLICE DEPARTMENT |

EVIDENCE # 6G  PACKAGE #6

**AT&T BROADBAND**
**CONVERTER TEST FORM**

| | | | |
|---|---|---|---|
| **Date** | 6/21/01 | **Corp. #** | I-COMS |
| **Account #** | 43747-04 | **Converter #** | 1000071772146 |
| **Name:** | Joe Amaro / Dimas Amaro | **Converter Type:** | Millennium 3 |
| **Address:** | 333 Cohannet Street | **Received From:** | Received on 6/21/01 by Lt. P. Warish as result of Search Warrant |
| **City:** | Taunton | **State/Zip** | Ma. 02780 |
| **SSN#:** | | **Generated From:** | |

All Pay Channels   YES            All PPV Movies   YES

Pre 4 Point Test

**CODES RECEIVED**

**OTHER NOTABLE FEATURES**

| OUTSIDE CONVERTER APPEARANCE | | INSIDE CONVERTER APPEARANCE | |
|---|---|---|---|
| P | Security Tabs Missing | | ADP Module Forced Open |
| I | Outside Screws Missing | U | ADP Module Cover Missing |
| R | Converter Damaged | N | Scratches/Marks on Key Chips |
| A | Marks Around Outside Screw | I | Jumper Wires Still In Place |
| T | Wires Cut | T | Scratches/Marks on Legs of Key Chips |
| E | Tampered Codes | | Missing Prom # |

*4 Point Test*

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | P | U |
| 2. | Converter has 210 code or higher | I | N |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | R | I |
| 4. | Converter does not initialize (i.e. an addressable hit) | ATE | T |

Of the 4 points, how many points does it have?

Test Completed By:
Date Completed On:                   Special Project Auditor  Paul Marmelo
Comments:                            June 25, 2001
                                     Confirmed Pirate Device (decoder)

**FOR OFFICE USE ONLY:**

| CONVERTER INSTALLED | | BY | |
|---|---|---|---|
| CONVERTER REMOVED | 6-21-01 | BY | TAUNTON POLICE DEPARTMENT |