**EXHIBIT A**

LOCKER # _____10_____

## AT&T BROADBAND
### PIRATE CONVERTER FORM

| | | | |
|---|---|---|---|
| **Date** | 6-3-02 | **Corp. #** | CSG |
| **Account #** | 8773100540019490 | **Converter Type** | Rebelion – 3 |
| **Name:** | Richard Malcolm | | Serial # 004600117 |
| **Address:** | 121 Pinecrest Road | **Received From:** | Field SPA Marmelo |
| **City:** | Holliston | **State/Zip** | Ma., 01746 |
| **SSN#:** | 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 | **Generated From:** | Amaro List |

**Currently Receiving Unauthorized Service:**

All Pay Channels   Yes    All PPV Movies   Yes

**OTHER NOTABLE FEATURES**    01 to 125 open to all pays and pay per view

| | |
|---|---|
| Converter Recovered By: | SPA Paul Marmelo |
| Date Completed On: | 6-3-02 |
| Comments: | Open to All |

**FOR OFFICE USE ONLY:**

*ACCOUNT HISTORY SUMMARY*

| | | | | | | |
|---|---|---|---|---|---|---|
| Current Service Level | Status: | Active | # of Pay Channels | Basic | # of Boxes | |
| Previous Service Level | Status: | Active | # of Pay Channels | Basic | # of Boxes | |