EQ NOT LISTED IN CSG. 2005

**COMCAST CONVERTER TEST FORM**

Comcast GL # K-34 Locker # PITAK lockup.
FDDLSTTC Ticket # TS-745

Conv. Returned: 1-24-05
HUB. #: HE-04 ATTLEBORO
Account #: 8773100010031033
Converter #: T1M3705531A2
Name: JOE/EDWARDA - AMATO
Converter Type: JERROLD DPV-7
Address: 333 COHANNET ST
Received From: FIELD-TECH #3455
City: TAUNTON
State/Zip: MA 02780
SSN#:
Generated From: AUDIT Tech #3455

**EXHIBIT B**

Currently Receiving Unauthorized Service:
All Pay Channels: YES 80 HBO

**Pre 4 Point Test**

CODES RECEIVED: F=C0 F2=0F,1F,2F,3F,4F,5F,6F,7F, 8F,9F
OTHER NOTABLE FEATURES: Chip Installed in Box.

**OUTSIDE CONVERTER APPEARANCE**
- YES Security Tabs Missing
- NO Outside Screws Missing
- YES Damaged Memory
- NO Marks Around Outside Screw
- Wires Cut
- YES Tampered Codes

**INSIDE CONVERTER APPEARANCE**
- ADP Module Forced Open (Regency Boxes Only)
- ADP Module Cover Missing (Regency Boxes Only)
- Scratches/Marks on Key Chips (Regency Boxes Only)
- YES Chip ~~Jumper~~ Wires Still In Place (Regency Boxes Only)
- YES Scratches/Marks on Legs of Key Chips
- Missing Prom #

**4 Point Test**

| | Testing Point | Codes/Comments | Pass/Fail |
|---|---|---|---|
| 1. | Check Video on converter (e.g. channel 5 or PPV barker on all channels.) | N/A | N/A |
| 2. | Converter has 210 code or higher | / | / |
| 3. | Converter has H-1 or H6 code, or tunes 01-99 or 01-128 consecutively. | / | / |
| 4. | Converter does not initialize (i.e. an addressable hit) | ✓ | ✓ |

Of the 4 points, how many points does it have?

Test Completed By: Paul Marmelo
Date Completed On: 1-24-05
Comments: HUB # TEST: HE-04 Attleboro CONFIRMED TAMPERED with

**FOR OFFICE USE ONLY:**

CONVERTER INSTALLED _____ BY _____
CONVERTER REMOVED 1-24-05 BY Tech #3455
ACCOUNT HISTORY SUMMARY

Service "DISCLAIMER ON BOTTOM OF BOX! NOTICE THEFT OF DEVICE is a crime INSTALLING THIS without permission or unauthorized tampering modifying or altering it in any way may subject you to civil or criminal penalties. Check with your local cable company."