

Attachment # 15

# Invoice

Wholesale Electronics
9101 W. SAHARA #105-D24
Las Vegas, NV 89117
702-878-3396

| DATE | INVOICE # |
|---|---|
| 7/17/2000 | 5167 |

| BILL TO | SHIP TO |
|---|---|
| JOE AMARO<br>333 COHANNET ST.<br>TAUNTON, MA 02780 | JOE AMARO<br>333 COHANNET ST.<br>TAUNTON, MA 02780<br>508-880-0617 |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
|  | COD | MC | 7/17/2000 | UPS |  |  |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 10 | V2 | VISION 20/20 | 85.00 | 850.00 |
|  | F | FREIGHT | 60.00 | 60.00 |
|  |  | REORDER |  |  |

EXHIBIT
15
10/7/05 cth    D. Amaro

Thank you for your business.

**Total** $910.00

All products carry a 30 day money back guarantee and a 1 year parts and labor warranty. If within 30 days of purchase you are not satisified, you may return your order for refund or exchange (less S&H). No refunds after 30 days. All returned products must have prior return authorization (RA) approval and must be received within 14 days of obtaining the RA. All returned products must be complete, in un-tampered original condition, including all original boxes, components, manuels, paperwork, etc. and must include invoice showing the RA number assigned for the return. All merchandise ordered in error, returned without authorization, or returned incomplete, will be assessed a 25% restocking fee. All shipping, handling, and insurance fees are at customers expense. All returned merchandise must show a legible RA number on the shipping label. For customer service call 702-878-3396 M-F 9:00AM to 4:00PM Pacific Standard Time