**INB GROUP, INC.**
1844 N. NOB HILL RD., #182
PLANTATION, FL 33322

| Page | Date | Order No. |
|---|---|---|
| 1 | 07/18/00 | 13826A |

**SOLD TO:**
Eduarda & Joe Amaro
C/O Dimas Amaro
333 Cohannet St.
Taunton, MA 02780

**SHIP TO:**

| Customer No. | Sales I.D. | Reference # | Media Code | Terms |
|---|---|---|---|---|
| 6117 | NH/GM | | /REF | PAID BY CREDIT CARD |

| Credit Card Number | Type | # | Phone Number | Total Wt. | Zone | # Packages | Ship Via |
|---|---|---|---|---|---|---|---|
| * ON FILE * | MC | 055893 | (508) 801-5704 | 0.0 Lbs | | 1 | UPS |

THANK YOU FOR YOUR ORDER.
TECH. SUPPORT #954-742-8625. (M-F 5:30-7:00 P.M.)
SALES TEL. #1-888-434-2269.

| Qty. | B/O | Shipped | Item # | Description | Unit Price | Disc | Extension | Pkg. |
|---|---|---|---|---|---|---|---|---|
| 50 | 0 | 50 | 456 | BOSS 5 | 96.00 | -- | 4800.00 | |
| | | | | MERCHANDISE TOTAL $ | | | 4800.00 | |
| | | | | SHIPPING & HANDLING $ | | | 120.00 | |
| | | | | TOTAL $ | | | 4920.00 | |
| | | | | CC: MC APPR:055893 $ | | | -4920.00 | |

```
****************
*UPS SHIPPER NO.*
*    1111111    *
*PKG ID#13826A01*
****************
```

```
****************
*UPS SHIPPER NO.*
*    1111111    *
*PKG ID#13826A__*
****************
```

UPS   ZN:

**Ship to:**
Eduarda & Joe Amaro
C/O Dimas Amaro
333 Cohannet St.
Taunton, MA 02780

**Ship to:**
Eduarda & Joe Amaro
C/O Dimas Amaro
333 Cohannet St.
Taunton, MA 02780

