UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| Comcast of Georgia/Massachusetts, Inc. ) and Comcast of Middletown, Inc. and ) Comcast of Boston, Inc. and Comcast of ) California/ Massachusetts/ Michigan/Utah, ) Inc. and Comcast of Maine/New ) Hampshire, Inc. and Comcast of ) Massachusetts I, Inc. and Comcast of ) Massachusetts II, Inc. and Comcast of ) Massachusetts III, Inc. and Comcast of ) Massachusetts/New Hampshire/Ohio, Inc. and Comcast of New Hampshire, Inc.<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>Joseph Amaro, Dimas Amaro, and Joseph Amaro and Dimas Amaro, Jointly d.b.a. CABLEJOINT and D's Electronics<br><br>　　Defendants | Case No.: 04-cv-10414-RCL<br><br>AFFIDAVIT OF WILLIAM SCOTT JACOBS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

　　Now comes the affiant, William Scott Jacobs. He makes this his sworn statement, under the pains and penalties of perjury and of his own personal knowledge:

1. I, William Scott Jacobs, am an employee of Comcast Cable Communications.

2. I am employed with Comcast Cable Communications as a Security Investigator.

3. I am familiar with cable technology, descrambling methodology and black market technology.

4. In early June 2001, after receiving information from Comcast employees in Massachusetts, I took actions to initiate an interstate, Internet black box purchase from the web site that I understood was being operated by a Massachusetts individual known as Dimas Amaro;

5. I first created a Hotmail account, BJACOBS123@HOTMAIL.COM;

6. I also created a PAYPAL account utilizing a Hotmail address;

7. On June 4, 2001, I placed an Internet order for a black box from the web site www.cablejoint.net;

8. I utilized a MasterCard credit card with this PAYPAL account paying $140.00 for the black box;

9. Payment was made to CABLEJOINT@YAHOO.COM;

10. The transaction details from the PAYPAL account evidenced a payment of $140.00 to Dimas Amaro with an ID # of 0N952025B84648630;

11. I utilized the address of 34 Shunpike Road, Suit 3, Cromwell, CT 06416-2453, a "Mail Boxes Etc" facility for the requested delivery of the black box;

12. On June 20, 2001, a black box arrived at the Cromwell facility and I picked up the package;

13. The package contained a black box and certain peripherals items such as a remote-control but the package did not contain any so-called "disclaimer" documents;

14. The device I received was tested (see the affidavit of Paul Marmelo) and it was determined that the box in question was a non-addressable coaxial cable analog descrambling device, a so called "black box".

15. I have kept a verifiable chain of custody with reference to the black box and it is still in the possession of Comcast.

Subscribed and sworn to, under the pains and penalties of perjury, this _____ day of ___JANUARY 26___, 2006.

/s/ William Scott Jacobs
William Scott Jacobs