UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| Comcast of Georgia/Massachusetts, Inc. and Comcast of Middletown, Inc. and Comcast of Boston, Inc. and Comcast of California/ Massachusetts/ Michigan/Utah, Inc. and Comcast of Maine/New Hampshire, Inc. and Comcast of Massachusetts I, Inc. and Comcast of Massachusetts II, Inc. and Comcast of Massachusetts III, Inc. and Comcast of Massachusetts/New Hampshire/Ohio, Inc. and Comcast of New Hampshire, Inc.<br><br>    Plaintiffs,<br><br>    vs.<br><br>Joseph Amaro, Dimas Amaro, and Joseph Amaro and Dimas Amaro, Jointly d.b.a. CABLEJOINT and D's Electronics<br><br>    Defendants | Case No.: 04-cv-10414-RCL<br><br>AFFIDAVIT OF ELLEN DIBBLE IN SUPPORT OF THE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

Now comes the affiant, Ellen Dibble. She makes this her sworn statement, under the pains and penalties of perjury and of her own personal knowledge:

1. I am self-employed as a stenographer.

2. I reside in Northampton, Massachusetts.

3. Counsel for the Plaintiffs in this action requested that I transcribe the cassette tape of the hearing in the matter of:

    a.    Commonwealth of Massachusetts versus Joseph Amaro, Docket Number 0231 CR 1053; and

    b.    Commonwealth of Massachusetts versus Dimas Amaro, Docket Number 0231 CR 1054.

4. I hereby certify that the attached transcript is a true and accurate transcript, prepared to the best of my ability, of the above referenced cassette regarding the hearing in the matter of:

    a.    Commonwealth of Massachusetts versus Joseph Amaro, Docket Number 0231 CR 1053; and

    b.    Commonwealth of Massachusetts versus Dimas Amaro, Docket Number 0231 CR 1054.

Said hearing was heard before the Honorable Gilbert Nadeau, J., in the Taunton District Court, Taunton Massachusetts on February 9, 2004.

Subscribed and sworn to, under the pains and penalties of perjury, this 26TH day of January, 2006.

Ellen H. Dibble