This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| Comcast of Georgia/Massachusetts, Inc.) and Comcast of Middletown, Inc. and) Comcast of Boston, Inc. and Comcast of) California/ Massachusetts/ Michigan/Utah,) Inc. and Comcast of Maine/New) Hampshire, Inc. and Comcast of) Massachusetts I, Inc. and Comcast of) Massachusetts II, Inc. and Comcast of) Massachusetts III, Inc. and Comcast of) Massachusetts/New Hampshire/Ohio, Inc.) and Comcast of New Hampshire, Inc. <br><br>    Plaintiffs, <br><br>    vs. <br><br> Joseph Amaro, Dimas Amaro, and Joseph Amaro and Dimas Amaro, Jointly d.b.a. CABLEJOINT and D's Electronics <br><br>    Defendants | Case No.: 04-cv-10414-RCL <br><br> **AFFIDAVIT OF MELODY FRY IN SUPPORT OF THE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Now comes the Affiant, Melody Fry. She makes this her sworn statement, under the pains and penalties of perjury and of her own personal knowledge:

1. I am over the age of 18 years and not a party to this action

2. My business address is 12312 Port Grace Boulevard, La Vista, NE 68128.

3. I am employed by PayPal, Inc., in the position of Executive Escalations Senior Agent.

4. I am duly authorized as custodian of the following described business records:

    Account Homepage, Transaction log, and Activity log. The records were

    prepared by PayPal personnel in the ordinary course of their duties at or near

    the time of the events recorded.

5. A Subpoena was served upon PayPal for production of said business records for:

    a. Any and all records reflecting transactions involving Dimas Amaro of:
       333 Cohannet Street, Taunton, MA 02780 (508) xxx-xxxx (deleted for

       privacy); or

1

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

PO Box 549, Taunton, MA  02780; or

Xxxxxxxx (deleted for privacy), East Taunton, MA  02718

b. Any and all records reflecting transactions involving Joseph Amaro of: 333 Cohannet Street, Taunton, MA  02780 (508) xxx-xxxx (deleted for privacy); or

PO Box 549, Taunton, MA  02780; or

Xxxxxxxxx (deleted for privacy), East Taunton, MA  02718

c. Any and all records reflecting transactions involving credit card number xxxx-xxxx-xxxx-xxxx (deleted for privacy).

d. Any and all records reflecting transactions from, to or with the e-mail address cablejoint@yahoo.com, da027@hotmail.com, universalpro@yahoo.com,

e. Any and all records reflecting transactions from, to or with the user name da027.

6. Attached is the original CD containing the foregoing records which I sent to the Attorney for the Subpoenaing representative. The CD is password protected with "McLaughlin" being said password (case sensitive).

Subscribed and sworn to, under the pains and penalties of perjury, this 25

day of January , 2006.

Melody Fry
Executive Escalations Sr. Agent

2