| | |
|---|---|
| **Comcast of Georgia/Massachusetts, Inc. and Comcast of Middletown, Inc. and Comcast of Boston, Inc. and Comcast of California/ Massachusetts/ Michigan/Utah, Inc. and Comcast of Maine/New Hampshire, Inc. and Comcast of Massachusetts I, Inc. and Comcast of Massachusetts II, Inc. and Comcast of Massachusetts III, Inc. and Comcast of Massachusetts/New Hampshire/Ohio, Inc. and Comcast of New Hampshire, Inc.**<br><br>    Plaintiffs,<br><br>        vs.<br><br>**Joseph Amaro, Dimas Amaro, and Joseph Amaro and Dimas Amaro, Jointly d.b.a. CABLEJOINT and D's Electronics**<br><br>    Defendants | Case No.: **04-cv-10414-RCL**<br><br>**NOTICE OF FILING WITH CLERK'S OFFICE** |

Notice is hereby given that the exhibit, CD referenced in the Affidavit of Melody Fry, has been filed manually with this Court due to its length. The original document/CD is maintained in the case file in the Clerk's Office.


2/2/2006                          /s/ John M. McLaughlin
Date                              John M. McLaughlin, Esq.
                                  **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                  77 Pleasant Street
                                  P.O. Box 210
                                  Northampton, MA 01061-0210
                                  Telephone (413) 586-0865
                                  BBO No. 556328