

1) SENT-PAID-110.00-40-02/12-contact@-Sharif Ahmed,
2) SENT-PAID-100.00-CM-02/12-INFO@-Jared Roy,
3) SENT-PAID-105.00-CM-02/12-wadleyt@aol.com-Tom Wadley,
4) SENT-PAID-110.00-GL-02/12-klubber98@aol.com-Kristopher Madsen,
5) SENT-PAID-135.00-40-02/12-racerx@adelphia.net-Jim Distaso,
6) SENT-PAID-300.15-2CB-slyman2002@aol.com-Bob Alesia,
7) SENT-REFUND-PAID-250.00-CVIEW-02/02-cjworld@msn.com-Cindi Lasker,
8) SENT-PAID-152.50-CB-02/12-sledzrt600@mindspring.com-Chris libby,
9) SENT-Refund-PAID-250.00-CVIEW-02/01-hdvorkin@aol.com-Helene Dvorkin,
10) SENT-PAID-100.00-CM-02/12-Info@-Alfred Taylor,
11) SENT-PAID-100.00-CM-02/12-Contact@-Bill Barnes,
12) SENT-PAID-110.00-40-02/12-Contact@-Ed Mitchell,
13) SENT-PAID-110.00-GL-02/12-emutvols@aol.com-Ed Miller,
14) SENT-PAID-40-exchange for Widman-John Autry,
15) SENT-PAID-CB-150.00-02/13-Cynthia Vizon,
16) SENT-PAID-150.00-CB-lauren.pessy@gecapital.com-Lauren pessy,
17) SENT-PAID-150.00-CB-02/13-ed_flanagan@readersdigest.com-Gloria Flanagan,
18) SENT-PAID-152.50-CB-02/13-tumbleston@aol.com-Rod tumblestone,
19) SENT-PAID-150.000-CB-02/13-fatang@netzero.net-Frank Tang,
20) SENT-PAID-135.00-40-02/13-wdutil@aol.com-Kevin Baker,
21) SENT-PAID-135.00-40-02/13-danny74_@hotmail.com-Danny MArtinez,
22) SENT-PAID-110.00-CB-02/13-lcueto7198@aol.com-Louis Cueto,
23) SENT-PAID-135.00-40-02/13-credfield@cisco.com-Carl Redfield,
24) SENT-PAID-105.00-CM-02/13-bpattison_2000@yahoo.com-William PAttison,
25) SENT-PAID-155.00-CB-02/14-daaser@msn.com-Chris Daas,
26) SENT-PAID-105.00-CM-02/16-erickandchris@lvcm.com-Erick Sheldon,
27) SENT-PAID-150.00-CB-02/16-hoanquangvu@yahoo.com-Hoan Vu,
28) SENT-PAID-150.00-CB-02/16-imvenex@aol.com-Juan Ruiz,
29) SENT-PAID-135.00-40-02/16-mrfrank@voicenet.com-Frank Menzel,
30) SENT-PAID-500.00-5GL-02/16-ubloco@aol.com-Bryan parkhurst,
31) SENT-PAID-152.50-CB-02/16-crmchenry3@home.com-CPSI,ATTN:Rich McHenry,
32) SEN
33) SENT-PAID-150.00-CB-02/16-Ming Lee,
34) SENT-PAID-150.00-CB-02/16-choochmm@peoplepc.com-Manfred Mollica,
35) SENT-
36) SENT-PAID-135.00-40-02/16-tpjhart@aol.com-Tom Hartnett,
37) SENT-PAID-2nd shipped for Regan-40-02/18-Bradford Electronics,Jeff delbridge,
38) SENT-PAID-135.00-CM-02/18-emeraldconst@mediaone.net-Dan Braun,
39) SENT-PAID-135.00-CM-02/18-nattyp12@yahoo.com-Nat Panassutrakorn,
40) SENT-PAID-100.00-CM-02/18-Info@cable-Calvin Coleman,
41) SENT-PAID-150.00-CB-02/19-llsama@aol.com-Julio Samavati,
42) SENT-PAID-106.00-CM-02/19-kwhet1@aol.com-Ken hettler,
43)
44) SENT-PAID-150.00-40+sc-02/19-ferng@usa.net- S.A. PTY,ATTN:Fernando,
45) SENT-PAID-394.00-3-40's-02/20-johnjagg@aol-John Albanese,
46) SENT-PAID-150.00-CB-02/20-dale5050@yahoo.com-Dale Edwards-
47) SENT-PAID-105.00-CM-02/20-fitzync@charter.net-The Office Shop,Attn:BArry,
48) SENT-PAID-110.00-GL-02/20-wfyu2@yahoo.com-wayne Yu,
49) SENT-PAID-150.00-CT-02/21-jdowns1178@msn.com-Joshua Downs,
50) SENT-PAID-105.00-CM-02/21-mgm51@aol.com-Michael Mowers,
51) SENT-PAID-135.00-40-02/21-barstool@flash.net-Ben Cooper,



52)SENT-PAID-220.00-2GL-02/21-James Tanis,
53)SENT-PAID-150.00-CB-02/21-ttocs51@hotmail.com-Gerald husted,
54)SENT-PAID-107.50-CM-02/21-rberlocker@aol.com-Roy berlocker
55)SENT-PAID-150.00-CB-02/22-longfong1@mediaone.net-Long Fong
56)SENT-PAID-105.00-cm-02/22-mmorita203@aol.com-Rob Atencio
57)SENT-PAID-155.00-40+SC-02/23-billbeagle@hotmail.com-William Goldsmith,
58)SENT-PAID-150.00-CB-02/23-mww218@sccoast.net-Michael Webster,
59)SENT-PAID-132.50-CT-02/23-great1_2b@hotmail.com-George Lattin,
60)SENT-PAID-291.00-3CM-02/23-Contact@-Tom Johnston,
61)REFUNDED-SENT-PAID-140.00-CT-Reqire signature-02/23-william.lien@us.h
62)SENT-PAID-109.00-CM-02/23-bassmanp@mail.com-Pierre Chakraverty,
63)SENT-PAID-105.00-CM-02/23-ttu1010220@aol.com-Tony Tucker,
64)SENT-PAID-115.00-40-02/23-Info@cable-Terry grant,
65)SENT-PAID-97.00-CM-02/23-contact@-Vaughn JAckson,420 Cou
66)SENT-PAID-169.00-CB+SC-02/24-annie66@optonline.net-Ann Wa
67)SENT-PAID-97.00-CM-02/24-contact@4-Vicki Wallette
68)SENT-PAID-135.00-40-02/24-jeffchandler@att.net-Jeff Chandler
69)SENT-PAID-100.00-CM-02/24-info@cable-Chris Liebe,
70)SENT-PAID-115.00-40-02/24-info@cable-Nitza Echandy
71)SENT-PAID-152.50-CB-02/24-depdon@hotmail.com-Don Lamarr,
72)SENT-PAID-500.00-5GL-1SC-02/25-Jamie Rios,
73)SENT-PAID-150.00-CT-02/25-user103450@hotmail.com-Alfred Wozniak,
74)
77)SENT-PAID-135.00-40-02/25-greezeking@yahoo.com-Brian Bachler
78)SENT-PAID-97.00-cm-02/25-CONTACT@-Waleed Jouzy,
79)SENT-PAID-135.00-CT-02/25-mismambokg@aol.com-Jesus Rivera,
80)SENT-PAID-200.00-2GL-02/26-sancho_85364@yahoo.com-Steve missouri,C/
81)SENT-PAID-150.00-CB-02/26-arniem@itss.net-Arnan McCullough,
82)
83)SENT-PAID-135.00-CT-02/28-Jesus Lopez,
84)SENT-PAID-135.00-CT-02/28-Ryan Griffin
85)SENT-PAID-291.00-3CM-02/28-contact@-Edwin Rivera
86)SENT-PAID-97.00-CM-02/28-contact@-Edmund Yu,
87)SENT-PAID-275.00-2-40's-02/28-Jeff Chandler,6501 red hook plaza Suite 201,Box 315,St.Thomas
88)SENT-PAID-110.00-03/01-GL-Jason HAgan,
89)SENT
90)SENT-PAID-100.00-CM-03/01-Info@-Hugh Hardman,
91)SENT-PAID-125.00-CB-03/01-Contact@-Pasquale Valerio,
92)SENT-PAID-105.00-CM-03/03-Bid69.com,ATTN:JOE
93)SENT-PAID-130.00-40-03/03-jwvargas@netnitco.net-James VArgas
94)SENT-PAID-130.00-CB-03/03-Info@-Basile De Leonibus,
95)
96)SENT-PAID-105.00-CM-03/03-hyperbc@mindless.com-HaarkanBevan Cass III,
97)SENT-PAID-130.0
98)SENT-PAID-140.00-40-03/03-gator23151@cs.com-Curtis Mitchell,
99)SENT-PAID-250.00-2GL-03/03-taehyun_k@hotmail.com-Tommy Kang,Excalibur,
100)SENT-PAID-140.00-40-03/03-boatmate@aol.com-Ben Herring
101)SENT-PAID-135.00-CT-03/03-racerx@adelphia.net-James diStaso
102)SENT-PAID-250.00-2=CT-03/03-toowacked9@cs.com-Brett Swanson
103)SENT-PAID-155.00-40+SC-03/03-Geoffrey Weiss
104)SENT-PAID-135.00-CT-03/03-Rob Lynn
105)SENT-PAID-105.00-CM-03/04-steve@amberdigital.com-Steven GAllo