106) SENT-PAID-125.00-CB-03/04-Contact@-Don Gill,
107) SENT-PAID-125.00-CBINS-03/05-Contact@-Seongwook Youn,
108) SENT-PAID-150.00-CB-03/05-Todd Zadnik,
109) SENT-PAID-105.00-CM-03/05-sexykid81@aol.com-Chris Ouimette,
110) SENT-PAID-140.00-40-03/05-ldytrvl@aol.com-Bernie Schafer
111) SENT-PAID-105.00-CM-03/05-aaplus@worldnet.att.net-Tim Cataldi,
112) SENT-PAID-140.00-40-03/12-James Vargas
113) SENT-PAID-105.00-CM-03/06-kale@mazard.com-Kale Lacroux,
114) SENT-PAID-150.00-CB-03/06-lanona@erols.com-Leslie Gyuru,
115) SENT-PAID-150.00-CB-03/06-skipete@EARTHLINK.NET-Pete Staley,
116) SENT-PAID-150.00-CB-03/06-suddenimpact2000@aol.com-Bill Ioannidis,
117) SENT-PAID-115.00-40-03/06-INFO@-David Rogers,
118) SENT-PAID-120.00-CB-03/06-Info@-Sergio Meraz,
119) SENT-PAID-150.00-CB-03/06-auctionsar@aol.com-Debbie Elliot,
120) SENT-PAID-135.00-CT-03/06-russerrigo@aol.com-Russel Errigo,
121) SENT-PAID-150.00-CB-03/06-acerview1@earthlink.net-Jill Salzano
122) SENT-PAID-150.00-CB-03/06-mestacee@aol.com-Stacee Herrschaft
123) SENT-PAID-150.00-CB-03/06-tpk1964@aol.com-Todd Keefe,
124) SENT-PAID-135.00-CT-03/06-chuck431@hotmail.com-Charles Nuse
125) SENT-PAID-135.00-CM-03/07-hjapril@yahoo.com-Helene April,
126) SENT-PAID-135.00-CM-03/07-chipspence@hotmail.com-Leapnet,Attn:Elisabeth Widmar
127) SENT-PAID-150.00-CB-03/07-stevekrz@lycos.com-Steve Krzemienski,
128) SENT-PAID-105.00-CM-03/07-pichazo@msn.com-Gary Rojas,
129) SENT-PAID-135.00-CT-03/07-phoenix11111@hotmail.com-Larry Maya,
130) SENT-PAID-515.00-5CM-03/07-mstella@webstruct.com-Samouth Sy,
131) SENT-PAID-150.00-CB-03/07-lovdokkenl@cs.com-Daryn Lovdoken
132) SENT-PAID-107.00-ct-03/07-Contact@-David Hoffman,
133) SENT-PAID-107.00-CT-03/08-Contact@-Vaughn Jackson
134) SENT-PAID-110.00-GL-03/08-rtv078@webtv.net-Rich Vogel
135) SENT-PAID-350.00-3=40-03/08-info@-Adam Rubinger,
136) SENT-PAID-100.00-CM-03/08-info@-Jim Cheney,
137) SENT-PAID-270.00-2CM-03/10-jerseyrebel13@home.com-Daniel boyle,
138) SENT-PAID-97.00-GL-03/11-Contact@-Danny Spears,
139) SENT-PAID-135.00-GL-03/10-William Byas
140) SENT-PAID-150.00-CB-b101@flinthills.com-Sam Bridgman
141) SENT-PAID-2CT-03/18-James Distaso,
142) SENT-PAID-GL-110.00-03/13-lcueto7198@aol.com-Louis Cueto,
143) REFUND-SENT-PAID-CM-100.00-03/13-Info@-Wilfredo Chevere,
144) SENT-PAID-40-115.00-03/13-Info@-Milton Caines
145) SENT-PAID-CM-100.00-03/13-Info@-Braum Orphan,
146) SENT-PAID-40-115.00-03/13-Info@-Devon Beaudry
147) SENT-PAID-2CB+SC-03/15-Michael Fanelli,
148) SENT-PAID-CM-03/15-Shaine Dolan,
149) SENT-PAID-CM-03/15-Ethan White,
150) SENT-PAID-2GL-03/15-Bob Atencio,
151) SENT-PAID-1SENT-300.00-2CB-03/18-Todd Zadnik,
152) SENT-PAID-2nd sent CB-03/18-Attn:Ted Lim,VM Inc.
153) SENT-PAID-420.00-4GL-03/19-Steve Missouri
154) SENT-PAID-150.00-CB-03/19-dale5050@yahoo.com-Dale Edwards,
155) SENT-PAID-CT-135.00-03/25-MIC
156) MSENT-PAID-CB-135.00-03/25-Info@-Ann Peters
157) MSENT-PAID-VM-120.00-03/25-Info@-Mike Himmel,



158) SENT-PAID-2GL-270.00-03/25-William Goldsmith,
159) MSENT-PAID-20VM-2240.00-Jared Roy,
160) SENT-PAID-2GL-220.00-Daniel Avelos,
161) MSENT-PAID-CB-150.00-Leslie Gyuru,
162) MSENT-PAID-CB-150.00-Jill Salzano
163) MSENT-PAID-155.00-CB-03/26-Denise Scottel
164) MSENT-PAID-120.00-40-03/26-Ryan Rojas
165) MSENT-PAID-145.00-40-03/26-Tom Sutliffe
166) SENT-PAID-117.00-GL-03/26-Carlos Chavez,
167) MSENT-PAID-160.00-CB-03/26-Trinh Nguyen
168) MSENT-PAID-160.00-CB-Scott Russel,
169) MSENT-PAID-156.00-CB-Dawn Krueger
170) MSENT-PAID-160.00-CB-WANTS IT BY SUNDAY!!-Rob Lentz
171) MSENT-PAID-135.00-04/01-GL-83.00-Gary Miller
172) SENT-PAID-110.00-GL-INFO@-Dennis Medina
173) MSENT-PAID-160.00-CB-nanomart
174) MSENT-PAID-135.00-GL-83.00-Tom Prendergast,
175) SENT-PAID-110.00-GL-Corinne Burns
176) SENT-PAID-110.00-GL-Eric Wiley
177) SENT-PAID-110.00-GL-Phyllis Little,
178) MSENT-PAID-155.00-03/27-VM-William Goldsmith,
179) MSENT-PAID-155.00-03/27-VM-Kerrigan Family Medical Grp.
180) MSENT-PAID-315.00-03/28-2CB-175.00-Wayne MAy
181) SENT-PAID-135.00-04/1-CT-83.00-Shari Chapin,
182) MSENT-PAID-150.00-04/1-CB-92.00-Todd Zadnik
183) MSENT-PAID-160.00-04/01-CB-92.00-Jonathon Hensler,
184) MSENT-PAID-160.00-04/01-CB-92.00-Miguel Arciniega
185) MSENT-PAID-160.00-04/01-CB-92.00-George King
186) MSENT-PAID-160.00-04/01-CB-92.00-Rob Wengeler
187) SENT-PAID-420.00-04/01-4GL-Leon Elalouf
188) MSENT-PAID-04/01-CB-92.00-Allen Cabading,
189) SENT-PAID-110.00-GL-04/02-Brian Rondeau,
190) SENT-PAID-160.00-CB-04/02-Farnam Toussi
191) SENT-PAID-160.00-CB-04/03-Joy VandenBrander
192) SENT-PAID-145.00-40-04/03-Jason Lourenco
193) SENT-PAID-160.00-NEXT DAY CT-Neil Freebairn
194) SENT-PAID-160.00-CB-04/03-Todd Dinsmore.
195) SENT-PAID-110.00-GL-04/04-Jason b
196) SENT-PAID-135.00-CT-04/04-Brent Patterson
197) SENT-PAID-110.00-GL-04/04-Mike Smith,
198) SENT-PAID-217.00-2GL-04/05-Brian Carrol,
199) SENT-PAID-160.00-CB-04/05-Katie Meyer
200) SENT-PAID-145.00-40-04/04-William Flynn,
201) SENT-PAID-110.00-GL-04/04-SCott Moir,
202) SENT-PAID-225.00-2GL-04/04-Bob ATencio,
203) SENT-PAID-135.00-CB-04/04-INFO@-Sean Rider,
204) SENT-PAID-135.00-CB-04/04-INFO@-Karen Gray,
205) SENT-PAID-120.00-VM-04/04-INFO@-Ralph Melone,
206) SENT-PAID-110.00-GL-04/09-Carlos Debs,
207) SENT-PAID-135.00-CT-04/09-Brian Durham
208) SENT-PAID-160.00-CB-04/09-Hoan Vu
209) SENT-PAID-160.00-CB-04/09-Evan radford,