210)SENT-PAID-160.00-CB-04/10-Nick Dore,
211)SENT-PAID-160.00-CB-04/10-Kamyab A.Tabriz,
212)MSENT-PAID-135.00-GL-04/10-Michael Chapin,
213)SENT-PAID-160.00-Gary gruenbaum,
214)SENT-PAID-160.00-CB-Philip Williams,
215)SENT-PAID-145.00-CB-Farnam Toussi,
216)SENT-PAID-160.00-CB-Harold Finck,
217)SENT-PAID-160.00-CB-Mike Pfeifer,
218)SENT-PAID-107.00-Bones Helmet-Grant Long,
219)SENT-PAID-110.00-GL-Norman Manhin,
220)SENT-PAID-100.00-GermanHelmet-Stephanie Schulze,
221)SENT-PAID-110.00-GL-INFO-Daniel Lagasca,
222)SENT-PAID-168.00-CB+SC--Mike Booth,
223)SENT-PAID-580.00-Gateway-Computer Solutions,Attn:Patti Amaya,
224)SENT-PAID-110.00-Dwight Elliot,
225)SENT-PAID-110.00-Winston Cheng,
226)SENT-PAID-160.00--CB-Paul Richardson,
227)SENT-PAID-110.00-GL-Jason Ting,
228)SENT-PAID-135.00-CT-Chris Dworaczyk,
229)SENT-PAID-228.00-2GL-Tony Innie,
230)SENT-PAID-160.00-CB-Glenn Thrift Jr.
231)SENT-PAID-160.00-CB-Al Forsythe,
232)SENT-PAID-85.00-INFO-GL-Jacqueline Adams,
233)MSENT-PAID-160.00-CB-04/20-Veronika Revzin,
234)SENT-PAID-125.00-40-Salvatore Rosata,
235)SENT-PAID-125.00-CT-Brad Mullens,
236)SENT-PAID-115.00-40-Kuragu Ageymang,
237)SENT-PAID-120.00-GL-Jeff Mahan,
238)SENT-PAID-110.00-GL-Patrick Holloway,
239)SENT-PAID-625.00-5CB-Brian Durham,
240)SENT-PAID-160.00-CB-John Hefner,
241)SENT-PAID-215.00-04/21-Mike Fordunski,
242)SENT-PAID-110.00-GL-ROy Smith,
243)SENT-PAID-160.00-CB-David Dillon,
244)SENT-PAID-450.00-3CB-April Witte,
245)SENT-PAID-110.00-INFO-GL-Robert Goodnight,
246)SENT-PAID-125.00-40-Larry Richelli,
247)SENT-PAID-135.00-INFO-CB-Craig Bonham,
248)SENT-PAID-160.00-04/24-CB-CHris Bonno,
249)SENT-PAID-110.00-GL-Michael Nash,
250)SENT_PAID-125.00-CT-Jay ,
251)SENT-PAID-160.00-CB-David Zimmers,
252)MSENT-PAID-135.00-INFO-Nate Chan,
253)SENT-PAID-125.00-CT-Mike Marchese,
254)SENT-PAID-160.00-04/25-CB-Ryan Lewellyn,
255)SENT-PAID-125.00-40-Larry PEcan,
256)SENT-PAID-125.00-CT-Ken Allen,
257)SENT-PAID-160.00-CB-Carla Sauvageau,
258)SENT-PAID-125.00-CT-Don Gagne,
259)SENT-PAID-122.00-40-Weiju Chen,
260)MSENT-PAID-125.00-40-Byong Sung Lee,
261)SENT-PAID-110.00-INFO-GL-Keith Ishihara,





262)SENT-PAID-220.00-INFO-2GL-Eva Nieves,
263)SENT-PAID-160.00-CB-Jack Carvainis,
264)MSENT-PAID-1VM-1GL-1CB-INFO-George Burnett,
265)SENT-PAID-125.00-40-Bruce Milne,
266)SENT-PAID-125.00-CT-Daniel Torres,
267)SENT-PAID-125.00-40-Leroy Scott,
268)SENT-PAID-160.00-CB-Theodore Parker,
269)MSENT-PAID-135.00-INFO-CB-Jun Ng,
270)SENT-PAID-160.00-CB-04/31-Karson Corp,
271)SENT-PAID-160.00-REFUND 20.00-CB-Todd Dinsmore,
272)SENT-PAID-162.50-CB-Sukrit Agrawal,
273)SENT-PAID-110.00-GL Insured-Victor Chua,
274)SENT-PAID-160.00-CB-Bonnie White,
275)MSENT-PAID-160.00-05/02-CB-John Heinze,
276)MSENT-PAID-160.00-Kyle Wall,
277)SENT-PAID-135.00-05/07-CM-Mike Stolarski,
278)SENT-PAID-230.00-2GL-Rob Atencio,
279)SENT-PAID-125.00-CT-Katheen Keath,
280)MSENT-PAID-210.00-Jerrold-Corinne Burns,
281)SENT-PAID-160.00-CB-Audrey Aleins,
282)SENT-PAID-135.00-CB-Kurt Knabenhans,
283)SENT-PAID-160.00-CB-Stephen Brown,
284)SENT-PAID-110.00-GL-Paul Scozzari,
285)SENT-PAID-135.00-INFO-CB-Scott Broaddus,
286)SENT-PAID-160.00-CB-Katherine Chepulis,
287)SENT-PAID-160.00-CB-Ron Despojado,
288)SENT-PAID-125.00-Mike Wiese,
289)SENT-PAID-160.00-CB-Aaron Jackson,
290)SENT-PAID-120.00-GL-Walter Stolyar,
291)MSENT-PAID-160.00-NX-160.00-Steve Hirsh,
292)MSENT-PAID-170.00-NX-Feinburg Shelley,
293)SENT-PAID-160.00-CB-Philip Williams,
294)SENT-PAID-160.00-CB-Tony Vanacore,
295)SENT-PAID-160.00-CB-M.McLaughlin,
296)SENT-PAID-113.00-GL-Jason Hagan,
297)SENT-PAID-160.00-CB-John Levy,
298)MSENT-PAID-210.00-Jerrold DPBB7522P-Corinne Burns,
299)SENT-PAID-157.50-CB-Geoff George,
300)SENT-PAID-160.00-05/24-CB-Duy Van Nguyen,
301)SENT-PAID-155.00-5/28-40-Cherron Dotson,
302)MSENT-PAID-170.00-NX-James Henderson,
303)SENT-PAID-160.00-CB-Mike Haas,
304)SENT-PAID-110.00-GL-Walter Stoylar,
305)MSENT-PAID-170.00-NX-Doug Garstin,
306)SENT-PAID-160.00-CB-Niral Patel,
307)MSENT-PAID-2400.00-20CB-JAred Roy,
308)MSENT-PAID-170.00-NX-CHris Blanchette,
309)SENT-PAID-110.00-GL-Garry Hines,
310)SENT-PAID-125.00-GL-Mike ROy,
311)MSENT-PAID-170.00-NX-Bob Jensen,
312)SENT-PAID-135.00-INFO-CB-Davy Kong,
313)MSENT-PAID-160.00-CB-Tracy Hanson,



314)SENT-PAID-225.00-2GL-Brian Carroll,
315)MSENT-PAID-135.00-CB-Luis Jiminez ,
316)MSENT-PAID-170.00-NX-Bernadette Kingston
317)SENT-PAID-135.00-GL-Paul Kwan,
318)SENT-PAID-140.00-GL-William JAcobs
319)MSENT-PAID-170.00-NX-N.Roeting,
320)MSENT-PAID-115.00-CB-Kyle Roberts,
321)PAID-

MONEY ORDERS
1)SENT-PAID-90.00-GL-Maziar Anav,
2)SENT-PERSONALCHECK-PAID-150.00-CB-Greg Kraus,
3)SENT-PAID-150.00-CB-Ian Fedorchick,
4)SENT-PAID-105.00-CM-02/20-Terry Schindler,
5)SENT-PAID-156.00-CB-Steve Kovalick,
6)SENT-
7)SENT-PAID-135.00-40-02/22-John Estes
8)SENT-PAID-150.00-CB-02/22-Mike Malinsky,
9)SENT
10)SENT-PAID-165.00-CT+SC-02/25-Paul Feldman,
11)SENT-PAID-105.00-CM-02/25-Robert Stone,
12)SENT-PAID-310.00-3CM-02/256-William Bazen,
13)SENT-PAID-150.00-CB-03/01-Oneil Color+CMPD,Attn:DJ TAylor,
14)SENT-PAID-150.00-CB-03/01-Rich Aron,
15)SENT-PAID-150.00-CB-150.00-03/02-Tom Lewis,
16)SENT-PAID-135.00-CM-03/05-Oscar naranjo,Pershing-dci
17)SENT-PAID-150.00-CB-03/05-Vyacheslav Ilatov,
18)SENT-PAID-150.00-CB-03/08-Jesse Annunziata,
19)SENT-PAID-150.00-CB-03/12-Caramelo Jimenez,
20)SENT-PAID-315.00-3GL-03/20-Tony Tucker,
21)MSENT-PAID-155.00-VM-03/24-Ken Hines,
22)MSENT-PAID-270.00-2VM-03/26-Freddie Baez Diaz,
23)MSENT-PAID-160.00-04/01-CB-92.00-Buel Kerr
24)SENT-PAID-160.00-CB-04/04-Andrew bolopoulos,
25)SENT-PAID-160.00-CB-R.Loveri
26)SENT-PAID-110.00-Garry HArris,
27)SENT-PAID-160.00-CB-04/16-Gene Riesebeck,
28)SENT-PAID-135.00-CT-Attn:nPeter Mott
29)MSENT-PAID-405.00-3GL-Tom Prendergast,
30)SENT-PAID-145.00-40-Jim Emmons,Cadence Sound Systems
31)SENT-PAID-CT-125.00-04/21-C.Alden,
32)SENT-PAID-?-130.00-Jason Riesgraf,
33)SENT-PAID-CT-135.00-Adam Heffley,
34)SENT-PAID-420.00-3CB-Korey Gruenbaum,
35)SENT-PAID-250.00-2CT-Ron Platts,
36)SENT-PAID-160.00-CB-Rob b,
37)SENT-PAID-180.00-Nexxus-Judy Conrad
38)SENT-PAID-125.00-CB-Joel Elston,
39)SENT-PAID-330.00-3GL-Tony Tucker,
40)SENT-PAID-05/09-125.00-CT-R.Villalta



41)SENT-PAID-05/15-160.00-CB-Mark Peterson,
42)MSENT-PAID-190.00-NX-Norm Methot,
44)SENT-PAID-160.00-CB-Stanley Potrzuski,
45)SENT-PAID-330.00-3GL-T.Tucker
46)SENT-PAID-125.00-06/04-Steve Irvin,
47)SENT-PAID-350.00-4GL-1CM+Bad1-J.Tanis,
48)SENT-PAID-135.00-?-David Gifford,
48)SENT-PAID-1550.00-11VM-Ed Budka,

orders.txt

1) CB-92.00-Jun Ng, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2) 1VM 77.00-1GL 73.00- 1CB 92.00-INFO-George Burnett, ▓▓▓▓▓▓
3) 4000-87.00-Byong Sung Lee, ▓▓▓▓▓▓▓▓▓▓