EXHIBIT

B

**RETURNS  Mike-1-866-936-3446**

1)SENT-RESEND-CT-CB-returned-jeffdl@oak-tree.net- ▓▓▓▓▓▓ 2--Wiggling and Bright!

2)SENT-REFUND-CM-01/29-Eric joffe, ▓▓▓▓▓▓▓▓▓ -OK

3)CM-01/29-Marlin Smith, ▓▓▓▓▓▓▓▓▓ ----OK-2 or 3 channels needed to be CFT'd...

4)4040-01/29-Kolb,38 Marsh Dr. ▓▓▓▓▓▓ -OK---But he must of really turn BOSS Counter alot....

5)SENT-RESEND-CM-01/29-Scott Van Daele, ▓▓▓▓▓▓▓ ---NO GOOD -KEEPS Flicking

6)SENT-REFUND-CM-01/16-Rizwan Maher, ▓▓▓▓▓▓▓▓ , ▓▓

7)CB-01/04-James Malloy, ▓▓▓▓▓▓▓▓▓ , ▓

8)reen rd., ▓▓▓▓

9)SENT-RESEND-GL-for returned CM-Bob Depalma, ▓▓▓▓▓▓▓▓

10)SENT-RESEND-CM-Anthony Moore, ▓▓▓▓▓▓ -Bad box)

11)SENT-REFUND-40+SC-02/05-Bob Fix, ▓▓▓▓▓▓▓ -(WONT TUNE IN ON ANY ʂ

12)40-02/05-Rich Malcolm, ▓▓▓▓▓▓ -(WANTS TO EXCHANGE FOR REBELION)(\

13)SENT-REFUNDED-40+SC-02/05-Paul Tohle, ▓▓▓▓▓▓ -(OK,but he wants a refund)

14)SENT-RESEND-CBorCT-Webb Moffit ▓▓▓▓▓▓▓ -(WONT SWITCH CHANl

15)CM-02/05-Ted Gallagher,CCI Dihital, ▓▓▓▓▓▓ --(OK,but returned with no wireʂ

16)SENT-RESEND-4000-02/05-Jason Schnabel, ▓▓▓▓▓▓ ---(OK ,he just needs twist c

17)SENT-REFUND-40-125.00-MArk Savage, ▓▓▓ --OK-(HE wants a refund)

18)4000-02/05-Froilan Nunez--(WANTS REFUND)OK,but had bypass,and needed to hit M2 to descramble)

19)

20)CM-Mail boxes ETC, ▓▓▓▓▓▓ (RETUNED NEEDING 5 WIRE harness)

21)SENT-REPLACEMENT-CB-02/08-Leon Elalouf, ▓▓▓▓▓▓ -(BAD MAESTRO)

22)SENT-RESEND-CM-02/08-Carolyn Canty ▓▓▓▓▓▓ ----(BAd Box M3 stuck onʾ

23)SENT-RESEND-40+SC-returnedCB-John Blazes, ▓▓▓▓▓▓ ---BAD MAESTRO,and ị

24)CB-02/08-Rick Mahar, ▓▓▓▓▓▓ -CEO@MIDGETCABLE ORDER--BOX OK!!

25)2CB-02/08-Ryan murray, ▓▓▓▓▓ -----OK

26)SENT-RESEND-40 for returned CM,with additonal 30.00-02/08-Gary Greenwald, ▓▓▓▓▓

27)SENT-CT-02/13-Jeff Delbridge ▓▓▓▓▓ -Video wire were in the audio prongs

28)SENT-RESEND-REFUND130.00-40-02/13-Colin Brady, ▓▓▓▓▓

29)SENT-REFUND-GL-02/13-Ryan Churchman ▓▓▓▓▓ -Was a little of wiggling

30)SENT-RESEND-openCM with nothing else-02/13-William BArtley, ▓▓▓▓▓

31)SENT-REFUND-2CB-280.00-Jason Kruegger-

32)1VM4000+4040-02/15-Neil Scott ▓▓▓▓▓ --RETURNED TO SENDER on

33)SENT-REFUND-4040-02/15-Sonja Delong, ▓▓▓▓▓ -(Board a little dark,but otheɲ

34)SENT-RESEND-REFUND-150.00-CB-P.Belos ▓▓▓▓▓

35)

36)SENT-RESEND--CM-02/18-Helene April, ▓▓▓▓▓▓ ---OK-but missing Co

37)SENT-REFUNDED-140.00-CB-Rob Settlow, ▓▓▓▓▓

38)SENT-RESEND-CT+SC-returnedCB-Ian federochick, ▓▓▓▓▓

39)SENT-REFUND-CM-02/23-Rhet Hubertus ▓▓▓▓▓ --Boss Board off mark

40)40-02/23-John Blazes, ▓▓▓▓▓ ---OK

41)GL-02/23-Tony Acinelli, ▓▓▓▓▓ ---OK

42)SENT-RESEND-CM+SC-02/23-Mike Arrington, ▓▓▓▓▓ -----OK

43)SENT-RESEND-OLD STYLE-CM+REMOTE-02/23-Greg Schneider, ▓▓▓▓▓

44)SENT-RESEND-40-for CB-David Evans ▓▓▓▓▓ ---BAD WIRES

45)SENT-40-Maurice P., ▓▓▓▓▓ ----Bad Board Flashing...

46)40-Clarence Mcferren ▓▓▓▓▓

47)SENT-RESEND-CT+SC-check inputs-Ian Federochick, ▓▓▓▓▓ -------Bad Boss Boʐ

48)SENT-REFUND-CB-Cynthia Vison ▓▓▓▓▓ -----Bad BOARD

49)SENT-RESEND-CT-George Lattin, ▓▓▓▓▓ --Wire in wrong...

50)SENT-RESEND-OLDCM-03/08-William Bartley ▓▓▓▓▓ --Boss Off

51)CB-03/08-Julio Samavati ▓▓▓▓▓ --OK



52)SENT-125.00-BakersATV@aol.com--
53)SENT-RESEND-CM-03/15-Oscar A. Naranjo,Pershing DCI,---
54)SENT-REFUND-2CT-250.00-03/15-toowacked9@cs.com-rent Swanson,--
54)SENT-REFUND-140.00-Gerald Husted--
55)SENT-2ND-CB-03/18-Ted Lim--
56)SENT-REFUND-120.00-ct-03/20-Rob J. Lynn----
57)SENT-REFUND-100.00-CM-03/24-Jody Lajoie---Every channel needed F+ing..
58)sent-RESEND-old CM+remote -Steve Stobel,---OK--Need Zip
59)SENT-REFUNDED-GL-Wilfredo Chevere,
60)SENT-RESEND-same40-John Albanese,---Wires in wrong place
61)SENT- REFUND-130.00-CT-Will Lien,---wires in wrong
62)SENT_REFUND-125.00-CT-Daniel Boyle,-------Wires in wrong ASK!!
63)SENT-REFUND-140.00-Krzemierski,
64)SENT-RESEND-OLDCB-Todd Zadnik,--WAS OK
65)SENT-RESEND-OLDCB-D.BEaudry,---Bad Board
66)SENT_REFUND-125.00-CT-Neil freebairn,-------OK
67)SENT-RESEND-CB-Tom Sutcliffe,-------Bad Board!!
68)CB-04/14-G.Steeg,--Bad Board!!
69)SENT-RESEND-40-no remote or box-For Bad 4000 stuck on 26-Stephen o'Loughlin,
70)SENT-RESEND-CB-no remote or box-Eamon Scanlon,---Bad LCD
71)SENT-JERROLD FOR-GL-J.C. Burns,---OK -Wants Comp. to GE DPE
72)SENT-RESEND-1CB+GL- for CM returned JUNK + 200.00- ---D.Tjokronolo,
73)SENT-RESEND-GL-Laurie Spencer,---Box tampered,BB was on M1,2,3
74)SENT-149.00-REFUND-CB-Kurt Krueger,-------OK
75)SENT-RESEND-2-40's-No boxes-G.Weiss,
76)SENT-150.00-REFUND-CB-Nick Dore,---OK
77)SENT-Refund-150.00-Al Forsythe,
78)SENT-REFUND-150.00 CHECK-Mike Booth
79)SENT-REFUND-Andrew Apostpoulus,---Bad board always negative
80)SENT-REFUND-115.00-CT-Brian Mullens,---OK
81 )SENT-RESEND-GL-Mike Smith,--BAD BOARD
82)SENT-REFUND-150.00-Gene Reisbeck,
83)SENT-REFUND-115.00-GL-Roy Smith---Guy has an Attitude problem BE CAREFUL!!
84)SENT-CB-Phil Williams----Box pulled open ,and cracked all over front corners!!
85)SENT-REFUND-CB-150.00-Michael Pfeifer--Paypal mpfei98@aol.com---OK
86)SENT-CT-Gee Inc.,---Says sound is staticy...OPtion Sound card!!
87)SENT-RESEND-CM-Brett Austin--Needed New Boss 3rd Boss Boa
88)SENT-REFUND-CT-Marchese,----
89)SENT-REFUND-115.00-Bruce Milne
90)SENT-40-Weiju Chen,---Resend for CT
91)SENT-REFUND-157.80-Jack Carvainis,--Wants refund or Jerrold Impuls
92)SENT-40 for CB--Larry Richeli,
93)SENT-REFUND-150.00-CB-John Hefner,
94)SENT-REFUND-100.00-GL-M.Smith
95)SENT-BB-Patrick Holloway
96)SENT-CB-Sukrit Agrawal--
97)SENT-CB-Sauvagneau
98)2CM-05/25-Tanis-1 No Good BOards tampered with-2nd ok but  may need F+
99)SENT-150.00-REFUND-CB-R.Despojada---OK
100)SENT-RESEND-CB-D.Dillon,-Board needed to be adjusted..
101)SENT-REFUND-115.00-M/O-CT+SC-Gil Nieves---OK
102)SENT-Refund-CB-G.King--Seemed to be Ok,if anything it was a little dark!!

103)4000-B Collins-Stuck on 92,and i think i had sent him a CB not a VM ask?
104)CM-Mike Webster, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓-Ok just needed a little of the green screw and CFT
105)SENT-refund-115.00-K.Keith--Charge him for Boss board

:!!!

SETTING,AND SOUND WAS FUCKED)
WORKING OK!!)

INELS)
s)
on cables for tighter fit)

ı)
if you resend have him pay for a sound card..

▓▓▓▓▓▓▓—OK

g,and a little too bright,and was also on HRC!!
▓▓▓▓—

ı box ,and says FWD ▓▓▓▓▓▓▓▓▓▓▓ 1st notice 1/16 2
wise descramblecd ok)

ɔax cables-Insisted on sending a second unit..

---BAD short in box warrantie--

ard

MArk

e

!!

───────────────────────────────────────────────STUSCK ON 26

BB7522P

3 prongs,What was orig problem?

ard!!

se 7000

2nd 1/24 return 1/29