

Attachment #7

| DATE | # OF PARCELS | SHIPPED TO | SHIPPER |
|---|---|---|---|
| 7/17/00 | ONE | 333 Cohannet St | Wholesale Electronics |
| 7/21/00 | ONE | 333 Cohannet St | Wholesale Electronics |
| 9/20/00 | TWO | 333 Cohannet St | Wholesale Electronics |
| 9/22/00 | TWO | 333 Cohannet St | Wholesale Electronics |
| 9/27/00 | ONE | 333 Cohannet St | Wholesale Electronics |
| 9/28/00 | THREE | 333 Cohannet St | Wholesale Electronics |
| 10/12/00 | THREE | 333 Cohannet St | Wholesale Electronics |
| 10/25/00 | ONE | 333 Cohannet St | Wholesale Electronics |
| 10/31/00 | SEVEN | 333 Cohannet St | Wholesale Electronics |
| 11/14/00 | ONE | 333 Cohannet St | Wholesale Electronics |
| 11/18/00 | ONE | 333 Cohannet St | Wholesale Electronics |
| 11/20/00 | ONE | 333 Cohannet St | Wholesale Electronics |
| 11/24/00 | ONE | 333 Cohannet St | Wholesale Electronics |
| 11/27/00 | ONE | 333 Cohannet St | Wholesale Electronics |
| 12/1/00 | ONE | 333 Cohannet St | Wholesale Electronics |
| 12/4/00 | TWO | 333 Cohannet St | Wholesale Electronics |
| 12/26/00 | EIGHT | 333 Cohannet St | Wholesale Electronics |
| 12/28/00 | ONE | 333 Cohannet St | Global Cable Inc |
| 12/28/00 | EIGHT | 333 Cohannet St | Wholesale Electronics |
| 1/6/01 | TWO | 333 Cohannet St | Wholesale Electronics |
| 1/12/01 | ONE | 333 Cohannet St | Wholesale Electronics |
| 1/17/01 | ONE | 333 Cohannet St | Wholesale Electronics |
| 1/24/01 | THREE | 333 Cohannet St | Wholesale Electronics |
| 1/30/01 | THREE | 333 Cohannet St | Wholesale Electronics |
| 1/31/01 | TEN | 333 Cohannet St | Wholesale Electronics |
| 2/2/01 | TEN | 333 Cohannet St | Clearview Electronics |
| 2/8/01 | TWO | 333 Cohannet St | Wholesale Electronics |
| 2/15/01 | TEN | 333 Cohannet St | Global Cable Inc |
| 2/23/01 | TWO | 333 Cohannet St | Wholesale Electronics |
| 6/19/00 | FIVE | 333 Cohannet St | I N B Group |
| 6/30/00 | FIVE | 333 Cohannet St | I N B Group |
| 7/24/00 | FIVE | 333 Cohannet St | I N B Group |
| 9/18/00 | ONE | 333 Cohannet St | I N B Group |

```
MDD7801           AUTOMATED DELIVERY INFORMATION              01 MAR 2001
PKG:  1 OF  1       DETAIL SCREEN
DEL DATE/TIME: 07/17/00  14:42  PKG ID:         12:39:57 ET
SHPNO: 877010       CLARIFIED SIGNATURE:   DEL STAT: DELIVERED
INQUIRY NUMBER(S): 1Z8770101240683444

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                          VEHICLE   NO.: 118232
DRIVER   NAME: SHEEHAN
                             SRC/LOOP/GRP : DIAD/PE6/W9I
DRIVER NUMBER: 024520453      STOP   NUMBER:  52
DEFINED  AREA: 2002
SLIC    : 0240              STOP   COUNT:  93
                          PACKAGES/STOP:  1
COD CASH ONLY (0=N, 1=Y): 0   STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0
                          COD DUE  AMT: USD 468.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN
```

Attachment #7

```
MDD7801           AUTOMATED DELIVERY INFORMATION              01 MAR 2001
PKG:  1 OF  1       DETAIL SCREEN
DEL DATE/TIME: 07/21/00  14:19  PKG ID:         12:40:53 ET
SHPNO: 877010       CLARIFIED SIGNATURE:   DEL STAT: DELIVERED
INQUIRY NUMBER(S): 1Z8770100240930490

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                          VEHICLE   NO.: 118232
DRIVER   NAME: SHEEHAN
                             SRC/LOOP/GRP : DIAD/PF8/0H6
DRIVER NUMBER: 024520453      STOP   NUMBER:  61
DEFINED  AREA: 2002
SLIC    : 0240              STOP   COUNT: 100
                          PACKAGES/STOP:  1
COD CASH ONLY (0=N, 1=Y): 0   STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0
                          COD DUE  AMT: USD 910.00

F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL
F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN
```

```
MDD7801            AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  1 OF  2           DETAIL SCREEN              12:49:24 ET
DEL DATE/TIME: 09/20/00 18:02   PKG ID:      DEL STAT: DELIVERED
SHPNO: 877010        CLARIFIED SIGNATURE: AAA
INQUIRY NUMBER(S): 1Z8770103540821742

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                        VEHICLE   NO.: 79507
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/PR0/Z87
DRIVER NUMBER: 024520453        STOP   NUMBER: 117
DEFINED  AREA: 2002           STOP   COUNT: 103
SLIC     : 0240             PACKAGES/STOP:  2
                         STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                     *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN
```

```
MDD7801            AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  2 OF  2           DETAIL SCREEN              12:49:28 ET
DEL DATE/TIME: 09/20/00 18:02   PKG ID:      DEL STAT: DELIVERED
SHPNO: 877010        CLARIFIED SIGNATURE: AAA
INQUIRY NUMBER(S): 1Z87701000240268331

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                        VEHICLE   NO.: 79507
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/PR0/Z87
DRIVER NUMBER: 024520453        STOP   NUMBER: 117
DEFINED  AREA: 2002           STOP   COUNT: 103
SLIC     : 0240             PACKAGES/STOP:  2
                         STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                     *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION           01 MAR 2001
PKG:  1 OF  2        DETAIL SCREEN              12:49:32 ET
DEL DATE/TIME: 09/22/00 14:37   PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770103640552951

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                     VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN          SRC/LOOP/GRP : DIAD/PR4/PME
DRIVER NUMBER: 024520453         STOP  NUMBER:  65
DEFINED  AREA: 2002          STOP  COUNT: 103
SLIC    : 0240            PACKAGES/STOP:  2
                     STOP   TYPE: RESIDENTIAL


*  F2: SIGNATURE    F3: PREV SCREEN                 *
*  F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION           01 MAR 2001
PKG:  2 OF  2        DETAIL SCREEN              12:49:37 ET
DEL DATE/TIME: 09/22/00 14:37   PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770103640502344

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                     VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN          SRC/LOOP/GRP : DIAD/PR4/PME
DRIVER NUMBER: 024520453         STOP  NUMBER:  65
DEFINED  AREA: 2002          STOP  COUNT: 103
SLIC    : 0240            PACKAGES/STOP:  2
                     STOP   TYPE: RESIDENTIAL


*  F2: SIGNATURE    F3: PREV SCREEN                 *
*  F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION           01 MAR 2001
PKG:  1 OF  1         DETAIL SCREEN               12:51:10 ET
DEL DATE/TIME: 09/27/00 14:10   PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107140447991

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                     VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/PS3/Y9R
DRIVER NUMBER: 024520453       STOP  NUMBER:  52
DEFINED  AREA: 2002           STOP  COUNT:  91
SLIC      : 0240           PACKAGES/STOP:  1
COD CASH ONLY (0=N, 1=Y): 0      STOP  TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0      COD DUE AMT: USD 929.00

* F2: SIGNATURE   F3: PREV SCREEN   F4: MONEY DETAIL          *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION           01 MAR 2001
PKG:  1 OF  3         DETAIL SCREEN               12:51:20 ET
DEL DATE/TIME: 09/28/00 15:32   PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107041082358

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                     VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/PS5/T7L
DRIVER NUMBER: 024520453       STOP  NUMBER:  75
DEFINED  AREA: 2002           STOP  COUNT:  100
SLIC      : 0240           PACKAGES/STOP:  3
COD CASH ONLY (0=N, 1=Y): 0      STOP  TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0      COD DUE AMT: USD 1,009.00

* F2: SIGNATURE   F3: PREV SCREEN   F4: MONEY DETAIL          *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  2 OF  3         DETAIL SCREEN              12:51:26 ET
DEL DATE/TIME: 09/28/00  15:32   PKG ID:     DEL STAT: DELIVERED
SHPNO: 877010       CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107040228694

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                        VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN          SRC/LOOP/GRP : DIAD/PS5/T7L
DRIVER NUMBER: 024520453        STOP  NUMBER:  75
DEFINED  AREA: 2002             STOP  COUNT: 100
SLIC    : 0240          PACKAGES/STOP:  3
COD CASH ONLY (0=N, 1=Y): 0         STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0           COD  DUE  AMT: USD 1,009.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL             *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN          *
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  3 OF  3         DETAIL SCREEN              12:51:32 ET
DEL DATE/TIME: 09/28/00  15:32   PKG ID:     DEL STAT: DELIVERED
SHPNO: 877010       CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107040601306

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                        VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN          SRC/LOOP/GRP : DIAD/PS5/T7L
DRIVER NUMBER: 024520453        STOP  NUMBER:  75
DEFINED  AREA: 2002             STOP  COUNT: 100
SLIC    : 0240          PACKAGES/STOP:  3
COD CASH ONLY (0=N, 1=Y): 0         STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0           COD  DUE  AMT: USD 1,009.00

  F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL             *
  F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN          *
```