```
MDD7801          AUTOMATED DELIVERY INFORMATION            01 MAR 2001
PKG:  1 OF  3         DETAIL SCREEN              12:53:19 ET
DEL DATE/TIME: 10/12/00  17:01  PKG ID: 46  DEL STAT: DELIVERED
SHPNO: 877010        CLARIFIED SIGNATURE: JOE
INQUIRY NUMBER(S): S9811490215

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                          VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/PV1/QUK
DRIVER NUMBER: 024520453       STOP  NUMBER: 129
DEFINED AREA: 2002             STOP  COUNT: 127
SLIC     : 0240            PACKAGES/STOP:  4
COD CASH ONLY (0=N, 1=Y): 0     STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD DUE AMT: USD 925.00

* F2: SIGNATURE    F3: PREV SCREEN    F4: MONEY DETAIL       *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *
```

```
MDD7801          AUTOMATED DELIVERY INFORMATION            01 MAR 2001
PKG:  2 OF  3         DETAIL SCREEN              12:53:23 ET
DEL DATE/TIME: 10/12/00  17:01  PKG ID: 46  DEL STAT: DELIVERED
SHPNO: 877010        CLARIFIED SIGNATURE: JOE
INQUIRY NUMBER(S): S9811490224

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                          VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/PV1/QUK
DRIVER NUMBER: 024520453       STOP  NUMBER: 129
DEFINED AREA: 2002             STOP  COUNT: 127
SLIC     : 0240            PACKAGES/STOP:  4
COD CASH ONLY (0=N, 1=Y): 0     STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD DUE AMT: USD 925.00

* F2: SIGNATURE    F3: PREV SCREEN    F4: MONEY DETAIL       *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *
```

```
MDD7801        AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  3 OF  3       DETAIL SCREEN               12:53:26 ET
DEL DATE/TIME: 10/12/00 17:01  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE: JOE
INQUIRY NUMBER(S): 1Z8770107040425462

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                       VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/PV1/QUK
DRIVER NUMBER: 024520453       STOP  NUMBER: 129
DEFINED  AREA: 2002          STOP  COUNT: 127
SLIC   : 0240            PACKAGES/STOP:  4
COD CASH ONLY (0=N, 1=Y): 0     STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 1     COD DUE AMT: USD 986.00

* F2: SIGNATURE    F3: PREV SCREEN  F4: MONEY DETAIL        *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN    *
```

```
MDD7801        AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  1 OF  1       DETAIL SCREEN               12:54:52 ET
DEL DATE/TIME: 10/25/00 14:28  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE: AAA
INQUIRY NUMBER(S): 1Z8770103540549878

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                       VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/PX5/SYH
DRIVER NUMBER: 024520453       STOP  NUMBER: 67
DEFINED  AREA: 2002          STOP  COUNT: 100
SLIC   : 0240            PACKAGES/STOP:  2
                    STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                  *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN    *
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION           01 MAR 2001
PKG:  1 OF  7         DETAIL SCREEN             12:55:31 ET
DEL DATE/TIME: 10/31/00 14:21  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240356293

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN      SRC/LOOP/GRP : DIAD/PY7/02X
DRIVER NUMBER: 024520453      STOP  NUMBER:  71
DEFINED AREA: 2002           STOP  COUNT: 112
SLIC   : 0240         PACKAGES/STOP:  7
COD CASH ONLY (0=N, 1=Y): 0     STOP  TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD  DUE  AMT: USD 725.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL        *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *




MDD7801           AUTOMATED DELIVERY INFORMATION           01 MAR 2001
PKG:  6 OF  7         DETAIL SCREEN             12:56:02 ET
DEL DATE/TIME: 10/31/00 14:21  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240557665

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN      SRC/LOOP/GRP : DIAD/PY7/02X
DRIVER NUMBER: 024520453      STOP  NUMBER:  71
DEFINED AREA: 2002           STOP  COUNT: 112
SLIC   : 0240         PACKAGES/STOP:  7
COD CASH ONLY (0=N, 1=Y): 0     STOP  TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD  DUE  AMT: USD 725.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL        *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  7 OF  7          DETAIL SCREEN          12:56:07 ET
DEL DATE/TIME: 10/31/00 14:21  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240137832

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                       VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/PY7/02X
DRIVER NUMBER: 024520453        STOP  NUMBER:  71
DEFINED  AREA: 2002          STOP   COUNT: 112
SLIC     : 0240          PACKAGES/STOP:  7
COD CASH ONLY (0=N, 1=Y): 0      STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0        COD  DUE  AMT: USD 725.00


* F2: SIGNATURE    F3: PREV SCREEN    F4: MONEY DETAIL        *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *



MDD7801           AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  1 OF  1          DETAIL SCREEN          12:58:59 ET
DEL DATE/TIME: 11/14/00 14:19  PKG ID:    DEL STAT: NOT DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107040453306

SHIPPER NAME: WHOLESALE ELECTRONICS

ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: NOT READY 1ST A
RETURN ADDRESS:
                       VEHICLE  NO.: 118430
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/Q12/WFE
DRIVER NUMBER: 024520453        STOP  NUMBER:  82
DEFINED  AREA: 2002          STOP   COUNT: 117
SLIC     : 0240          PACKAGES/STOP:  1
COD CASH ONLY (0=N, 1=Y): 0      STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0        COD  DUE  AMT: USD 985.00


* F2: SIGNATURE    F3: PREV SCREEN    F4: MONEY DETAIL        *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *
```

```
PKG:  1 OF  1        DETAIL SCREEN              12:59:37 ET
DEL DATE/TIME: 11/18/00 09:22   PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770106040685674

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                        VEHICLE   NO.: 651176
DRIVER  NAME: MULLER M          SRC/LOOP/GRP : DIAD/Q20/BJZ
DRIVER NUMBER: 011566063         STOP   NUMBER:   1
DEFINED  AREA: 0301              STOP   COUNT:  18
SLIC    : 0211                   PACKAGES/STOP:  1
COD CASH ONLY (0=N, 1=Y): 0      STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0        COD  DUE  AMT: USD 985.00


* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL            *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN        *
```

```
MDD7801        AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  1 OF  1        DETAIL SCREEN              12:59:39 ET
DEL DATE/TIME: 11/20/00 14:17   PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240514522

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                        VEHICLE   NO.: 118232
DRIVER  NAME: SHEEHAN           SRC/LOOP/GRP : DIAD/Q20/BK8
DRIVER NUMBER: 024520453         STOP   NUMBER:  74
DEFINED  AREA: 2002              STOP   COUNT: 111
SLIC    : 0240                   PACKAGES/STOP:  1
COD CASH ONLY (0=N, 1=Y): 0      STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0        COD  DUE  AMT: USD 985.00


* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL            *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN        *
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION         01 MAR 2001
PKG:  1 OF  1        DETAIL SCREEN              13:00:05 ET
DEL DATE/TIME: 11/24/00 10:32  PKG ID:      DEL STAT: DELIVERED
SHPNO: 877010       CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770103640698616

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                       VEHICLE   NO.: 137202
DRIVER  NAME: MEDEIROS,R      SRC/LOOP/GRP : DIAD/Q29/KOG
DRIVER NUMBER: 025506642      STOP  NUMBER:  25
DEFINED  AREA: 2401           STOP  COUNT:  27
SLIC     : 0240          PACKAGES/STOP:  1
                         STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE   F3: PREV SCREEN                          *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN  *



MDD7801           AUTOMATED DELIVERY INFORMATION         01 MAR 2001
PKG:  1 OF  1        DETAIL SCREEN              13:00:11 ET
DEL DATE/TIME: 11/27/00 08:40  PKG ID:      DEL STAT: DELIVERED
SHPNO: 877010       CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770105940847313

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                       VEHICLE   NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/Q33/2E5
DRIVER NUMBER: 024520453      STOP  NUMBER:  2
DEFINED  AREA: 2002           STOP  COUNT:  131
SLIC     : 0240          PACKAGES/STOP:  1
COD CASH ONLY (0=N, 1=Y): 0    STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0     COD  DUE  AMT: USD 965.00

* F2: SIGNATURE   F3: PREV SCREEN   F4: MONEY DETAIL       *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN  *
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION            01 MAR 2001
PKG:  1 OF  1          DETAIL SCREEN              13:00:51 ET
DEL DATE/TIME: 12/01/00  14:33   PKG ID:     DEL STAT: DELIVERED
SHPNO: 877010     CLARIFIED SIGNATURE: AAA
INQUIRY NUMBER(S): 1Z8770102440488160


SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: SIDE DOOR
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:             LATE AIR: OTHER
REMARKS: SIDE DOOR
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN      SRC/LOOP/GRP : DIAD/Q44/F3R
DRIVER NUMBER: 024520453    STOP  NUMBER: 116
DEFINED  AREA: 2002         STOP  COUNT: 145
SLIC     : 0240            PACKAGES/STOP:  1
                    STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE     F3: PREV SCREEN
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION            01 MAR 2001
PKG:  1 OF  2          DETAIL SCREEN              13:01:13 ET
DEL DATE/TIME: 12/04/00  14:10   PKG ID:     DEL STAT: DELIVERED
SHPNO: 877010     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240543714


SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN      SRC/LOOP/GRP : DIAD/Q46/8N9
DRIVER NUMBER: 024520453    STOP  NUMBER: 119
DEFINED  AREA: 2002         STOP  COUNT: 153
SLIC     : 0240            PACKAGES/STOP:  2
COD CASH ONLY (0=N, 1=Y): 0   STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0     COD DUE AMT: USD 932.00


* F2: SIGNATURE     F3: PREV SCREEN   F4: MONEY DETAIL
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION           01 MAR 2001
PKG:  2 OF  2         DETAIL SCREEN              13:01:18 ET
DEL DATE/TIME: 12/04/00 14:10   PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240889904

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                          VEHICLE  NO.: 118232
DRIVER   NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/Q46/8N9
DRIVER NUMBER: 024520453        STOP  NUMBER: 119
DEFINED  AREA: 2002            STOP  COUNT: 153
SLIC    : 0240          PACKAGES/STOP:  2
COD CASH ONLY (0=N, 1=Y): 0      STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD  DUE  AMT: USD 932.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL         *
* F7: PREV PACKAGE   F8: NEXT PACKAGE  F12: RETURN TO MAIN    *


MDD7801           AUTOMATED DELIVERY INFORMATION           01 MAR 2001
PKG:  1 OF  8         DETAIL SCREEN              13:03:41 ET
DEL DATE/TIME: 12/26/00 14:41   PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240877720

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                          VEHICLE  NO.: 118232
DRIVER   NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/Q86/PGW
DRIVER NUMBER: 024520453        STOP  NUMBER:  83
DEFINED  AREA: 2002            STOP  COUNT: 113
SLIC    : 0240          PACKAGES/STOP:  8
COD CASH ONLY (0=N, 1=Y): 0      STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD  DUE  AMT: USD 696.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL         *
* F7: PREV PACKAGE   F8: NEXT PACKAGE  F12: RETURN TO MAIN    *
```

```
MDD7801          AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  2 OF 8       DETAIL SCREEN              13:03:49 ET
DEL DATE/TIME: 12/26/00 14:41  PKG ID:      DEL STAT: DELIVERED
SHPNO: 877010    CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107241030712

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                         VEHICLE NO.: 118232
DRIVER NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/Q86/PGW
DRIVER NUMBER: 024520453     STOP NUMBER: 83
DEFINED AREA: 2002           STOP COUNT: 113
SLIC     : 0240              PACKAGES/STOP:  8
COD CASH ONLY (0=N, 1=Y): 0     STOP TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD DUE AMT: USD 696.00

* F2: SIGNATURE    F3: PREV SCREEN    F4: MONEY DETAIL         *
* F7: PREV PACKAGE F8: NEXT PACKAGE F12: RETURN TO MAIN        *
```

```
MDD7801          AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  3 OF 8       DETAIL SCREEN              13:03:55 ET
DEL DATE/TIME: 12/26/00 14:41  PKG ID:      DEL STAT: DELIVERED
SHPNO: 877010    CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240725858

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                         VEHICLE NO.: 118232
DRIVER NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/Q86/PGW
DRIVER NUMBER: 024520453     STOP NUMBER: 83
DEFINED AREA: 2002           STOP COUNT: 113
SLIC     : 0240              PACKAGES/STOP:  8
COD CASH ONLY (0=N, 1=Y): 0     STOP TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD DUE AMT: USD 696.00

* F2: SIGNATURE    F3: PREV SCREEN    F4: MONEY DETAIL         *
* F7: PREV PACKAGE F8: NEXT PACKAGE F12: RETURN TO MAIN        *
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  4 OF  8          DETAIL SCREEN              13:04:00 ET
DEL DATE/TIME: 12/26/00 14:41  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240213660

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                         VEHICLE   NO.: 118232
DRIVER  NAME: SHEEHAN       SRC/LOOP/GRP : DIAD/Q86/PGW
DRIVER NUMBER: 024520453       STOP  NUMBER:  83
DEFINED  AREA: 2002         STOP  COUNT: 113
SLIC     : 0240          PACKAGES/STOP:   8
COD CASH ONLY (0=N, 1=Y): 0      STOP  TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD  DUE  AMT: USD 696.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL         *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN       *
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  5 OF  8          DETAIL SCREEN              13:04:09 ET
DEL DATE/TIME: 12/26/00 14:41  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240172295

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                         VEHICLE   NO.: 118232
DRIVER  NAME: SHEEHAN       SRC/LOOP/GRP : DIAD/Q86/PGW
DRIVER NUMBER: 024520453       STOP  NUMBER:  83
DEFINED  AREA: 2002         STOP  COUNT: 113
SLIC     : 0240          PACKAGES/STOP:   8
COD CASH ONLY (0=N, 1=Y): 0      STOP  TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD  DUE  AMT: USD 696.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL         *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN       *
```

```
MDD7801          AUTOMATED DELIVERY INFORMATION         01 MAR 2001
PKG:  6 OF  8         DETAIL SCREEN              13:04:17 ET
DEL DATE/TIME: 12/26/00 14:41   PKG ID:      DEL STAT: DELIVERED
SHPNO: 877010    CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240392888

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                        VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN       SRC/LOOP/GRP : DIAD/Q86/PGW
DRIVER NUMBER: 024520453     STOP  NUMBER:  83
DEFINED  AREA: 2002          STOP  COUNT: 113
SLIC    : 0240           PACKAGES/STOP:   8
COD CASH ONLY (0=N, 1=Y): 0    STOP  TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0    COD DUE AMT: USD 696.00

* F2: SIGNATURE   F3: PREV SCREEN   F4: MONEY DETAIL
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN
```

```
MDD7801          AUTOMATED DELIVERY INFORMATION         01 MAR 2001
PKG:  7 OF  8         DETAIL SCREEN              13:04:21 ET
DEL DATE/TIME: 12/26/00 14:41   PKG ID:      DEL STAT: DELIVERED
SHPNO: 877010    CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240536900

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                        VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN       SRC/LOOP/GRP : DIAD/Q86/PGW
DRIVER NUMBER: 024520453     STOP  NUMBER:  83
DEFINED  AREA: 2002          STOP  COUNT: 113
SLIC    : 0240           PACKAGES/STOP:   8
COD CASH ONLY (0=N, 1=Y): 0    STOP  TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0    COD DUE AMT: USD 696.00

* F2: SIGNATURE   F3: PREV SCREEN   F4: MONEY DETAIL
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN
```

```
              AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  8 OF  8          DETAIL SCREEN                13:04:25 ET
DEL DATE/TIME: 12/26/00 14:41  PKG ID:      DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240734679

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                       VEHICLE   NO.: 118232
DRIVER   NAME: SHEEHAN          SRC/LOOP/GRP : DIAD/Q86/PGW
DRIVER NUMBER: 024520453          STOP   NUMBER:  83
DEFINED  AREA: 2002               STOP   COUNT: 113
SLIC    : 0240         PACKAGES/STOP:  8
COD CASH ONLY (0=N, 1=Y): 0        STOP    TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD  DUE  AMT: USD 696.00


* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL          *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN      *
```

```
MDD7801          AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG: 1 OF 1         DETAIL SCREEN              13:10:08 ET
DEL DATE/TIME: 12/28/00 14:23  PKG ID:   DEL STAT: DELIVERED
SHPNO: V768R4       CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1ZV768R40354606012

SHIPPER NAME: GLOBAL CABLE INC 2
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                     VEHICLE NO.: 118232
DRIVER NAME: SHEEHAN       SRC/LOOP/GRP : DIAD/Q94/DTC
DRIVER NUMBER: 024520453     STOP NUMBER: 74
DEFINED AREA: 2002           STOP COUNT: 82
SLIC      : 0240             PACKAGES/STOP: 9
                     STOP TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                        *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN  *


MDD7801          AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG: 1 OF 8         DETAIL SCREEN              13:10:18 ET
DEL DATE/TIME: 12/28/00 14:23  PKG ID:   DEL STAT: DELIVERED
SHPNO: 877010       CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240463122

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                     VEHICLE NO.: 118232
DRIVER NAME: SHEEHAN       SRC/LOOP/GRP : DIAD/Q94/DTC
DRIVER NUMBER: 024520453     STOP NUMBER: 74
DEFINED AREA: 2002           STOP COUNT: 82
SLIC      : 0240             PACKAGES/STOP: 9
COD CASH ONLY (0=N, 1=Y): 0    STOP TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0      COD DUE AMT: USD 696.00


* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL    *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN  *


MDD7801          AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG: 2 OF 8         DETAIL SCREEN              13:10:28 ET
DEL DATE/TIME: 12/28/00 14:23  PKG ID:   DEL STAT: DELIVERED
SHPNO: 877010       CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240114384

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER WOMAN
```

ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                        VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/Q94/DTC
DRIVER NUMBER: 024520453       STOP  NUMBER:  74
DEFINED  AREA: 2002            STOP  COUNT:  82
SLIC    : 0240          PACKAGES/STOP:  9
COD CASH ONLY (0=N, 1=Y): 0      STOP  TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD  DUE  AMT: USD 696.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL        *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN      *


MDD7801          AUTOMATED DELIVERY INFORMATION      01 MAR 2001
PKG:  4 OF  8       DETAIL SCREEN            13:11:30 ET
DEL DATE/TIME: 12/28/00 14:23  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240888110

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                        VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/Q94/DTC
DRIVER NUMBER: 024520453       STOP  NUMBER:  74
DEFINED  AREA: 2002            STOP  COUNT:  82
SLIC    : 0240          PACKAGES/STOP:  9
COD CASH ONLY (0=N, 1=Y): 0      STOP  TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD  DUE  AMT: USD 696.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL        *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN      *


MDD7801          AUTOMATED DELIVERY INFORMATION      01 MAR 2001
PKG:  5 OF  8       DETAIL SCREEN            13:11:36 ET
DEL DATE/TIME: 12/28/00 14:23  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240775161

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                        VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/Q94/DTC
DRIVER NUMBER: 024520453       STOP  NUMBER:  74
DEFINED  AREA: 2002            STOP  COUNT:  82

```
SLIC      : 0240              PACKAGES/STOP:  9
COD CASH ONLY (0=N, 1=Y): 0      STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0        COD DUE AMT: USD 696.00

 * F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL          *
 * F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN       *


MDD7801          AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  6 OF 8         DETAIL SCREEN               13:11:43 ET
DEL DATE/TIME: 12/28/00 14:23  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107241055339

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN          SRC/LOOP/GRP : DIAD/Q94/DTC
DRIVER NUMBER: 024520453        STOP  NUMBER:  74
DEFINED  AREA: 2002            STOP  COUNT:  82
SLIC      : 0240              PACKAGES/STOP:  9
COD CASH ONLY (0=N, 1=Y): 0      STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0        COD DUE AMT: USD 696.00

 * F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL          *
 * F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN       *


MDD7801          AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  7 OF 8         DETAIL SCREEN               13:11:52 ET
DEL DATE/TIME: 12/28/00 14:23  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107241076174

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN          SRC/LOOP/GRP : DIAD/Q94/DTC
DRIVER NUMBER: 024520453        STOP  NUMBER:  74
DEFINED  AREA: 2002            STOP  COUNT:  82
SLIC      : 0240              PACKAGES/STOP:  9
COD CASH ONLY (0=N, 1=Y): 0      STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0        COD DUE AMT: USD 696.00

 * F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL          *
 * F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN       *
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION           01 MAR 2001
PKG:   8 OF  8         DETAIL SCREEN                 13:12:01 ET
DEL DATE/TIME: 12/28/00 14:23  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240107356

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                       VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN          SRC/LOOP/GRP : DIAD/Q94/DTC
DRIVER NUMBER: 024520453         STOP  NUMBER:  74
DEFINED  AREA: 2002           STOP  COUNT: 82
SLIC    : 0240           PACKAGES/STOP:  9
COD CASH ONLY (0=N, 1=Y): 0      STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD  DUE  AMT: USD 696.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL         *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *
```

```
MDD7801          AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG: 1 OF 1        DETAIL SCREEN              13:14:35 ET
DEL DATE/TIME: 01/05/01 14:34   PKG ID:    DEL STAT: DELIVERED
SHPNO: 1E8E96      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z1E8E960340107311

SHIPPER NAME: MAIL AND BUSINESS CENTER
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/QA9/6US
DRIVER NUMBER: 024520453      STOP  NUMBER: 65
DEFINED  AREA: 2002           STOP  COUNT: 86
SLIC    : 0240          PACKAGES/STOP:  1
                    STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN    *


MDD7801          AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG: 1 OF 2        DETAIL SCREEN              13:15:07 ET
DEL DATE/TIME: 01/06/01 09:45   PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770104440734089

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: FRONT DOOR
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: FRONT DOOR
RETURN ADDRESS:
                    VEHICLE  NO.: 651176
DRIVER  NAME: MULLER M       SRC/LOOP/GRP : DIAD/QB1/0IC
DRIVER NUMBER: 011566063      STOP  NUMBER:  4
DEFINED  AREA: 0301           STOP  COUNT: 15
SLIC    : 0211          PACKAGES/STOP:  2
                    STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN    *


MDD7801          AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG: 2 OF 2        DETAIL SCREEN              13:15:13 ET
DEL DATE/TIME: 01/06/01 09:45   PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770104440691876

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: FRONT DOOR
```

```
PKG:  1 OF  1        DETAIL SCREEN                 13:16:58 ET
DEL DATE/TIME: 01/12/01 14:28   PKG ID:     DEL STAT: DELIVERED
SHPNO: 877010       CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770101240253748

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: SIDE DOOR
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: SIDE DOOR
RETURN ADDRESS:
                        VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/QC2/70W
DRIVER NUMBER: 024520453        STOP  NUMBER:  73
DEFINED  AREA: 2002            STOP  COUNT:  84
SLIC     : 0240           PACKAGES/STOP:   1
                      STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE     F3: PREV SCREEN                    *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *
```

```
MDD7801          AUTOMATED DELIVERY INFORMATION       01 MAR 2001
PKG:  1 OF  1        DETAIL SCREEN                 13:17:28 ET
DEL DATE/TIME: 01/17/01 14:20   PKG ID:     DEL STAT: DELIVERED
SHPNO: 877010       CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770101340274287

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                        VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/QD1/ESE
DRIVER NUMBER: 024520453        STOP  NUMBER:  90
DEFINED  AREA: 2002            STOP  COUNT:  112
SLIC     : 0240           PACKAGES/STOP:   1
                      STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE     F3: PREV SCREEN                    *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *
```

```
MDD7801          AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  1 OF  3       DETAIL SCREEN           13:18:13 ET
DEL DATE/TIME: 01/24/01 14:08  PKG ID:   DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770106240683994

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                       VEHICLE   NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/QE4/EHH
DRIVER NUMBER: 024520453       STOP  NUMBER:  76
DEFINED  AREA: 2002           STOP  COUNT:  96
SLIC    : 0240                PACKAGES/STOP:  3
COD CASH ONLY (0=N, 1=Y): 0    STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0      COD DUE  AMT: USD 1,007.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL        *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN      *


MDD7801          AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  2 OF  3       DETAIL SCREEN           13:18:24 ET
DEL DATE/TIME: 01/24/01 14:08  PKG ID:   DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770101340459042

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                       VEHICLE   NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/QE4/EHH
DRIVER NUMBER: 024520453       STOP  NUMBER:  76
DEFINED  AREA: 2002           STOP  COUNT:  96
SLIC    : 0240                PACKAGES/STOP:  3
                              STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                         *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN      *


MDD7801          AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  3 OF  3       DETAIL SCREEN           13:18:29 ET
DEL DATE/TIME: 01/24/01 14:08  PKG ID:   DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770101341033651

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
```