ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN    SRC/LOOP/GRP : DIAD/QE4/EHH
DRIVER NUMBER: 024520453   STOP  NUMBER:  76
DEFINED  AREA: 2002       STOP  COUNT:  96
SLIC   : 0240        PACKAGES/STOP:  3
              STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN        *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *

```
MDD7801           AUTOMATED DELIVERY INFORMATION         01 MAR 2001
PKG: 1 OF 3         DETAIL SCREEN              13:19:21 ET
DEL DATE/TIME: 01/30/01 14:34  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770106240104770

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN          SRC/LOOP/GRP : DIAD/QF5/HJT
DRIVER NUMBER: 024520453       STOP  NUMBER: 87
DEFINED  AREA: 2002            STOP  COUNT: 97
SLIC    : 0240                 PACKAGES/STOP: 3
COD CASH ONLY (0=N, 1=Y): 0    STOP  TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0      COD DUE  AMT: USD 1,007.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL          *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN        *


MDD7801           AUTOMATED DELIVERY INFORMATION         01 MAR 2001
PKG: 2 OF 3         DETAIL SCREEN              13:19:26 ET
DEL DATE/TIME: 01/30/01 14:34  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770106240526396

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN          SRC/LOOP/GRP : DIAD/QF5/HJT
DRIVER NUMBER: 024520453       STOP  NUMBER: 87
DEFINED  AREA: 2002            STOP  COUNT: 97
SLIC    : 0240                 PACKAGES/STOP: 3
COD CASH ONLY (0=N, 1=Y): 0    STOP  TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0      COD DUE  AMT: USD 947.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL          *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN        *


MDD7801           AUTOMATED DELIVERY INFORMATION         01 MAR 2001
PKG: 3 OF 3         DETAIL SCREEN              13:19:30 ET
DEL DATE/TIME: 01/30/01 14:34  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770106240334987

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
```

```
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                         VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN
                         SRC/LOOP/GRP : DIAD/QF5/HJT
DRIVER NUMBER: 024520453
                         STOP  NUMBER:  87
DEFINED  AREA: 2002      STOP   COUNT:  97
SLIC       : 0240        PACKAGES/STOP:  3
COD CASH ONLY (0=N, 1=Y): 0    STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0      COD  DUE  AMT: USD 1,007.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL         *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN      *
```

```
MDD7801          AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  1 OF 10     DETAIL SCREEN              13:20:34 ET
DEL DATE/TIME: 01/31/01 14:14  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240722717

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                    VEHICLE NO.: 118232
DRIVER NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/QF7/D50
DRIVER NUMBER: 024520453      STOP NUMBER: 87
DEFINED AREA: 2002            STOP COUNT: 105
SLIC    : 0240               PACKAGES/STOP: 10
COD CASH ONLY (0=N, 1=Y): 0    STOP TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0      COD DUE AMT: USD 610.00

  * F2: SIGNATURE   F3: PREV SCREEN   F4: MONEY DETAIL          *
  * F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *


MDD7801          AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  2 OF 10     DETAIL SCREEN              13:20:41 ET
DEL DATE/TIME: 01/31/01 14:14  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240805833    1Z8770107240777856

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                    VEHICLE NO.: 118232
DRIVER NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/QF7/D50
DRIVER NUMBER: 024520453      STOP NUMBER: 87
DEFINED AREA: 2002            STOP COUNT: 105
SLIC    : 0240               PACKAGES/STOP: 10
COD CASH ONLY (0=N, 1=Y): 0    STOP TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 1      COD DUE AMT: USD 610.00

  * F2: SIGNATURE   F3: PREV SCREEN   F4: MONEY DETAIL          *
  * F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *


MDD7801          AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  3 OF 10     DETAIL SCREEN              13:20:47 ET
DEL DATE/TIME: 01/31/01 14:14  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240466674

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
```

```
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/QF7/D50
DRIVER NUMBER: 024520453      STOP  NUMBER: 87
DEFINED  AREA: 2002           STOP COUNT: 105
SLIC    : 0240         PACKAGES/STOP: 10
COD CASH ONLY (0=N, 1=Y): 0     STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD DUE AMT: USD 610.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL       *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *


MDD7801       AUTOMATED DELIVERY INFORMATION       01 MAR 2001
PKG:  4 OF 10      DETAIL SCREEN           13:20:50 ET
DEL DATE/TIME: 01/31/01 14:14   PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010   CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240784295

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/QF7/D50
DRIVER NUMBER: 024520453      STOP  NUMBER: 87
DEFINED  AREA: 2002           STOP COUNT: 105
SLIC    : 0240         PACKAGES/STOP: 10
COD CASH ONLY (0=N, 1=Y): 0     STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD DUE AMT: USD 610.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL       *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *


MDD7801       AUTOMATED DELIVERY INFORMATION       01 MAR 2001
PKG:  5 OF 10      DETAIL SCREEN           13:20:56 ET
DEL DATE/TIME: 01/31/01 14:14   PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010   CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240788906

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/QF7/D50
DRIVER NUMBER: 024520453      STOP  NUMBER: 87
DEFINED  AREA: 2002           STOP COUNT: 105
```

```
         SLIC    : 0240          PACKAGES/STOP:  10
         COD CASH ONLY (0=N, 1=Y): 0     STOP  TYPE: RESIDENTIAL
         COD ALTERED (0=N, 1=Y): 0       COD DUE AMT: USD 610.00

         * F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL        *
         * F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *


       MDD7801          AUTOMATED DELIVERY INFORMATION        01 MAR 2001
       PKG:  6 OF 10        DETAIL SCREEN            13:21:02 ET
       DEL DATE/TIME: 01/31/01 14:14  PKG ID:    DEL STAT: DELIVERED
       SHPNO: 877010    CLARIFIED SIGNATURE:
       INQUIRY NUMBER(S): 1Z8770107240859240

       SHIPPER NAME: WHOLESALE ELECTRONICS
       LOCATION: MET CUSTOMER MAN
       ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
       ORIGINAL RECEIVER:
       REMARKS: MET CUSTOMER MA
       RETURN ADDRESS:
                          VEHICLE  NO.: 118232
       DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/QF7/D50
       DRIVER NUMBER: 024520453     STOP NUMBER:  87
       DEFINED  AREA: 2002          STOP  COUNT: 105
       SLIC    : 0240          PACKAGES/STOP:  10
       COD CASH ONLY (0=N, 1=Y): 0     STOP  TYPE: RESIDENTIAL
       COD ALTERED (0=N, 1=Y): 0       COD DUE AMT: USD 610.00

       * F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL        *
       * F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *


       MDD7801          AUTOMATED DELIVERY INFORMATION        01 MAR 2001
       PKG:  7 OF 10        DETAIL SCREEN            13:21:08 ET
       DEL DATE/TIME: 01/31/01 14:14  PKG ID:    DEL STAT: DELIVERED
       SHPNO: 877010    CLARIFIED SIGNATURE:
       INQUIRY NUMBER(S): 1Z8770107240553623

       SHIPPER NAME: WHOLESALE ELECTRONICS
       LOCATION: MET CUSTOMER MAN
       ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
       ORIGINAL RECEIVER:
       REMARKS: MET CUSTOMER MA
       RETURN ADDRESS:
                          VEHICLE  NO.: 118232
       DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/QF7/D50
       DRIVER NUMBER: 024520453     STOP NUMBER:  87
       DEFINED  AREA: 2002          STOP  COUNT: 105
       SLIC    : 0240          PACKAGES/STOP:  10
       COD CASH ONLY (0=N, 1=Y): 0     STOP  TYPE: RESIDENTIAL
       COD ALTERED (0=N, 1=Y): 0       COD DUE AMT: USD 610.00

       * F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL        *
       * F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *
```

```
MDD7801            AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:   8 OF 10       DETAIL SCREEN              13:21:13 ET
DEL DATE/TIME: 01/31/01 14:14  PKG ID:     DEL STAT: DELIVERED
SHPNO: 877010     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240705665

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/QF7/D50
DRIVER NUMBER: 024520453       STOP  NUMBER:  87
DEFINED  AREA: 2002            STOP  COUNT: 105
SLIC     : 0240        PACKAGES/STOP:  10
COD CASH ONLY (0=N, 1=Y): 0       STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 1         COD  DUE  AMT: USD 610.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL         *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *


MDD7801            AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:   9 OF 10       DETAIL SCREEN              13:21:21 ET
DEL DATE/TIME: 01/31/01 14:14  PKG ID:     DEL STAT: DELIVERED
SHPNO: 877010     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770107240164884

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/QF7/D50
DRIVER NUMBER: 024520453       STOP  NUMBER:  87
DEFINED  AREA: 2002            STOP  COUNT: 105
SLIC     : 0240        PACKAGES/STOP:  10
COD CASH ONLY (0=N, 1=Y): 0       STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0         COD  DUE  AMT: USD 610.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL         *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *


MDD7801            AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  10 OF 10       DETAIL SCREEN              13:21:25 ET
DEL DATE/TIME: 01/31/01 14:14  PKG ID: 4   DEL STAT: DELIVERED
SHPNO: 877010     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S):

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
```

ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                VEHICLE NO.: 118232
DRIVER NAME: SHEEHAN    SRC/LOOP/GRP : DIAD/QF7/D50
DRIVER NUMBER: 024520453    STOP NUMBER: 87
DEFINED AREA: 2002    STOP COUNT: 105
SLIC   : 0240    PACKAGES/STOP: 10
COD CASH ONLY (0=N, 1=Y): 0    STOP TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0    COD DUE AMT: USD 610.00

\* F2: SIGNATURE   F3: PREV SCREEN   F4: MONEY DETAIL      \*
\* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN      \*


MDD7801      AUTOMATED DELIVERY INFORMATION    01 MAR 2001
PKG: 1 OF 10    DETAIL SCREEN    13:21:30 ET
DEL DATE/TIME: 02/02/01 14:08  PKG ID:  DEL STAT: DELIVERED
SHPNO: 692AT3    CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z692AT30340279857

SHIPPER NAME: CLEARVIEW ELECTRONICS CORP.
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                VEHICLE NO.: 118232
DRIVER NAME: SHEEHAN    SRC/LOOP/GRP : DIAD/QG1/2WL
DRIVER NUMBER: 024520453    STOP NUMBER: 84
DEFINED AREA: 2002    STOP COUNT: 109
SLIC   : 0240    PACKAGES/STOP: 10
                STOP TYPE: RESIDENTIAL


\* F2: SIGNATURE   F3: PREV SCREEN                    \*
\* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN      \*


MDD7801      AUTOMATED DELIVERY INFORMATION    01 MAR 2001
PKG: 2 OF 10    DETAIL SCREEN    13:21:37 ET
DEL DATE/TIME: 02/02/01 14:08  PKG ID:  DEL STAT: DELIVERED
SHPNO: 692AT3    CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z692AT30340656903

SHIPPER NAME: CLEARVIEW ELECTRONICS CORP.
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                VEHICLE NO.: 118232
DRIVER NAME: SHEEHAN    SRC/LOOP/GRP : DIAD/QG1/2WL
DRIVER NUMBER: 024520453    STOP NUMBER: 84
DEFINED AREA: 2002    STOP COUNT: 109

```
        SLIC     : 0240              PACKAGES/STOP: 10
                              STOP    TYPE: RESIDENTIAL


        * F2: SIGNATURE     F3: PREV SCREEN                    *
        * F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *


        MDD7801         AUTOMATED DELIVERY INFORMATION         01 MAR 2001
        PKG:   3 OF 10       DETAIL SCREEN          13:21:41 ET
        DEL DATE/TIME: 02/02/01 14:08  PKG ID:   DEL STAT: DELIVERED
        SHPNO: 692AT3    CLARIFIED SIGNATURE:
        INQUIRY NUMBER(S): 1Z692AT30340274521

        SHIPPER NAME: CLEARVIEW ELECTRONICS CORP.
        LOCATION: MET CUSTOMER MAN
        ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
        ORIGINAL RECEIVER:
        REMARKS: MET CUSTOMER MA
        RETURN ADDRESS:
                           VEHICLE  NO.: 118232
        DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/QG1/2WL
        DRIVER NUMBER: 024520453     STOP NUMBER: 84
        DEFINED AREA: 2002           STOP COUNT: 109
        SLIC     : 0240              PACKAGES/STOP: 10
                              STOP    TYPE: RESIDENTIAL


        * F2: SIGNATURE     F3: PREV SCREEN                    *
        * F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *


        MDD7801         AUTOMATED DELIVERY INFORMATION         01 MAR 2001
        PKG:   4 OF 10       DETAIL SCREEN          13:21:46 ET
        DEL DATE/TIME: 02/02/01 14:08  PKG ID:   DEL STAT: DELIVERED
        SHPNO: 692AT3    CLARIFIED SIGNATURE:
        INQUIRY NUMBER(S): 1Z692AT30340933649

        SHIPPER NAME: CLEARVIEW ELECTRONICS CORP.
        LOCATION: MET CUSTOMER MAN
        ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
        ORIGINAL RECEIVER:
        REMARKS: MET CUSTOMER MA
        RETURN ADDRESS:
                           VEHICLE  NO.: 118232
        DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/QG1/2WL
        DRIVER NUMBER: 024520453     STOP NUMBER: 84
        DEFINED AREA: 2002           STOP COUNT: 109
        SLIC     : 0240              PACKAGES/STOP: 10
                              STOP    TYPE: RESIDENTIAL


        * F2: SIGNATURE     F3: PREV SCREEN                    *
        * F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION           01 MAR 2001
PKG:  5 OF 10       DETAIL SCREEN              13:21:53 ET
DEL DATE/TIME: 02/02/01 14:08  PKG ID:    DEL STAT: DELIVERED
SHPNO: 692AT3     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z692AT30340308691

SHIPPER NAME: CLEARVIEW ELECTRONICS CORP.
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                     VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/QG1/2WL
DRIVER NUMBER: 024520453        STOP  NUMBER:  84
DEFINED  AREA: 2002             STOP  COUNT: 109
SLIC     : 0240             PACKAGES/STOP:  10
                    STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                         *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *


MDD7801           AUTOMATED DELIVERY INFORMATION           01 MAR 2001
PKG:  6 OF 10       DETAIL SCREEN              13:21:58 ET
DEL DATE/TIME: 02/02/01 14:08  PKG ID:    DEL STAT: DELIVERED
SHPNO: 692AT3     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z692AT30340474467

SHIPPER NAME: CLEARVIEW ELECTRONICS CORP.
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                     VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/QG1/2WL
DRIVER NUMBER: 024520453        STOP  NUMBER:  84
DEFINED  AREA: 2002             STOP  COUNT: 109
SLIC     : 0240             PACKAGES/STOP:  10
                    STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                         *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *


MDD7801           AUTOMATED DELIVERY INFORMATION           01 MAR 2001
PKG:  7 OF 10       DETAIL SCREEN              13:22:02 ET
DEL DATE/TIME: 02/02/01 14:08  PKG ID:    DEL STAT: DELIVERED
SHPNO: 692AT3     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z692AT30340453471

SHIPPER NAME: CLEARVIEW ELECTRONICS CORP.
LOCATION: MET CUSTOMER MAN
```

ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                        VEHICLE   NO.: 118232
DRIVER  NAME: SHEEHAN           SRC/LOOP/GRP : DIAD/QG1/2WL
DRIVER NUMBER: 024520453        STOP  NUMBER:  84
DEFINED  AREA: 2002             STOP   COUNT: 109
SLIC    : 0240         PACKAGES/STOP:  10
                    STOP    TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                   *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *


MDD7801         AUTOMATED DELIVERY INFORMATION         01 MAR 2001
PKG:  8 OF 10       DETAIL SCREEN          13:22:11 ET
DEL DATE/TIME: 02/02/01 14:08  PKG ID:   DEL STAT: DELIVERED
SHPNO: 692AT3    CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z692AT30340592884

SHIPPER NAME: CLEARVIEW ELECTRONICS CORP.
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                        VEHICLE   NO.: 118232
DRIVER  NAME: SHEEHAN           SRC/LOOP/GRP : DIAD/QG1/2WL
DRIVER NUMBER: 024520453        STOP  NUMBER:  84
DEFINED  AREA: 2002             STOP   COUNT: 109
SLIC    : 0240         PACKAGES/STOP:  10
                    STOP    TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                   *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *


MDD7801         AUTOMATED DELIVERY INFORMATION         01 MAR 2001
PKG:  9 OF 10       DETAIL SCREEN          13:22:17 ET
DEL DATE/TIME: 02/02/01 14:08  PKG ID:   DEL STAT: DELIVERED
SHPNO: 692AT3    CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z692AT30340933514

SHIPPER NAME: CLEARVIEW ELECTRONICS CORP.
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                        VEHICLE   NO.: 118232
DRIVER  NAME: SHEEHAN           SRC/LOOP/GRP : DIAD/QG1/2WL
DRIVER NUMBER: 024520453        STOP  NUMBER:  84
DEFINED  AREA: 2002             STOP   COUNT: 109

```
SLIC    : 0240              PACKAGES/STOP: 10
                        STOP   TYPE: RESIDENTIAL


*  F2: SIGNATURE     F3: PREV SCREEN                        *
*  F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN  *


MDD7801         AUTOMATED DELIVERY INFORMATION       01 MAR 2001
PKG: 10 OF 10        DETAIL SCREEN              13:22:23 ET
DEL DATE/TIME: 02/02/01 14:08  PKG ID:    DEL STAT: DELIVERED
SHPNO: 692AT3      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z692AT37240255930

SHIPPER NAME: CLEARVIEW ELECTRONICS CORP.
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                        VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/QG1/2WL
DRIVER NUMBER: 024520453       STOP  NUMBER: 84
DEFINED  AREA: 2002            STOP  COUNT: 109
SLIC    : 0240              PACKAGES/STOP: 10
COD CASH ONLY (0=N, 1=Y): 0    STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0      COD DUE AMT: USD 5,500.00


*  F2: SIGNATURE     F3: PREV SCREEN   F4: MONEY DETAIL     *
*  F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN  *
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  1 OF  1         DETAIL SCREEN              13:23:51 ET
DEL DATE/TIME: 02/07/01 14:18  PKG ID:    DEL STAT: DELIVERED
SHPNO: A32V00      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1ZA32V000307487623

SHIPPER NAME: MAILBOXES ETC
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/QH0/DGG
DRIVER NUMBER: 024520453      STOP  NUMBER:  93
DEFINED  AREA: 2002           STOP   COUNT: 113
SLIC    : 0240           PACKAGES/STOP:  1
                    STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN       *


MDD7801           AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  1 OF  2         DETAIL SCREEN              13:23:56 ET
DEL DATE/TIME: 02/08/01 14:17  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770101340580437

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/QH2/74O
DRIVER NUMBER: 024520453      STOP  NUMBER:  89
DEFINED  AREA: 2002           STOP   COUNT: 101
SLIC    : 0240           PACKAGES/STOP:  2
                    STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN       *


MDD7801           AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  2 OF  2         DETAIL SCREEN              13:24:00 ET
DEL DATE/TIME: 02/08/01 14:17  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010      CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770101340856229

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
```

```
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN            SRC/LOOP/GRP : DIAD/QH2/74O
DRIVER NUMBER: 024520453          STOP  NUMBER:  89
DEFINED  AREA: 2002               STOP  COUNT: 101
SLIC     : 0240           PACKAGES/STOP:  2
                    STOP    TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                           *
* F7: PREV PACKAGE   F8: NEXT PACKAGE  F12: RETURN TO MAIN   *


MDD7801         AUTOMATED DELIVERY INFORMATION      01 MAR 2001
PKG:  1 OF 10       DETAIL SCREEN           13:25:04 ET
DEL DATE/TIME: 02/15/01 14:22  PKG ID:   DEL STAT: DELIVERED
SHPNO: V768R4     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1ZV768R47254869261

SHIPPER NAME: GLOBAL CABLE INC 2
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN            SRC/LOOP/GRP : DIAD/QI5/5E1
DRIVER NUMBER: 024520453          STOP  NUMBER:  79
DEFINED  AREA: 2002               STOP  COUNT: 108
SLIC     : 0240           PACKAGES/STOP: 10
COD CASH ONLY (0=N, 1=Y): 0       STOP  TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0         COD  DUE  AMT: USD 430.00


* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL        *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *


MDD7801         AUTOMATED DELIVERY INFORMATION      01 MAR 2001
PKG:  2 OF 10       DETAIL SCREEN           13:25:11 ET
DEL DATE/TIME: 02/15/01 14:22  PKG ID:   DEL STAT: DELIVERED
SHPNO: V768R4     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1ZV768R47255092473

SHIPPER NAME: GLOBAL CABLE INC 2
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN            SRC/LOOP/GRP : DIAD/QI5/5E1
DRIVER NUMBER: 024520453          STOP  NUMBER:  79
DEFINED  AREA: 2002               STOP  COUNT: 108
SLIC     : 0240           PACKAGES/STOP: 10
```

```
COD CASH ONLY (0=N, 1=Y): 0          STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0            COD  DUE  AMT: USD 430.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL           *
* F7: PREV PACKAGE F8: NEXT PACKAGE F12: RETURN TO MAIN         *


MDD7801           AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  3 OF 10        DETAIL SCREEN              13:25:17 ET
DEL DATE/TIME: 02/15/01 14:22  PKG ID:    DEL STAT: DELIVERED
SHPNO: V768R4     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1ZV768R47254011310

SHIPPER NAME: GLOBAL CABLE INC 2
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/QI5/5E1
DRIVER NUMBER: 024520453       STOP  NUMBER:  79
DEFINED  AREA: 2002            STOP   COUNT: 108
SLIC    : 0240             PACKAGES/STOP: 10
COD CASH ONLY (0=N, 1=Y): 0        STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0          COD  DUE  AMT: USD 430.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL           *
* F7: PREV PACKAGE F8: NEXT PACKAGE F12: RETURN TO MAIN         *


MDD7801           AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  4 OF 10        DETAIL SCREEN              13:25:24 ET
DEL DATE/TIME: 02/15/01 14:22  PKG ID:    DEL STAT: DELIVERED
SHPNO: V768R4     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1ZV768R47255858646

SHIPPER NAME: GLOBAL CABLE INC 2
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/QI5/5E1
DRIVER NUMBER: 024520453       STOP  NUMBER:  79
DEFINED  AREA: 2002            STOP   COUNT: 108
SLIC    : 0240             PACKAGES/STOP: 10
COD CASH ONLY (0=N, 1=Y): 0        STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0          COD  DUE  AMT: USD 430.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL           *
* F7: PREV PACKAGE F8: NEXT PACKAGE F12: RETURN TO MAIN         *


MDD7801         AUTOMATED DELIVERY INFORMATION          01 MAR 2001
```

```
PKG:  5 OF 10        DETAIL SCREEN              13:25:46 ET
DEL DATE/TIME: 02/15/01 14:22  PKG ID:   DEL STAT: DELIVERED
SHPNO: V768R4    CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1ZV768R47255954694

SHIPPER NAME: GLOBAL CABLE INC 2
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                      VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/QI5/5E1
DRIVER NUMBER: 024520453       STOP  NUMBER:  79
DEFINED  AREA: 2002            STOP  COUNT: 108
SLIC    : 0240              PACKAGES/STOP:  10
COD CASH ONLY (0=N, 1=Y): 0     STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD  DUE  AMT: USD 430.00

* F2: SIGNATURE    F3: PREV SCREEN  F4: MONEY DETAIL        *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN     *


MDD7801         AUTOMATED DELIVERY INFORMATION         01 MAR 2001
PKG:  6 OF 10        DETAIL SCREEN              13:25:53 ET
DEL DATE/TIME: 02/15/01 14:22  PKG ID:   DEL STAT: DELIVERED
SHPNO: V768R4    CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1ZV768R47253999239

SHIPPER NAME: GLOBAL CABLE INC 2
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                      VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/QI5/5E1
DRIVER NUMBER: 024520453       STOP  NUMBER:  79
DEFINED  AREA: 2002            STOP  COUNT: 108
SLIC    : 0240              PACKAGES/STOP:  10
COD CASH ONLY (0=N, 1=Y): 0     STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0       COD  DUE  AMT: USD 430.00

* F2: SIGNATURE    F3: PREV SCREEN  F4: MONEY DETAIL        *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN     *


MDD7801         AUTOMATED DELIVERY INFORMATION         01 MAR 2001
PKG:  7 OF 10        DETAIL SCREEN              13:25:58 ET
DEL DATE/TIME: 02/15/01 14:22  PKG ID:   DEL STAT: DELIVERED
SHPNO: V768R4    CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1ZV768R47254625701

SHIPPER NAME: GLOBAL CABLE INC 2
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
```