ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                VEHICLE   NO.: 118232
DRIVER  NAME: SHEEHAN      SRC/LOOP/GRP : DIAD/QI5/5E1
DRIVER NUMBER: 024520453     STOP  NUMBER:  79
DEFINED  AREA: 2002        STOP   COUNT: 108
SLIC   : 0240         PACKAGES/STOP: 10
COD CASH ONLY (0=N, 1=Y): 0    STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0      COD  DUE  AMT: USD 430.00

* F2: SIGNATURE   F3: PREV SCREEN  F4: MONEY DETAIL       *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *


MDD7801       AUTOMATED DELIVERY INFORMATION      01 MAR 2001
PKG:  8 OF 10     DETAIL SCREEN         13:26:04 ET
DEL DATE/TIME: 02/15/01 14:22  PKG ID:    DEL STAT: DELIVERED
SHPNO: V768R4    CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1ZV768R47253042280

SHIPPER NAME: GLOBAL CABLE INC 2
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                VEHICLE   NO.: 118232
DRIVER  NAME: SHEEHAN      SRC/LOOP/GRP : DIAD/QI5/5E1
DRIVER NUMBER: 024520453     STOP  NUMBER:  79
DEFINED  AREA: 2002        STOP   COUNT: 108
SLIC   : 0240         PACKAGES/STOP: 10
COD CASH ONLY (0=N, 1=Y): 0    STOP   TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0      COD  DUE  AMT: USD 430.00

* F2: SIGNATURE   F3: PREV SCREEN  F4: MONEY DETAIL       *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *


MDD7801       AUTOMATED DELIVERY INFORMATION      01 MAR 2001
PKG:  9 OF 10     DETAIL SCREEN         13:26:10 ET
DEL DATE/TIME: 02/15/01 14:22  PKG ID:    DEL STAT: DELIVERED
SHPNO: V768R4    CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1ZV768R47255827527

SHIPPER NAME: GLOBAL CABLE INC 2
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                VEHICLE   NO.: 118232
DRIVER  NAME: SHEEHAN      SRC/LOOP/GRP : DIAD/QI5/5E1
DRIVER NUMBER: 024520453     STOP  NUMBER:  79
DEFINED  AREA: 2002        STOP   COUNT: 108
SLIC   : 0240         PACKAGES/STOP: 10

```
COD CASH ONLY (0=N, 1=Y): 0        STOP  TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0          COD DUE AMT: USD 430.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL           *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN        *


MDD7801          AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  10 OF 10      DETAIL SCREEN           13:26:16 ET
DEL DATE/TIME: 02/15/01  14:22  PKG ID:    DEL STAT: DELIVERED
SHPNO: V768R4     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1ZV768R47255096657

SHIPPER NAME: GLOBAL CABLE INC 2
LOCATION: MET CUSTOMER WOMAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN          SRC/LOOP/GRP : DIAD/QI5/5E1
DRIVER NUMBER: 024520453       STOP  NUMBER:  79
DEFINED  AREA: 2002            STOP   COUNT: 108
SLIC    : 0240                 PACKAGES/STOP:  10
COD CASH ONLY (0=N, 1=Y): 0        STOP  TYPE: RESIDENTIAL
COD ALTERED (0=N, 1=Y): 0          COD DUE AMT: USD 430.00

* F2: SIGNATURE    F3: PREV SCREEN   F4: MONEY DETAIL           *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN        *


MDD7801          AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  1 OF 1       DETAIL SCREEN            13:26:21 ET
DEL DATE/TIME: 02/15/01  10:26  PKG ID:    DEL STAT: DELIVERED
SHPNO: 582963     CLARIFIED SIGNATURE: JOE
INQUIRY NUMBER(S): 1Z5829632445072785

SHIPPER NAME: SCHLUETER
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN          SRC/LOOP/GRP : DIAD/QI5/5E1
DRIVER NUMBER: 024520453       STOP  NUMBER:  22
DEFINED  AREA: 2002            STOP   COUNT: 108
SLIC    : 0240                 PACKAGES/STOP:  1
                                   STOP  TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                              *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN        *
```

```
MDD7801         AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  1 OF  2       DETAIL SCREEN              13:27:42 ET
DEL DATE/TIME: 02/23/01 13:51  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010    CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770101340582917

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN          SRC/LOOP/GRP : DIAD/QJ9/YT9
DRIVER NUMBER: 024520453       STOP  NUMBER: 63
DEFINED  AREA: 2002            STOP  COUNT: 86
SLIC     : 0240                PACKAGES/STOP:  2
                    STOP    TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                     *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN    *



MDD7801         AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  2 OF  2       DETAIL SCREEN              13:27:49 ET
DEL DATE/TIME: 02/23/01 13:51  PKG ID:    DEL STAT: DELIVERED
SHPNO: 877010    CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z8770101340185105

SHIPPER NAME: WHOLESALE ELECTRONICS
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN          SRC/LOOP/GRP : DIAD/QJ9/YT9
DRIVER NUMBER: 024520453       STOP  NUMBER: 63
DEFINED  AREA: 2002            STOP  COUNT: 86
SLIC     : 0240                PACKAGES/STOP:  2
                    STOP    TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                     *
* F7: PREV PACKAGE  F8: NEXT PACKAGE F12: RETURN TO MAIN    *



MDD7801         AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  1 OF  1       DETAIL SCREEN              13:27:55 ET
DEL DATE/TIME: 02/26/01 13:51  PKG ID:    DEL STAT: DELIVERED
SHPNO: 077288    CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1Z0772881241443345

SHIPPER NAME: MIELACH CO
LOCATION: MET CUSTOMER WOMAN
```

ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER WO
RETURN ADDRESS:
        VEHICLE NO.: 118232
DRIVER NAME: SHEEHAN  SRC/LOOP/GRP : DIAD/QK1/SFV
DRIVER NUMBER: 024520453  STOP NUMBER: 63
DEFINED AREA: 2002  STOP COUNT: 82
SLIC : 0240  PACKAGES/STOP: 1
      STOP TYPE: RESIDENTIAL


\* F2: SIGNATURE F3: PREV SCREEN  \*
\* F7: PREV PACKAGE F8: NEXT PACKAGE F12: RETURN TO MAIN \*

```
MDD7801         AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  1 OF  5        DETAIL SCREEN              12:36:27 ET
DEL DATE/TIME: 06/19/00 17:39  PKG ID:    DEL STAT: DELIVERED
SHPNO: X211X6     CLARIFIED SIGNATURE: AAA
INQUIRY NUMBER(S): 1ZX211X64243752871

SHIPPER NAME: I N B GROUP INC
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                       VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN          SRC/LOOP/GRP : DIAD/P95/1Z9
DRIVER NUMBER: 024520453       STOP  NUMBER: 112
DEFINED  AREA: 2002            STOP  COUNT:  99
SLIC     : 0240          PACKAGES/STOP:  5
                    STOP   TYPE: RESIDENTIAL


*  F2: SIGNATURE     F3: PREV SCREEN                        *
*  F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN   *



MDD7801         AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  2 OF  5        DETAIL SCREEN              12:36:48 ET
DEL DATE/TIME: 06/19/00 17:39  PKG ID:    DEL STAT: DELIVERED
SHPNO: X211X6     CLARIFIED SIGNATURE: AAA
INQUIRY NUMBER(S): 1ZX211X64243600892

SHIPPER NAME: I N B GROUP INC
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                       VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN          SRC/LOOP/GRP : DIAD/P95/1Z9
DRIVER NUMBER: 024520453       STOP  NUMBER: 112
DEFINED  AREA: 2002            STOP  COUNT:  99
SLIC     : 0240          PACKAGES/STOP:  5
                    STOP   TYPE: RESIDENTIAL


*  F2: SIGNATURE     F3: PREV SCREEN                        *
*  F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN   *
```

DEL DATE/TIME: 06/19/00 17:39  PKG ID:    DEL STAT: DELIVERED
SHPNO: X211X6    CLARIFIED SIGNATURE: AAA
INQUIRY NUMBER(S): 1ZX211X64243368886

SHIPPER NAME: I N B GROUP INC
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                  VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN       SRC/LOOP/GRP : DIAD/P95/1Z9
DRIVER NUMBER: 024520453        STOP  NUMBER: 112
DEFINED  AREA: 2002          STOP   COUNT: 99
SLIC    : 0240         PACKAGES/STOP:  5
                  STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                    *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *


MDD7801       AUTOMATED DELIVERY INFORMATION     01 MAR 2001
PKG:  4 OF  5      DETAIL SCREEN              12:36:57 ET
DEL DATE/TIME: 06/19/00 17:39  PKG ID:    DEL STAT: DELIVERED
SHPNO: X211X6    CLARIFIED SIGNATURE: AAA
INQUIRY NUMBER(S): 1ZX211X64243312917

SHIPPER NAME: I N B GROUP INC
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                  VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN       SRC/LOOP/GRP : DIAD/P95/1Z9
DRIVER NUMBER: 024520453        STOP  NUMBER: 112
DEFINED  AREA: 2002          STOP   COUNT: 99
SLIC    : 0240         PACKAGES/STOP:  5
                  STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                    *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN    *

```
MDD7801        AUTOMATED DELIVERY INFORMATION           01 MAR 2001
PKG:  5 OF  5        DETAIL SCREEN              12:37:04 ET
DEL DATE/TIME: 06/19/00 17:39  PKG ID:     DEL STAT: DELIVERED
SHPNO: X211X6     CLARIFIED SIGNATURE: AAA
INQUIRY NUMBER(S): 1ZX211X64243048909

SHIPPER NAME: I N B GROUP INC
LOCATION: MET CUSTOMER MAN
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: MET CUSTOMER MA
RETURN ADDRESS:
                     VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN       SRC/LOOP/GRP : DIAD/P95/1Z9
DRIVER NUMBER: 024520453      STOP  NUMBER: 112
DEFINED  AREA: 2002           STOP  COUNT: 99
SLIC    : 0240          PACKAGES/STOP: 5
                    STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE     F3: PREV SCREEN                       *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *



MDD7801        AUTOMATED DELIVERY INFORMATION           01 MAR 2001
PKG:  1 OF  5        DETAIL SCREEN              12:37:54 ET
DEL DATE/TIME: 06/30/00 14:31  PKG ID:     DEL STAT: DELIVERED
SHPNO: X211X6     CLARIFIED SIGNATURE: PINA
INQUIRY NUMBER(S): 1ZX211X64243489559

SHIPPER NAME: I N B GROUP INC
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                     VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN       SRC/LOOP/GRP : DIAD/PB9/5PY
DRIVER NUMBER: 024520453      STOP  NUMBER: 68
DEFINED  AREA: 2002           STOP  COUNT: 103
SLIC    : 0240          PACKAGES/STOP: 5
                    STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE     F3: PREV SCREEN                       *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *
```

```
MDD7801        AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  2 OF  5        DETAIL SCREEN                12:38:05 ET
DEL DATE/TIME: 06/30/00 14:31  PKG ID:    DEL STAT: DELIVERED
SHPNO: X211X6      CLARIFIED SIGNATURE: PINA
INQUIRY NUMBER(S): 1ZX211X64243513576

SHIPPER NAME: I N B GROUP INC
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/PB9/5PY
DRIVER NUMBER: 024520453        STOP  NUMBER:  68
DEFINED  AREA: 2002          STOP  COUNT: 103
SLIC    : 0240          PACKAGES/STOP:   5
                 STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                   *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN      *
```

```
MDD7801        AUTOMATED DELIVERY INFORMATION        01 MAR 2001
PKG:  3 OF  5        DETAIL SCREEN                12:38:09 ET
DEL DATE/TIME: 06/30/00 14:31  PKG ID:    DEL STAT: DELIVERED
SHPNO: X211X6      CLARIFIED SIGNATURE: PINA
INQUIRY NUMBER(S): 1ZX211X64243249586

SHIPPER NAME: I N B GROUP INC
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                    VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/PB9/5PY
DRIVER NUMBER: 024520453        STOP  NUMBER:  68
DEFINED  AREA: 2002          STOP  COUNT: 103
SLIC    : 0240          PACKAGES/STOP:   5
                 STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                   *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN      *
```

```
MDD7801          AUTOMATED DELIVERY INFORMATION           01 MAR 2001
PKG:  4 OF  5       DETAIL SCREEN              12:38:16 ET
DEL DATE/TIME: 06/30/00 14:31  PKG ID:    DEL STAT: DELIVERED
SHPNO: X211X6     CLARIFIED SIGNATURE: PINA
INQUIRY NUMBER(S): 1ZX211X64243601597

SHIPPER NAME: I N B GROUP INC
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                        VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN       SRC/LOOP/GRP : DIAD/PB9/5PY
DRIVER NUMBER: 024520453      STOP   NUMBER:  68
DEFINED  AREA: 2002         STOP   COUNT: 103
SLIC     : 0240          PACKAGES/STOP:   5
                  STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                    *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN      *




MDD7801          AUTOMATED DELIVERY INFORMATION           01 MAR 2001
PKG:  5 OF  5       DETAIL SCREEN              12:38:21 ET
DEL DATE/TIME: 06/30/00 14:31  PKG ID: N  DEL STAT: DELIVERED
SHPNO: X211X6     CLARIFIED SIGNATURE: PINA
INQUIRY NUMBER(S):

SHIPPER NAME: I N B GROUP INC
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                        VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN       SRC/LOOP/GRP : DIAD/PB9/5PY
DRIVER NUMBER: 024520453      STOP   NUMBER:  68
DEFINED  AREA: 2002         STOP   COUNT: 103
SLIC     : 0240          PACKAGES/STOP:   5
                  STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                    *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN      *
```

```
MDD7801          AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  1 OF  5        DETAIL SCREEN           12:40:57 ET
DEL DATE/TIME: 07/24/00 14:18  PKG ID:   DEL STAT: DELIVERED
SHPNO: X211X6     CLARIFIED SIGNATURE: JOE
INQUIRY NUMBER(S): 1ZX211X64243730788

SHIPPER NAME: I N B GROUP INC
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                       VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/PF9/V89
DRIVER NUMBER: 024520453       STOP  NUMBER:  57
DEFINED  AREA: 2002            STOP  COUNT:  90
SLIC   : 0240          PACKAGES/STOP:  5
                    STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                    *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN
```

```
MDD7801          AUTOMATED DELIVERY INFORMATION          01 MAR 2001
PKG:  2 OF  5        DETAIL SCREEN           12:41:05 ET
DEL DATE/TIME: 07/24/00 14:18  PKG ID:   DEL STAT: DELIVERED
SHPNO: X211X6     CLARIFIED SIGNATURE: JOE
INQUIRY NUMBER(S): 1ZX211X64243490805

SHIPPER NAME: I N B GROUP INC
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                       VEHICLE  NO.: 118232
DRIVER  NAME: SHEEHAN        SRC/LOOP/GRP : DIAD/PF9/V89
DRIVER NUMBER: 024520453       STOP  NUMBER:  57
DEFINED  AREA: 2002            STOP  COUNT:  90
SLIC   : 0240          PACKAGES/STOP:  5
                    STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE   F3: PREV SCREEN                    *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN       *
```

```
MDD7801           AUTOMATED DELIVERY INFORMATION         01 MAR 2001
PKG:  3 OF  5         DETAIL SCREEN              12:41:09 ET
DEL DATE/TIME: 07/24/00 14:18   PKG ID:    DEL STAT: DELIVERED
SHPNO: X211X6      CLARIFIED SIGNATURE: JOE
INQUIRY NUMBER(S): 1ZX211X64243514824

SHIPPER NAME: I N B GROUP INC
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                    VEHICLE   NO.: 118232
DRIVER   NAME: SHEEHAN       SRC/LOOP/GRP : DIAD/PF9/V89
DRIVER NUMBER: 024520453       STOP   NUMBER: 57
DEFINED  AREA: 2002            STOP   COUNT:  90
SLIC      : 0240            PACKAGES/STOP:  5
                       STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                      *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *


MDD7801          AUTOMATED DELIVERY INFORMATION         01 MAR 2001
PKG:  4 OF  5         DETAIL SCREEN              12:41:12 ET
DEL DATE/TIME: 07/24/00 14:18   PKG ID:    DEL STAT: DELIVERED
SHPNO: X211X6      CLARIFIED SIGNATURE: JOE
INQUIRY NUMBER(S): 1ZX211X64243794817

SHIPPER NAME: I N B GROUP INC
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                    VEHICLE   NO.: 118232
DRIVER   NAME: SHEEHAN       SRC/LOOP/GRP : DIAD/PF9/V89
DRIVER NUMBER: 024520453       STOP   NUMBER: 57
DEFINED  AREA: 2002            STOP   COUNT:  90
SLIC      : 0240            PACKAGES/STOP:  5
                       STOP   TYPE: RESIDENTIAL


* F2: SIGNATURE    F3: PREV SCREEN                      *
* F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN     *
```

```
MDD7801         AUTOMATED DELIVERY INFORMATION       01 MAR 2001
PKG:  5 OF  5       DETAIL SCREEN              12:41:17 ET
DEL DATE/TIME: 07/24/00 14:18   PKG ID:    DEL STAT: DELIVERED
SHPNO: X211X6     CLARIFIED SIGNATURE: JOE
INQUIRY NUMBER(S): 1ZX211X64243002798

SHIPPER NAME: I N B GROUP INC
LOCATION: RESIDENTIAL
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS:
RETURN ADDRESS:
                    VEHICLE   NO.: 118232
DRIVER   NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/PF9/V89
DRIVER NUMBER: 024520453       STOP  NUMBER:  57
DEFINED  AREA: 2002            STOP   COUNT:  90
SLIC     : 0240          PACKAGES/STOP:   5
                    STOP   TYPE: RESIDENTIAL


*  F2: SIGNATURE     F3: PREV SCREEN                        *
*  F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN



MDD7801         AUTOMATED DELIVERY INFORMATION       01 MAR 2001
PKG:  1 OF  1       DETAIL SCREEN              12:48:43 ET
DEL DATE/TIME: 09/18/00 14:31   PKG ID:    DEL STAT: DELIVERED
SHPNO: X211X6     CLARIFIED SIGNATURE:
INQUIRY NUMBER(S): 1ZX211X60343693937

SHIPPER NAME: I N B GROUP INC
LOCATION: SIDE DOOR
ADDRESS: 333 COHANNET ST TAUNTON MA 02780 US
ORIGINAL RECEIVER:
REMARKS: SIDE DOOR
RETURN ADDRESS:
                    VEHICLE   NO.: 104626
DRIVER   NAME: SHEEHAN         SRC/LOOP/GRP : DIAD/PQ3/L9S
DRIVER NUMBER: 024520453       STOP  NUMBER:  57
DEFINED  AREA: 2002            STOP   COUNT:  93
SLIC     : 0240          PACKAGES/STOP:   2
                    STOP   TYPE: RESIDENTIAL


*  F2: SIGNATURE     F3: PREV SCREEN                        *
*  F7: PREV PACKAGE  F8: NEXT PACKAGE  F12: RETURN TO MAIN
```

```
MSC0905M          CUSTOMER ADDRESS (INQUIRY)      03/01/01 13:35:58
                       (US)
SHIPPER NO.     ACCOUNT TYPE          ACCOUNT START DATE   COUNTRY
0000077288      01 (DAILY PICKUP)         01/01/80           US
CUSTOMER ID: 0000588363
             ADDRESS TYPES
ALL/ALL OTHERS X  PKUP X  BILLING X  COD X  CLAIMS X  DELIVERY CONFIRMATION X
   DELIVERY X  TRACING X
   NAME     : MIELACH CO            STORE #:
   ATTENTION :
            NUMBER    PFX  NAME            TYPE  SFX
   STREET  : 9             KILMER          CT

   FLOOR    :
   ROOM/SUITE :
   P.O. BOX # :
   ADTNL INFO:
   CITY/TOWN : EDISON
   COUNTY   :
   STATE    : NJ
   ZIP CODE : 08817-2428


  PF2=NEXT SCRN  PF4=PREV MENU  PF5=DONE  PF7=BACK  PF8 MSC0905M
CUSTOMER ADDRESS (INQUIRY)      03/01/01 13:36:41
                       (US)
SHIPPER NO.     ACCOUNT TYPE          ACCOUNT START DATE   COUNTRY
0000877010      01 (DAILY PICKUP)         12/02/98           US
CUSTOMER ID: 0005482046
             ADDRESS TYPES
ALL/ALL OTHERS X  PKUP X  BILLING X  COD X  CLAIMS X  DELIVERY CONFIRMATION X
   DELIVERY X  TRACING X
   NAME     : WHOLESALE ELECTRONICS       STORE #:
   ATTENTION  CARLO MIRELES
            NUMBER    PFX  NAME            TYPE  SFX
   STREET  : 9101          W SAHARA

   FLOOR    :
   ROOM/SUITE : 105-D24
   P.O. BOX # :
   ADTNL INFO:
   CITY/TOWN : LAS VEGAS
   COUNTY   :
   STATE    : NV
   ZIP CODE : 89117-5772


  PF2=NEXT SCRN  PF4=PREV MENU  PF5=DONE  PF7=BACK  PF8=FWRD  PF12=MAIN
MENU=FWRD  PF12=MAIN MENU MSC0905M          CUSTOMER ADDRESS (INQUIRY)
03/01/01 13:37:23
                       (US)
SHIPPER NO.     ACCOUNT TYPE          ACCOUNT START DATE   COUNTRY
0000V768R4      01 (DAILY PICKUP)         04/10/00           US
CUSTOMER ID: 0006256516
             ADDRESS TYPES
```