1/27/2001            21:35:28 PST          Regan Murphy          Payment Received  Completed

Viewmaster 4040          USD                    105          -1.98        103.02

Please ship to:  richard malcolm 121 pinecrest road holliston ma 01746 USA

orders@mid Locked          U.S. Business  universalpro99@yahoo.com

Open Premi U.S. Premier Verifi 4NT31250NM6 Instant

Verified      Regan Murphy, 12 Confirmed

1280 Pinyon Hill          San Antonio    TX                    78258 United States

Credit