**RETURNS**

12)40-02/05-Rich Malcolm,121 Pine Crest Rd.,Holliston MA.,01746--(WANTS TO EXCHANGE FOR REBELION)(\

WORKING OK!!)