UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| Comcast of Georgia/Massachusetts, Inc. and Comcast of Middletown, Inc. and Comcast of Boston, Inc. and Comcast of California/ Massachusetts/ Michigan/Utah, Inc. and Comcast of Maine/New Hampshire, Inc. and Comcast of Massachusetts I, Inc. and Comcast of Massachusetts II, Inc. and Comcast of Massachusetts III, Inc. and Comcast of Massachusetts/New Hampshire/Ohio, Inc. and Comcast of New Hampshire, Inc.<br><br>**Plaintiffs,**<br><br>vs.<br><br>Joseph Amaro, Dimas Amaro, and Joseph Amaro and Dimas Amaro, Jointly d.b.a. CABLEJOINT and D's Electronics<br><br>**Defendants** | Case No.: **04-cv-10414-RCL**<br><br><br>JUDGMENT |

The Court, after a careful review of the papers submitted in support of the Plaintiffs' Motion for Summary Judgment and the Petition made pursuant to that order, determines that there is no genuine dispute as to material facts and that the Plaintiffs are entitled Judgment as a matter of law. Specifically, the Court finds that the Plaintiffs are entitled to a Judgment, jointly and severally, against the Defendants, pursuant to count 1 of the Plaintiffs' Complaint as follows:

1. $215,000.00 in statutory damages pursuant to 17 U.S.C. § 1201;

2. Costs $1,999.10 pursuant provisions of 17 U.S.C. § 1203(b)(5);

3. Pre-Judgment interest awarded through the discretion of this Court from the date of the filing of the Complaint, March 1, 2004, and utilizing the interest rate calculated as set forth in the Federal Post Judgment Interest Statute, 26 U.S.C. § 1961, and also calculated as if the date of the Complaint was the date of "judgment" as set forth in 26 U.S.C. § 1961 with the interest accrued as of July 28th, 2006 being $63740.64 and with interests thereafter accruing at a *per diem* amount of $7.36 until this Judgment is entered;

1

4. Post-Judgment interest running on the judgment pursuant to 26 U.S.C. § 1961; and,

5. Attorney's fees of $13,960.00 pursuant to provisions of 17 U.S.C. § 1203(b)(5).

6. The other Counts of the Plaintiffs' Complaint are dismissed without prejudice.

**SO ORDERED.**

Dated: NOV. 22, 2006

*Reginald C. Lindsay*
United States District Court Judge

By: *Lisa M Hourihan*